IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 1 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GLORIA L. GARCIA A/K/A § | |
| GLORIA GUZMAN § | |
| § | |
| V. § | CIVIL ACTION NO. B-02- 017 |
| § | |
| UNITED STATES OF AMERICA, and § | |
| YOLANDA PEREZ, as Postmaster, § | |
| United States Post Office, Santa Rosa § | |
| Texas, and ELENA OLIVAREZ, as § | |
| an employee of the United States Post § | |
| Office, Santa Rosa, Texas § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiff, GLORIA L. GARCIA A/K/A GLORIA GUZMAN, in this action complains of the UNITED STATES OF AMERICA, YOLANDA PEREZ, as Postmaster of the United States Post Office, Santa Rosa, Texas, and ELENA OLIVAREZ, as an employee of the United States Post Office, Santa Rosa, Texas, Defendants in this action, and for cause of action shows the following:

A. Parties

1. Plaintiff, GLORIA L. GARCIA a/k/a GLORIA GUZMAN, is an individual who is a citizen of the State of Texas, and a resident of Cameron County, Texas.

2. Defendant, UNITED STATES OF AMERICA, UNITED STATES POSTAL SERVICE, may be served by delivering a copy of the summons and of the complaint to the United States Attorney for the Southern District of Texas. Defendant may also be served by sending a copy of the summons and of the complaint by registered or certified mail to the

Attorney General of the United States At Washington, District of Columbia.

3. Defendant, YOLANDA PEREZ, as Postmaster, United States Post Office, Santa Rosa, Texas may be served by serving the United States and by also sending a copy of the summons and of the complaint by registered or certified mail to Defendant.

4. Defendant, ELENA OLIVAREZ, as an employee of the United States Post Office, Santa Rosa, Texas may be served by serving the United States and by also sending a copy of the summons and of the complaint by registered or certified mail to Defendant.

## B. Jurisdiction

5. The Court has jurisdiction over the lawsuit because the action arises under the Federal Tort Claims Act and 28 U.S.C. § 1346(b), and U.S.C. §1331.

## C. Conditions Precedent

6. Plaintiff timely presented this claim in writing to the United States Postal Service. This suit is filed within six months of the agency's final written notice of its denial of the claim.

## D. Facts

7. On November 12, 1999, at 7:10 a.m., Plaintiff entered the United States Post Office, Santa Rosa in Cameron County, Texas (hereinafter sometimes referred to as USPS, Santa Rosa) to collect her mail. While Plaintiff collected her mail, a custodian, ELENA OLIVAREZ, employed by USPS, Santa Rosa, mopped the floor behind her. Plaintiff turned to exit after closing her post office box and suffered a personal injuries when she slipped and fell on the wet floor. At the time of Plaintiff's injuries, the light fixtures in the area were

inoperable, resulting in poor visibility, and "Caution Wet Floor" signs were not displayed in the vicinity of Plaintiff's fall in such a manner to adequately warn Plaintiff of any dangerous conditions. Plaintiff sustained injuries to both her left and right knees which required surgery and causing her permanent scarring and pain and suffering which will likely continue for the rest of her natural life. As further result of her injuries, Plaintiff suffered mental anguish and financial hardship as a result of the loss of her employment, resulting in a loss of earnings in the amount of $3,387.44, and medical expenses in the total amount of $17,968.23.

### E. Count 1 - Federal Tort Claims Act

8. This act by the United States Postal Service was negligent. Specifically, Post Master, YOLANDA PEREZ, was acting within the course and scope of her employment and had a duty to exercise ordinary care in her duty to oversee the upkeep and maintenance of the USPS of Santa Rosa, Texas, including overseeing the proper placement of warning signs and proper operation of light fixtures. Additionally, ELENA OLIVAREZ, a custodian for the USPS, Santa Rosa, was acting within the course and scope of her employment and had a duty to exercise ordinary care in maintaining the USPS of Santa Rosa, Texas, in placing warning signs appropriately in the vicinity of any maintenance being performed, and in exercising ordinary care when mopping the floors in high traffic areas of the USPS, Santa Rosa, especially when performing her duties in close proximity to its patrons. Under the laws of the State of Texas, a private person would

be liable to Plaintiff for this act. In accordance with 28 U.S.C. § 1346(b), the United States is Liable to Plaintiff for her damages for the personal injury described below.

9. As a direct and proximate result of Defendants' negligence, Plaintiff has suffered the following injuries and damages:

   a. $21,355.44 as actual damages (lost wages $3,387.44, plus medical expenses $17,968.23);

   b. Damages for Pain and Suffering;

   c. Damages for Mental Anguish;

   d. Costs of suit;

   e. Prejudgment and post-judgment interest; and

   f. All other relief the court deems appropriate.

## G. Prayer

10. For these reasons, Plaintiff asks for judgment against Defendants for

   a. Physical pain and mental anguish in the past and future;

   b. $21,355.44 as actual damages (lost wages $3,387.44, plus medical expenses $17,968.23);

   c. Damages for Pain and Suffering;

   d. Lost earnings;

   e. Damage to earning capacity;

   f. Disfigurement in the past and future;

   g. Medical expenses in the past and future; and

    h.    Physical impairment in the past and future.

Respectfully submitted,

J. EDWARD MANN, JR. & ASSOCIATES

Jason R. Mann
State Bar No. 24004793
Federal Bar No. 23543
222 E. Van Buren, Suite 701
P. O. Box 231
Harlingen, Texas 78551-0231
Telephone: 956/428-4114
Facsimile: 956/428-9494
Attorney for Plaintiff

## JURY DEMAND

Plaintiff, GLORIA L. GARCIA a/k/a GLORIA GUZMAN, asserts her rights under the Seventh Amendment to the U.S. Constitution and demands a trial by jury on all issues, in accordance with Federal Rule of Civil Procedure 38.

AO 440 (Rev 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of TEXAS

Gloria L. Garcia a/k/a Gloria Guzman

V.

United States of America, and Yolanda Perez, as Postmaster, United States Post Office, Santa Rosa, Texas, and Elena Olivarez, as an Employee of the United States Post Office, Santa Rosa, Texas

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: B-02-017

TO: (Name and address of Defendant)

United States of America
United States Postal Service
Gregory A. Seeres, United States Attorney's Office - Agent for Service
United States Department of Justice, Attn: Civil Docketing
910 Travis Street #1500, P.O. Box 61129, Texas 77208

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jason R. Mann
J. Edward Mann, Jr. & Associates
P.O. Box 231
Harlingen, Texas 78550

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk                              February 1, 2002

CLERK                                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of TEXAS

Gloria L. Garcia a/k/a Gloria Guzman

V.

United States of America, and Yolanda Perez, as Postmaster, United States Post Office, Santa Rosa, Texas, and Elena Olivarez, as an Employee of the United States Post Office, Santa Rosa, Texas

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: B-02-017

TO: (Name and address of Defendant)

Elena Olivarez, Employee
United States Post Office
216 North Main
Santa Rosa, Texas

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jason R. Mann
J. Edward Mann, Jr. & Associates
P.O. Box 231
Harlingen, Texas 78550

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

CLERK

(By) DEPUTY CLERK

DATE: February 1, 2002

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN _____ District of _____ TEXAS

Gloria L. Garcia a/k/a Gloria Guzman

**SUMMONS IN A CIVIL CASE**

V.

United States of America, and Yolanda Perez, as Postmaster, United States Post Office, Santa Rosa, Texas, and Elena Olivarez, as an Employee of the United States Post Office, Santa Rosa, Texas

CASE NUMBER: B-02-017

TO: (Name and address of Defendant)

Yolanda Perez, Postmaster
United States Post Office
216 North Main
Santa Rosa, Texas

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jason R. Mann
J. Edward Mann, Jr. & Associates
P.O. Box 231
Harlingen, Texas 78550

an answer to the complaint which is herewith served upon you, within \_\_\_\_60\_\_\_\_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

CLERK                                                                 DATE   January 1, 2002

(By) DEPUTY CLERK