3

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 22 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GLORIA L. GARCIA A/K/A<br>GLORIA GUZMAN | § § § | |
| V. | § § | CIVIL ACTION NO. B-02-017 |
| UNITED STATES OF AMERICA, and<br>YOLANDA PEREZ, as Postmaster,<br>United States Post Office, Santa Rosa<br>Texas, and ELENA OLIVAREZ, as<br>an employee of the United States Post<br>Office, Santa Rosa, Texas | § § § § § § § | |

## PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES

**TO THE HONORABLE JUDGE OF SAID COURT:**

GLORIA GARCIA A/K/A GLORIA GUZMAN, Plaintiff, makes and files this her Disclosure of Interested Parties in this litigation and in support of same respectfully shows the Court as follows:

### INTERESTED PARTIES

1. Plaintiff, Gloria Garcia a/k/a Gloria Guzman
   By and through her attorney of record
   Jason R. Mann
   J. Edward Mann, Jr. & Associates
   P.O. Box 231
   Harlingen, Texas 78551-0231

2. Defendant, United States of America
   United States Postal Service
   by and through its attorney for service
   Gregory Seeres, United States Attorney's Office
   United States Department of Justice
   910 Travis Street #1500

   P.O. Box 61129
   Austin, Texas 77208

3. United States Post Office of Santa Rosa, Texas
  216.N Main
  Santa Rosa, Texas 78593

4. Defendant, Yolanda Perez, Postmaster
  United States Post Office of Santa Rosa, Texas
  216.N Main
  Santa Rosa, Texas 78593

5. Defendant, Elena Olivarez
  United States Post Office of Santa Rosa, Texas
  216.N Main
  Santa Rosa, Texas 78593

Respectfully submitted,

J. EDWARD MANN, JR. & ASSOCIATES

_____
Jason R. Mann
State Bar No. 24004793
Federal Bar No. 23543
222 E. Van Buren, Suite 701
P. O. Box 231
Harlingen, Texas 78551-0231
Telephone: 956/428-4114
Facsimile: 956/428-9494
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 20th day of February, 2002, a true and correct copy of the above and foregoing Disclosure of Interested Parties was forwarded to all parties herein.