IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 4 2002

Michael N. Milby
Clerk of Court

GLORIA L. GARCIA A/K/A  *
GLORIA GUZMAN,  *
    Plaintiff,  *
  *
v.  *  Civil Action No. B-02-017
  *
UNITED STATES OF AMERICA, and  *
YOLANDA PEREZ, as Postmaster,  *
United States Post Office, Santa Rosa,  *
TX, and ELENA OLIVAREZ, as an  *
Employee of the United States Post  *
Office, Santa Rosa, Texas,  *
    Defendants.  *

## MOTION TO SUBSTITUTE THE UNITED STATES OF AMERICA AS DEFENDANT IN THE STEAD OF YOLANDA PEREZ (UNOPPOSED)

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the United States of America, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and respectfully requests this Court for an order substituting it as the defendant in the above-entitled and numbered cause in lieu of Yolanda Perez with regard to all the common law tort allegations alleged to have been committed by Yolanda Perez while she was acting within the course and scope of her employment with the United States Postal Service.[1] (See Certification of Scope of Employment attached as Exhibit "A").

Any remedy available to plaintiff must be exclusively against the United States of America pursuant to *28 U.S.C. §2674* and *28 U.S.C. §2679(b)*.

Attached to this motion to substitute, as Government's Exhibit "A", is a certification by the United States Attorney for the Southern District of Texas, executed pursuant to the

---

[1] At paragraph 8 of her Complaint, Plaintiff concedes that Yolanda Perez was acting within the course and scope of her employment as an employee of the United States Postal Service with regard to the incident and allegations raised in her Complaint.

provisions of *28 U.S.C. §2679(d)(1)*, as amended by the Federal Employees Liability Reform and Tort Compensation Act of 1988 (FTCA), *Public Law 100-694*, and of *28 C.F.R. §§15.3* and *50.15*, which certifies that named defendant Yolanda Perez was, at all times relevant to this lawsuit, acting within the course and scope of her employment as an employee of the United States at the time of the alleged conduct made by subject matter of the above-captioned and numbered civil action.

The purpose of this Act is to provide federal employees with absolute immunity from personal liability for money damages for common law or state law torts or other violations of state law when the employees are acting within the scope of their employment. An action against the United States under the FTCA for such claims is "exclusive of any other civil action or proceeding for money damages by reasons of the same subject matter against the employee." *28 U.S.C. §2679(b)(1)*.

Title *28 U.S.C. §2679(d)* implements the exclusive remedy provision by authorizing the Attorney General to issue a scope of employment certification. Upon proper certification by the Attorney General or his designee that the federal employee was acting within the scope of his/her employment, the action shall be deemed to be an action against the United States under the FTCA and substitution of the United States is mandated. *28 U.S.C. §2679(d)*. The Attorney General has delegated the authority to make such certification to the United States Attorneys. *28 C.F.R. 15.3*.

As previously indicated, attached hereto as Government's Exhibit "A" is the certification of the U. S. Attorney that Yolanda Perez was acting within the scope of her employment with respect to the actions alleged by the plaintiff. The Government's certification is *prima facie* evidence that the challenged conduct of the employee is within the scope of employment. <u>Brown v. Armstrong</u>, *949 F.2d 1007 (8th Cir. 1991)*.

2

Accordingly, the United States should be substituted for Yolanda Perez and she should be dismissed from this action as to all common law tort allegations set forth in plaintiff's complaint. *Mitchell v. Carlson*, 896 F.2d 128, 133-36 (5th Cir. 1990).

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 East Harrison St., No. 201
Brownsville, TX 78520
Tel:   (956) 548-2554
Fax:   (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

## STATEMENT OF CONSULTATION

On May 10, 2002, Plaintiff's attorney of record, Jason Mann, advised that he did not oppose this motion.

Signed May 14th, 2002.

NANCY L. MASSO
Assistant U. S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing Motion to Substitute the United States of America As Defendant In the Stead of Yolanda Perez was mailed via certified mail, return receipt requested to the following:

Jason R. Mann
Attorney at Law
222 E. Van Buren, Suite 701
P.O. Box 231
Harlingen, Texas 78551-0231

May 14, 2002
Date

NANCY L. MASSO
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GLORIA L. GARCIA A/K/A<br>GLORIA GUZMAN,<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, and<br>YOLANDA PEREZ, as Postmaster,<br>United States Post Office, Santa Rosa,<br>TX, and ELENA OLIVAREZ, as an<br>Employee of the United States Post<br>Office, Santa Rosa, Texas,<br>    Defendants. | Civil Action No. B-02-017 |

## CERTIFICATION

The undersigned Michael T. Shelby, United States Attorney for the Southern District of Texas, pursuant to the provisions of *29 U.S.C. §2679(d)(1)*, as amended by the Federal Employees Liability Reform and Tort Compensation Act of 1988, *Public Law 100-694*, and by virtue of the authority vested under *28 C.F.R. §§15.3* and *50.15* hereby certifies as follows:

Upon the basis of information now available with respect to the circumstances of the incidents upon which plaintiff's claims are based, I am of the opinion that Yolanda Perez was acting within the scope of her employment as an employee of the United States Government at the time of the conduct alleged by plaintiff.

Dated this 30th day of April, 2002.

_____
MICHAEL T. SHELBY
United States Attorney

GOVERNMENT
EXHIBIT
"A"

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| GLORIA L. GARCIA A/K/A<br>GLORIA GUZMAN,<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, and<br>YOLANDA PEREZ, as Postmaster,<br>United States Post Office, Santa Rosa,<br>TX, and ELENA OLIVAREZ, as an<br>Employee of the United States Post<br>Office, Santa Rosa, Texas,<br>    Defendants. | Civil Action No. B-02-017 |

### ORDER OF SUBSTITUTION

It appears to this Court that this action brings claims for monetary damages against Yolanda Perez for alleged tortious acts arising out of actions taken by her within the scope of her employment with the United States Postal Service.

ACCORDINGLY IT IS ORDERED pursuant to *28 U.S.C. §2679(d)(1)*, as amended by the *Public Law 100-694*, that the United States is hereby substituted as the defendant herein in the place of the named defendant, Yolanda Perez, in both her official and individual capacities, with regard to the common law tort allegations raised in the plaintiff's complaint. Further, because the complaint alleges only common law tort allegations against Yolanda Perez, Ms. Perez's name should deleted from the caption of these proceedings as a named defendant.

IT IS FURTHER ORDERED that all the defenses of the United States are not affected by this certification and order.

IT IS FURTHER ORDERED that as to all common law tort claims alleged against defendant Yolanda Perez, in her official and individual capacities, the United States is hereby substituted as a defendant in the stead of Yolanda Perez.

SIGNED on this the __ day of _____, 2002.

                                                    _____
                                                    PRESIDING JUDGE

4