IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 5 2002

Michael N. Milby
Clerk of Court

GLORIA L. GARCIA A/K/A    *
GLORIA GUZMAN,            *
    Plaintiff,            *
                          *
v.                        *   Civil Action No. B-02-017
                          *
UNITED STATES OF AMERICA, and  *
YOLANDA PEREZ, as Postmaster,  *
United States Post Office, Santa Rosa, *
TX, and ELENA OLIVAREZ,[1] as an *
Employee of the United States Post  *
Office, Santa Rosa, Texas,     *
    Defendants.            *

## UNITED STATES OF AMERICA'S OPPOSED MOTION TO STRIKE DEMAND FOR JURY TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, a Defendant in the above-entitled and numbered cause, moves the Court to strike the Plaintiff's demand for trial by jury. In support of this motion, the United States submits the following:

1. This cause of action has been brought under the Federal Tort Claims Act, 28 U.S.C. Section 2671, et. seq. Pursuant to 28 U.S.C. Section 1346(b) and 28 U.S.C. Section 2402, an action against the United States under the Federal Tort Claims Act shall be tried by the Court without a jury. Therefore, this is *not* an appropriate case for trial by jury.

2. No right of trial by jury exists under the Constitution of statutes of the United States as to any of the issues of fact in this action as it pertains to the United States.

### *Statement of Consultation*

3. Pursuant to the Court's Local Rules, the undersigned

---

[1] Contrary to what the style suggests, Elena Olivarez is not-and was not-an employee of the United States Postal Service at the time of the accident at issue. Ms. Olivarez was an independent contractor.

contacted Plaintiff's attorney, Jason Mann, and discussed this issue with him. As of the time of filing this motion, Mr. Mann had not indicated whether he opposed the motion. Therefore, it is assumed that he opposes this motion.

WHEREFORE, PREMISES CONSIDERED, the United States prays that this Court issue an order striking Plaintiff's demand for a jury trial regarding the claims raised against it.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 East Harrison St., No. 201
Brownsville, TX 78520
Tel:   (956) 548-2554
Fax:   (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing United States of America's Opposed Motion to Strike Jury Demand was mailed via certified mail, return receipt requested to the following:

Jason R. Mann
Attorney at Law
222 E. Van Buren, Suite 701
P.O. Box 231
Harlingen, Texas 78551-0231

May 15, 2002
Date

NANCY L. MASSO
Assistant United States Attorney