UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 16 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| GLORIA L. GARCIA A/K/A GLORIA GUZMAN,<br>  Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, and YOLANDA PEREZ, as Postmaster, United States Post Office, Santa Rosa, TX, and ELENA OLIVAREZ, as an Employee of the United States Post Office, Santa Rosa, Texas,<br>  Defendants. | Civil Action No. B-02-017 |

*[handwritten: THIS ORDER GRANTS DOCKET NO. 5]*

### ORDER OF SUBSTITUTION

It appears to this Court that this action brings claims for monetary damages against Yolanda Perez for alleged tortious acts arising out of actions taken by her within the scope of her employment with the United States Postal Service.

ACCORDINGLY IT IS ORDERED pursuant to *28 U.S.C. §2679(d)(1)*, as amended by the *Public Law 100-694*, that the United States is hereby substituted as the defendant herein in the place of the named defendant, Yolanda Perez, in both her official and individual capacities, with regard to the common law tort allegations raised in the plaintiff's complaint. Further, because the complaint alleges only common law tort allegations against Yolanda Perez, Ms. Perez's name should deleted from the caption of these proceedings as a named defendant.

IT IS FURTHER ORDERED that all the defenses of the United States are not affected by this certification and order.

IT IS FURTHER ORDERED that as to all common law tort claims alleged against defendant Yolanda Perez, in her official and individual capacities, the United States is hereby substituted as a defendant in the stead of Yolanda Perez.

SIGNED on this the ____ day of _MAY_, 2002.

_____
PRESIDING JUDGE

4