IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 16 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| GLORIA L. GARCIA A/K/A GLORIA GUZMAN, Plaintiff, | * * * * |
| v. | * Civil Action No. B-02-017 |
| UNITED STATES OF AMERICA, and YOLANDA PEREZ, as Postmaster, United States Post Office, Santa Rosa, TX, and ELENA OLIVAREZ, as an Employee of the United States Post Office, Santa Rosa, Texas, Defendants. | * * * * * * * * |

## ORDER STRIKING DEMAND FOR JURY TRIAL

Came on for consideration the United States of America's Opposed Motion to Strike Demand for Jury (Docket No. 6), and the Court having read the pleadings finds that said Motion should be GRANTED.

THEREFORE, IT IS ORDERED that the demand of the Plaintiff for a trial by jury be stricken.

SIGNED on this the 16th day of MAY, 2002, in Brownsville, Texas.

PRESIDING JUDGE