9

# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GLORIA L. GARCIA A/K/A | § | |
| GLORIA GUZMAN | § | |
| | § | |
| V. | § | CIVIL ACTION NO.  B-02-017 |
| | § | |
| UNITED STATES OF AMERICA, and | § | |
| YOLANDA PEREZ, as Postmaster, | § | |
| United States Post Office, Santa Rosa | § | |
| Texas, and ELENA OLIVAREZ, as | § | |
| an employee of the United States Post | § | |
| Office, Santa Rosa, Texas | § | |

---

## INITIAL DISCLOSURES

---

To:    United States of America by and through its attorney of record:

Nancy L. Masso
Assistant U.S. Attorney
U.S. Courthouse
600 E. Harrison St. #201
Brownsville, Texas 78520
Telephone: 956-548-2554
Facsimile: 956-548-2549

Plaintiff, GLORIA L. GARCIA A/K/A GLORIA GUZMAN, makes these initial disclosures as required by Federal Rule of Civil Procedure 26(a)(1).

### A. Individuals with Discoverable Information

1.    The name, address, and telephone number of individuals likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings include:

Gloria L. Garcia
406 Los Fresnos St.
Santa Rosa, TX 78593
United States Post Office
Santa Rosa, Texas 78593

Yolanda Perez
Postmaster
United States Post Office, Santa Rosa, Texas

Elena Olivarez
Employee of
United States Post Office, Santa Rosa, Texas

Raul Garza, Jr., M.D., P.A.
Family Practice
400 W. Hwy. 77
San Benito, Texas 78586
210-399-1641

Bliss W. Clark, M.D., P.A.
Diplomat, American Board of Orthopedic Surgery
1801 Treasure Hills Blvd.
Harlingen, Texas 78550
956-421-2663

Custodian of Records
Dolly Vinsant Memorial Hospital
P.O. Box 42
San Benito, TX 78586

Juaquin Garcia
413 Windcrest
Brownsville, TX 78520

Ricardo Guzman
Lisa Guzman
2875 Heritage Dr., Apt. M
Fort Gratiot, MI 48059
810-385-9535

Leticia Cantu
183 Resaca Shores
San Benito, Texas 78586

Sylvia Garcia
1306 Cedar Oaks Dr.
Cedar Park, TX 78613
512-259-8405

Carman Padilla
Los Fresnos St.
Santa Rosa, TX 78593
956-636-1609

B. Relevant Documents & Tangible Things

2.    Attached are copies of all documents, data compilations, and tangible things in (party)'s possession, custody, or control that (party) believes are relevant to disputed facts alleged with particularity in the pleadings.

Produced as attached to the administrative proceedings, including but not limited to doctor's bills, lost wage statements, photographs and medical records.

C.   Information Related to Calculation of Damages

3.   Attached is a computation of Plaintiff's damages.  All non-privileged documents upon which this computation is based are attached.

Produced as attached to the administrative proceedings, including but not limited to doctor's bills, lost wage statements, photographs and medical records.

D.  Insurance

4.  All insurance agreements required to be disclosed are described below:

None

Respectfully submitted,

J. EDWARD MANN, JR. & ASSOCIATES

Jason R. Mann
State Bar No. 24004793
222 E. Van Buren, Suite 701
P. O. Box 231
Harlingen, Texas 78551-0231
Telephone: 956/428-4114
Facsimile: 956/428-9494
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this instrument has been forwarded to all parties and counsel of record on this the 17th day of May, 2002.

Michael T. Shelby
United States Attorney

Nancy L. Masso
Assistant U.S. Attorney
U.S. Courthouse
600 E. Harrison St. #201
Brownsville, Texas 78520
Telephone: 956-548-2554
Facsimile: 956-548-2549

Jason R. Mann