*United States District Court*
*Southern District of Texas*
*FILED*

**MAY 2 3 2002**

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

| | |
|---|---|
| CIVIL ACTION NO. B-02-017 | DATE & TIME: 05-23-02 AT 1:30 P.M. |
| GLORIA L. GARCIA A/K/A GLORIA GUZMAN | PLAINTIFF(S) COUNSEL: JASON R. MANN |
| VS. | |
| UNITED STAES OF AMERICA, ET AL. | DEFENDANT(S): NANCY MASSO |

---

Attorneys Jason Mann and Nancy Masso appeared in chambers.

A status conference will be set for July, 2002.