*14*

THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

United States District Court
Southern District of Texas
FILED

JUL 0 1 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CIVIL ACTION NO. B-02-017 | DATE & TIME: 07-01-02 AT 1:30 P.M. |
| GLORIA L. GARCIA A/K/A GLORIA GUZMAN | PLAINTIFF(S) COUNSEL   JASON R. MANN |
| VS. | |
| UNITED STATES OF AMERICA, ET AL. | DEFENDANT(S)   NANCY MASSO |

-------------------------------------------------------------------------------

Attorneys Jason Mann and Nancy Masso appeared in chambers.

Defendant Elena Olivarez has been served. Plaintiff will move for default.