AO 440 (Rev. 10/93) Summons in a Civil Action

CAB-02-17

ELENA OLIVAREZ

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/6/02 |
| NAME OF SERVER (PRINT) MIKE Fulenwider | TITLE Process Server |

United States District Court
Southern District of Texas
FILED

JUL 19 2002

Michael N. Milby
Clerk of Court

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

Retama St Santa Rosa Tx

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

4:57 u

Name of person with whom the summons and complaint were left: JUAN OLIVAREZ
DEFENDANT'S HUSBAND    X Juan Olivarez

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES Summons in a civil case | TOTAL $0 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/6/02
           Date    Signature of Server

P.O. Box 3675
South Padre Island Tx 78597
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN _____ District of _____ TEXAS _____

Gloria L. Garcia a/k/a Gloria Guzman

V.

United States of America, and Yolanda Perez, as Postmaster, United States Post Office, Santa Rosa, Texas, and Elena Olivarez, as an Employee of the United States Post Office, Santa Rosa, Texas

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **B-02-017**

TO: (Name and address of Defendant)

Elena Olivarez, Employee
United States Post Office
216 North Main
Santa Rosa, Texas

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jason R. Mann
J. Edward Mann, Jr. & Associates
P.O. Box 231
Harlingen, Texas 78550

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

CLERK

(By) DEPUTY CLERK

DATE: February 1, 2002