IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 5 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GLORIA L. GARCIA a/k/a GLORIA GUZMAN, § § § § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. B-02-017 |
| UNITED STATES OF AMERICA, and YOLANDA PEREZ, as Postmaster, United States Post Office, Santa Rosa, Texas, and ELENA OLIVAREZ, as an employee of the United States Post Office, Santa Rosa, Texas, § § § § § § | |
| Defendants. § § | |

## ELENA OLIVAREZ'S ANSWER

ELENA OLIVAREZ, hereinafter Defendant, answers the Complaint as follows:

1. Insofar as responsive pleading is permitted or required, the Defendant, on information and belief, admits to the allegations set forth in paragraphs 1, 2, 3 and 4.

2. The Defendant admits to the allegations set forth in paragraph 5 of the Complaint, only insofar as subject matter jurisdiction is proper in this Court, and otherwise denies the allegations set forth therein.

3. The Defendant lacks sufficient knowledge of information to admit or deny the allegations set forth in paragraph 6 of the Complaint, and such allegations therefore are denied.

4. The Defendant admits to the allegations set forth in paragraph 7 of the Complaint, only insofar as Plaintiff, on information and belief, entered the United States Post Office in Santa Rosa, Cameron County, Texas, on November 12, 1999, and otherwise denies the allegations set

forth therein.

5. The Defendant lacks sufficient knowledge or information to admit or deny the allegation set forth in paragraph 8 of the Complaint, only insofar as Defendant, Yolanda Perez, on information and belief, was acting within the course and scope of her employment and had a duty to exercise ordinary care in her duty to oversee the upkeep and maintenance of the USPS of Santa Rosa, Cameron County, Texas, including overseeing the proper placement of warning signs and proper operation fo light fixtures, and such allegations are therefore denied. Defendant further denies all other allegations set forth in paragraph 8.

6. The Defendant denies the allegations set forth in paragraph 9 of the Complaint, including any and all subparts therein.

7. The Defendant denies the allegations set forth in paragraph 10 of the Complaint, including any and all subparts therein, and denies that the Plaintiff is entitled to any of the relief sought in her prayer for relief.

8. Any and all allegations made in the Complaint which have not heretofore been admitted or denied are denied.

## Affirmative Defenses

9. The Plaintiff has failed to plead a claim against Defendant for which relief can be granted.

10. Plaintiff has improperly named Defendant in this action.

11. The Defendant, continuing to deny any and all liability, nonetheless affirmatively pleads that the injuries, if any, that may have been sustained by Plaintiff, as alleged in her Complaint, occurred as a direct result of Plaintiff's negligent failure to exercise ordinary care for

her safety.

12. The Defendant, continuing to deny any and all liability, nonetheless affirmatively pleads that the injuries, if any, that may have been sustained by Plaintiff, as alleged in her Complaint, were the result of a pre-existing condition rather than any fault or conduct of Defendant.

WHEREFORE, PREMISES CONSIDERED, the Defendant, having answered, prays that the Plaintiff take nothing by her Complaint, and that the Defendant be allowed to go hence with her costs, and further be granted general relief.

Respectfully Submitted,

**TEXAS RURAL LEGAL AID, INC.**
316 S. Closner
Edinburg, Texas 78539
(956)383-5673
(956)383-4688 Fax

BY: _____
Pablo J. Almaguer
State Bar No. 24004523
S.D. Tex. No. 22597

Attorney-in-Charge for Defendant
Elena Olivarez

## CERTIFICATE OF SERVICE

I, Pablo J. Almaguer, hereby certify that a true and correct copy of the foregoing document has been forwarded by certified mail, return receipt requested, to the following counsel of record, on the 5th day of August, 2002:

Jason R. Mann
J. EDWARD MANN, JR. & ASSOCIATES
222 E. Van Buren, Suite 701
PO Box 231
Harlingen, TX 78551-0231

Nancy Masso, Asst. U.S. Attorney
UNITED STATES ATTORNEY'S OFFICE
600 E. Harrison #201
Brownsville, TX 78520

_____
Pablo J. Almaguer