# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Court
Southern District of Texas
ENTERED

NOV 0 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| GLORIA L. GARCIA A/K/A § | |
| GLORIA GUZMAN § | |
| § | |
| VS. § | CIVIL ACTION NO. B-02-017 |
| § | |
| UNITED STATES OF AMERICA, ET AL. § | |

TYPE OF CASE:   __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**NOVEMBER 26, 2002 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   NOVEMBER 5, 2002

TO:     MR. JASON MANN
        MS. NANCY MASSO
        MR. PABLO JAVIER ALMAGUER