THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

United States District Court
Southern District of Texas
FILED

NOV 2 6 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CIVIL ACTION NO. B-02-017 | DATE & TIME: 11-26-02 AT 1:30 P.M. |
| GLORIA L. GARCIA A/K/A GLORIA GUZMAN | PLAINTIFF(S) COUNSEL  JASON R. MANN |
| VS. | |
| UNITED STATES OF AMERICA, ET AL. | DEFENDANT(S)  NANCY MASSO   PABLO ALMAGUER |

---

Attorneys Jason Mann, Nancy Masso, Pablo Almaguer and Melody Fowler-Green appeared in chambers.

Parties will submit an agreed scheduling order.