# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

| | | |
|---|---|---|
| GLORIA L. GARCIA A/K/A | § | |
| GLORIA GUZMAN | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-017 |
| | § | |
| UNITED STATES OF AMERICA, ET AL. | § | |

TYPE OF CASE:   __X__ CIVIL                                 ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                                                                                  ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**                            **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                                                              DATE AND TIME:

**MAY 5, 2003 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   APRIL 23, 2003

TO:   MR. JASON MANN
       MS. NANCY MASSO
       MR. PABLO JAVIER ALMAGUER