United States District Court
Southern District of Texas
FILED

MAY 0 5 2003

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

| | |
|---|---|
| CIVIL ACTION NO. B-02-017 | DATE & TIME: 05-05-03 AT 1:30 P.M. |
| GLORIA L. GARCIA A/K/A GLORIA GUZMAN | PLAINTIFF(S) JASON R. MANN COUNSEL |
| VS. | |
| UNITED STATES OF AMERICA, ET AL. | DEFENDANT(S) NANCY MASSO PABLO ALMAGUER |

---

Attorneys Jason Mann, Nancy Masso and Pablo Almaguer appeared in chambers.

Parties are to depose Defendant Gloria Guzman with the month and the issue is whether or not she is an independent contractor.

Status conference will be re-set.