22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 8 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GLORIA GARCIA. A/K/A GLORIA GUZMAN<br>Plaintiff, | *<br>*<br>*<br>* |
| vs. | *<br>* CIVIL ACTION NO. B-02-017<br>* |
| UNITED STATES OF AMERICA, and YOLANDA PEREZ, as Postmaster, United States Post Office, Santa Rosa, Texas, and ELENA OLIVAREZ, as an Employee of the United States Post Office, Santa Rosa, Texas<br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>* |

## NOTICE OF SUBSTITUTION OF COUNSEL
## FOR THE UNITED STATES OF AMERICA

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that the undersigned Steven T. Schammel, Assistant U.S. Attorney, is substituting as attorney-in-charge for Defendants in the above-referenced cause in the stead of former Assistant United States Attorney Nancy Masso.

Respectfully submitted,

MICHAEL SHELBY
UNITED STATES ATTORNEY

STEVEN T. SCHAMMEL
Assistant U. S. Attorney
1701 W. Highway 83, Suite #600
McAllen, Texas 78501
(956) 618-8010
(956) 618-8016 (fax)
State Bar No. 24007990

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing Notice of Substitution of Counsel for the United States of America was mailed via First-Class Mail to the following:

Jason R. Mann
J. EDWARD MANN, JR. & ASSOCIATES
222 E. Van Buren, Suite 701
PO Box 231
Harlingen, TX 78551-0231

Attorney for Plaintiff

Pablo J. Almaquer
TEXAS RURAL LEGAL AID, INC.
316 S. Closner
Edinburg, Texas 78539

Attorney for Elena Olivarez

on this the 25th day of July, 2003.

Steven T. Schammel
Assistant U. S. Attorney