IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 3 1 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GLORIA L. GARCIA a/k/a GLORIA GUZMAN, § § § § | |
| Plaintiff, § § | |
| v. § | CIVIL ACTION NO. B-02-017 |
| § | |
| UNITED STATES OF AMERICA, and YOLANDA PEREZ, as Postmaster, United States Post Office, Santa Rosa, Texas, and ELENA OLIVAREZ, as an employee of the United States Post Office, Santa Rosa, Texas, § § § § § § § | |
| Defendants. § § | |

### ELENA OLIVAREZ'S MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW ELENA OLIVAREZ, Defendant in the above-styled and numbered civil action, and files this her Motion for Continuance requesting a continuance of the Status Conference currently scheduled for August 4, 2003, at 1:30 PM, and for such motion would respectfully show unto the court as follows:

I.

### Brief Background

1. On or about February 1, 2002, Gloria L. Garcia a/k/a/ Gloria Guzman, filed her original complaint complaining of the United States of America, and Yolanda Perez, as Postmaster, United States Post Office, Santa Rosa, Texas, and Elena Olivarez, as an employee of

the United States Post Office, Santa Rosa, Texas.

2. On or about April 22, 2002, the United States of America filed its original answer in this case.

3. On or about August 5, 2002, Defendant Elena Olivarez filed her original answer in this case.

4. On or about June 18, 2003, Defendant Elena Olivarez was deposed.

5. Defendant Elena Olivarez is currently reviewing the transcript of her deposition and on or about August 4, 2003, will submit any changes, if any, along with her sworn signature to the reporting service which prepared the transcript.

## II.

### Request for Continuance

6. The undersigned is the attorney in charge for Defendant Elena Olivarez in this action. The undersigned will be out of the State of Texas on August 4, 2003, and will not be able to attend the Status Conference set for that date. Accordingly, the undersigned requests a continuance of the Status Conference currently scheduled for August 4, 2003, in order that Defendant Elena Olivarez may be represented at the conference by her attorney in charge. This request is made not for purposes of delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Defendant ELENA OLIVAREZ requests that the Court grant this motion, and grant a continuance of the Status Conference and reschedule such conference to a date and time when the undersigned may participate, and grant this Defendant such other and further relief to which she may be justly entitled.

Respectfully Submitted,

**TEXAS RURAL LEGAL AID, INC.**
316 S. Closner
Edinburg, Texas 78539
(956)383-5673
(956)383-4688 Fax

BY: _____
Pablo J. Almaguer
State Bar No. 24004523
S.D. Tex. No. 22597

Attorney-in-Charge for Defendant
Elena Olivarez

| STATE OF TEXAS | § |
|---|---|
|  | § |
| COUNTY OF HIDALGO | § |

On this day Pablo J. Almaguer, the affiant, appeared in person before me, the undersigned Notary Public, who knows the affiant to be the person whose signature appears on this document. According to the affiant's statements under oath, the facts in the foregoing motion are within his personal knowledge and true and correct.

_____
Pablo J. Almaguer

SUBSCRIBED AND SWORN TO BEFORE ME on this the **31st day of July, 2003**, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR THE
STATE OF TEXAS

NORMA C. AUSTIN
Notary Public, State of Texas
My Commission Expires
10-25-2004

## CERTIFICATE OF CONFERENCE

I, Pablo J. Almaguer, certify that on the **28th day of July, 2003**, I conferred with Jason Mann, Counsel for Plaintiff Gloria L. Garcia, and with Steven T. Schammel, Counsel for the United States of America, and they indicated to me that they are not supposed to the filing of this Motion for Continuance.

_____
Pablo J. Almaguer

## CERTIFICATE OF SERVICE

I, Pablo J. Almaguer, hereby certify that a true and correct copy of the foregoing document has been served upon opposing counsel on this **31st day of July, 2003**, as follows:

Jason R. Mann
J. EDWARD MANN, JR. & ASSOCIATES
222 E. Van Buren, Suite 701
PO Box 231
Harlingen, TX 78551-0231
**VIA FAX (956) 428-9494**

Steven T. Schammel, Asst. U.S. Attorney
UNITED STATES ATTORNEY'S OFFICE
1701 W. Highway 83, Suite #600
McAllen, TX 78501
**VIA FAX (956) 618-8016**

_____
Pablo J. Almaguer