IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 0 1 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| GLORIA L. GARCIA a/k/a GLORIA GUZMAN, § § § § Plaintiff, § § v. § § UNITED STATES OF AMERICA, and § YOLANDA PEREZ, as Postmaster, United § States Post Office, Santa Rosa, Texas, and § ELENA OLIVAREZ, as an employee of the § United States Post Office, Santa Rosa, Texas, § § Defendants. § § | CIVIL ACTION NO. B-02-017 |

### ELENA OLIVAREZ'S MOTION FOR CONTINUANCE

On this day came on to be considered Defendant ELENA OLIVAREZ'S Motion for Continuance. After considering the motion, the Court's is f the opinion that the motion is meritorious and should be granted. It is, therefore,

ORDERED that Defendant ELENA OLIVAREZ'S Motion for Continuance is hereby granted and that the Status Conference currently scheduled for August 4, 2003, at 1:30 PM is hereby rescheduled for the __18th__ day of __August__, 2003/PM., at __1:30__ a.m./p.m.

DONE this __1st__ day of __August__, 2003, at Brownsville, Texas.

_____
U.S. ~~DISTRICT~~ MAGISTRATE JUDGE PRESIDING