United States District Court
Southern District of Texas
FILED

AUG 1 8 2003

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

| | |
|---|---|
| CIVIL ACTION NO. **B-02-017** | DATE & TIME: **08-18-03 AT 1:30 P.M.** |
| **GLORIA L. GARCIA A/K/A GLORIA GUZMAN** | PLAINTIFF(S) **JASON R. MANN** COUNSEL |
| VS. | |
| **UNITED STATES OF AMERICA, ET AL.** | DEFENDANT(S) **STEVEN SCHAMMEL PABLO ALMAGUER** |

Attorneys attended conference in chambers.

    Attorneys: Nancy Masso, on behalf of Steven Schammel, appeared for the United States; Pablo Almaguer for Elena Olivarez; and Jason Mann for Gloria Garcia.

    All dispositive motions to be filed by October 17, 2003.
    Responses to dispositive motions to be filed by November 21, 2003.

    Trial on the merits will be held before Judge Hanen in February 2004.

Court will issue Scheduling Order to parties.