# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GLORIA L. GARCIA A/K/A GLORIA GUZMAN | § § § | |
| VS. | § § | CIVIL ACTION NO. B-02-017 |
| UNITED STATES OF AMERICA, AND YOLANDA PEREZ, AS POSTMASTER, UNITED STATES POST OFFICE, SANTA ROSA, TX, AND ELENA OLIVAREZ, AS AN EMPLOYEE OF THE UNITED STATES POST OFFICE, SANTA ROSA, TEXAS | § § § § § § § § | |

## ORDER

On this day came to be considered the **status conference** in the above-entitled and numbered case, where the following scheduling dates were set:

IT IS HEREBY ORDERED THAT:

(1) All discovery in this case must be completed by **January 7, 2004.** If additional time is required, a motion requesting such extension must be filed no later than **December 22, 2003.** Failure to file such motion shall preclude further discovery.

(2) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3) A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **January 21, 2004.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(4) A final pretrial and settlement conference is set for **January 21, 2004 at 1:30 P.M.** before Magistrate Judge John Wm. Black.

(5) Final Pretrial is set for **February 3, 2004 at 1:30 P.M.** before Judge Andrew S. Hanen. Jury selection, if necessary, is set for **February 5, 2004 at 9:00 A.M.** before Judge Andrew S. Hanen.

(6) Trial on the merits is set for **February 2004**, docket call.

DONE at Brownsville, Texas, on this 18th day of August, 2003.

John Wm. Black
United States Magistrate Judge