# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

SEP 1 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

### NOTICE OF RE-SETTING

| | | |
|---|---|---|
| GLORIA L. GARCIA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-017 |
| | § | |
| UNITED STATES OF AMERICA, ET AL | § | |

TYPE OF CASE:        __X__ CIVIL                                            ____ CRIMINAL

TAKE NOTICE that the proceeding in this case has been re-set as indicated below:

TYPE OF PROCEEDING: ~~DOCKET CALL~~ *Final Pretrial Conference*

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:                                                                                    ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**                    THIRD FLOOR COURTROOM, #6
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:                    RESET TO DATE AND TIME:

**February 3, 2004 @ 1:30 pm**                                    **February 4, 2004 @ 1:30 pm**

MICHAEL N. MILBY, CLERK

BY: _Irma A. Soto_
Irma A. Soto, Deputy Clerk

DATE: September 9, 2003

TO: **ALL COUNSEL OF RECORD**