UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 9 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GLORIA GARCIA. A/K/A § | |
| GLORIA GUZMAN § | |
| Plaintiff, § | |
| § | |
| vs. § | |
| § | CIVIL ACTION NO. B-02-017 |
| § | |
| UNITED STATES OF AMERICA, and § | |
| YOLANDA PEREZ, as Postmaster, § | |
| United States Post Office, Santa Rosa, § | |
| Texas, and ELENA OLIVAREZ, as an § | |
| Employee of the United States Post Office, § | |
| Santa Rosa, Texas § | |
| Defendants. § | |

## AGREED MOTION
## FOR
## EXTENSION OF DEADLINES

All parties, after conference, file this AGREED MOTION FOR EXTENSION OF DEADLINES and would respectfully show the Court as follows:

1. This case involves allegations by Plaintiff that Defendants United States of America, Yolanda Perez as Postmaster of the United States Post Office, Santa Rosa, Texas (hereinafter Defendant United States of America and Elena Olivarez (hereinafter Defendant Olivarez) were responsible for the injuries the Plaintiff allegedly received on November 12, 1999, when she claims she fell in the United States Post Office in Santa Rosa, Texas.

2. Parties are currently engaged in discover with a discovery deadline of January 7, 2003 and motions are to be filed by January 16, 2003. The Joint Pretrial Order is due by January 21, 2003 with final pretrial set for February 3, 2003.

3. Defendant United States of America and Defendant Olivarez received supplemental

discovery from the Plaintiff on or about December 12, 2003. This was the first supplement by Plaintiff since the initial response to discovery. Plaintiff has listed new medical expenses, a new treating physician and Plaintiff has designated an expert. Defendant United States of America is now in the process of getting copies of the new medical records and billing statements. Additionally, Defendant United States of America has contacted Plaintiff to schedule depositions for Dr. Raul Garza and Dr. Bliss Clark (Plaintiff's newly designated expert). Plaintiff has not been able to make contact her treating physicians to confirm dates for deposition.

4. This continuance is not sought for purposes of delay only, but that justice may be done.

## CONCLUSION

WHEREFORE, for the foregoing reasons, Defendant respectfully requests this Court grant this Motion and extend all deadlines for at lest 30 days so that discovery may be completed, motions filed and settlement discussions conducted.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

STEVEN SCHAMMEL
Assistant United States Attorney
1701 W. Highway 83 #600
McAllen, TX 78550
(956) 618-8010/FAX (956) 618-8016
State Bar No. 24007990
Federal I.D. No. 23180

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff and counsel for Defendant Olivarez were contacted by phone on December 23 and 22 (respectively), 2003. All parties are in agreement with this motion.

_____
STEVEN SCHAMMEL
Assistant United States Attorney

## CERTIFICATE OF SERVICE

This will certify that a copy of this AGREED MOTION FOR EXTENSION OF DEADLINES was served by certified mail, return receipt requested, on December 23, 2003, to:

Mr. Jason R. Mann
222 East Van Buren, Suite 701
Harlingen, TX 78550
*CMRRR # 7000 1530 0005 0687 0512*

Mr. Pablo J. Almaguer
Texas Rural Legal Aid, Inc.
316 S. Closner
Edinburg, TX 78539
*CMRRR # 7000 1530 0005 0687 0529*

_____
STEVEN SCHAMMEL
Assistant United States Attorney

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| GLORIA GARCIA. A/K/A § <br> GLORIA GUZMAN § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> § <br> UNITED STATES OF AMERICA, and § <br> YOLANDA PEREZ, as Postmaster, § <br> United States Post Office, Santa Rosa, § <br> Texas, and ELENA OLIVAREZ, as an § <br> Employee of the United States Post Office, § <br> Santa Rosa, Texas § <br> Defendants. § | CIVIL ACTION NO. B-02-017 |

## ORDER GRANTING AGREED MOTION
## FOR
## EXTENSION OF DEADLINES

Came on to be heard this day, this AGREED MOTION FOR EXTENSION OF DEADLINES. After considering the Motion, the Court is of the opinion that the Motion is with merit and should be granted. It is therefore

ORDERED that this AGREED MOTION FOR EXTENSION OF DEADLINES is hereby granted. The dates for the discovery deadline of January 7, 2003, for motions to be filed by January 16, 2003, for the Joint Pretrial Order is due by January 21, 2003, and the final pretrial set for February 3, 2003 are hereby continued to a date to be announced by the Court.

Done this _____ day of _____, 2003 at Brownsville, Texas.

_____
Honorable Andrew Hanen
United States District Judge