IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| GLORIA GARCIA, A/K/A | § | |
| GLORIA GUZMAN | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-017 |
| | § | |
| UNITED STATES OF AMERICA, and | § | |
| YOLANDA PEREZ, as Postmaster, | § | |
| United States Post Office, Santa Rosa, | § | |
| Texas, and ELENA OLIVAREZ, as an | § | |
| Employee of the United States Post Office, | § | |
| Santa Rosa, Texas | § | |
| Defendants. | § | |

**ORDER GRANTING AGREED
MOTION FOR EXTENSION OF DEADLINES**

Came on to be heard this day, this AGREED MOTION FOR EXTENSION OF DEADLINES. After considering the Motion, the Court is of the opinion that the Motion is with merit and should be granted. It is therefore

ORDERED that this AGREED MOTION FOR EXTENSION OF DEADLINES is hereby granted. The previous date for the discovery deadline of January 7, 2004 is hereby changed to April 2, 2004. The previous cut-off date for motions to be filed of January 16, 2003 is hereby changed to April 16, 2004. The Joint Pretrial Order is now due by April 16, 2004, and the final pretrial conference is now set for May 4, 2004 at 1:30 p.m. with jury selection to be at 9:00 a.m. on May 6, 2004.

Signed on this 5th day of January, 2004.

_____
Honorable Andrew S. Hanen
United States District Judge