IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 6 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GLORIA L. GARCIA a/k/a GLORIA GUZMAN, § § § § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. B-02-017 |
| § | |
| UNITED STATES OF AMERICA, and YOLANDA PEREZ, as Postmaster, United States Post Office, Santa Rosa, Texas, and ELENA OLIVAREZ, as an employee of the United States Post Office, Santa Rosa, Texas, § § § § § § § | |
| Defendants. § § | |

### PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE TO SUBMIT JOINT PRETRIAL ORDER

Plaintiff files this Unopposed Motion to Extend Deadline to Submit Joint Pretrial Order. In support of this motion, the Plaintiff would show as follows:

1. The parties field an Agreed Motion for Extension of Deadlines which the Court granted on January 5, 2004, and set a deadline for a Joint Pretrial Order to be filed by April 16, 2004.

2. This matter is set for a final pretrial conference on May 4, 2004, at 1:30 p.m. and jury selection to be at 9:00 a.m. on May 6, 2004.

3. Defendant USA has filed a Motion to Strike Plaintiff's Expert Witness, Witness and Medical Records and intends to file a dispositive motion in this cause. Defendant Elena Olivarez has filed a Motion for Summary Judgment in this cause.

4. This motion is not opposed by the Defendants.

5. The pending motions before the Court, if granted, will dispose of some if not most of the issues pending in this matter which will determine the information to be contained in the Joint Pretrial Order. Therefore, the parties would ask the Court to allow the pending motions to be heard before a Joint Pretrial Order is due.

6. For the reasons stated above, Plaintiff believes that good cause exists to extend the deadline for the filing of a Joint Pretrial Order to April 27, 2004.

7. This motion is not filed to delay this case but so the interests of justice will be served.

WHEREFORE, the Plaintiff respectfully requests that the Court grant this motion and extend the deadline for the filing of a Joint Pretrial Order. The Plaintiff further prays for all general relief to which she may be entitled.

> Respectfully Submitted,
>
> J. EDWARD MANN, JR. & ASSOCIATES
>
> _____
> Jason R. Mann
> State Bar No. 24004793
> Federal Bar No. 23543
> 222. E. Van Buren, Suite 701
> P.O. Box 231
> Harlingen, TX 78551-0231
> Tel.: (956) 428-4114
> Fax: (956) 428-9494
> Attorney in Charge for Plaintiff
> Gloria Garcia a/k/a Gloria Guzman

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of April, 2004, a true and correct copy of the foregoing document was served on the attorneys of record for Defendants via facsimile and regular United States Mail to:

Steven T. Schammel, Asst. U.S. Attorney
UNITED STATES ATTORNEY'S OFFICE
1701 W. Highway 83, Suite #600
McAllen, TX 78501
Fax: (956) 618-8009

Pablo J. Almaguer
TEXAS RIOGRANDE LEGAL AID, INC.
316 S. Closner
Edinburg, Texas 78539
Fax: (956) 383-4688

_____
Jason R. Mann