IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 9 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GLORIA L. GARCIA A/K/A GLORIA GUZMAN | § § § | |
| V. | § § | CIVIL ACTION NO. B-02-017 |
| UNITED STATES OF AMERICA, and YOLANDA PEREZ, as Postmaster, United States Post Office, Santa Rosa Texas, and ELENA OLIVAREZ, as an employee of the United States Post Office, Santa Rosa, Texas | § § § § § § § | |

### CERTIFICATE OF CONFERENCE

I certify that on the 15th day of April, 2004, I conferred with Steven T. Schammel and Pablo J. Almaquer, and they do not oppose Plaintiff's Unopposed Motion to Extend Deadline to Submit Joint Pretrial Order.

Respectfully submitted,

J. EDWARD MANN, JR. & ASSOCIATES

_____
Jason R. Mann
State Bar No. 24004793
Federal Bar No. 23543
222 E. Van Buren, Suite 701
P. O. Box 231
Harlingen, Texas 78551-0231
Telephone: 956/428-4114
Facsimile: 956/428-9494
Attorney for Gloria L. Garcia a/k/a Gloria Guzman