United States District Court
Southern District of Texas
FILED

APR 2 6 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GLORIA L. GARCIA A/K/A GLORIA GUZMAN | § § § |
| V. | §  CIVIL ACTION NO. B-02-017 |
| UNITED STATES OF AMERICA, and YOLANDA PEREZ, as Postmaster, United States Post Office, Santa Rosa Texas, and ELENA OLIVAREZ, as an employee of the United States Post Office, Santa Rosa, Texas | § § § § § § § |

**PLAINTIFF'S RESPONSE TO POSTAL SERVICE'S
MOTION TO STRIKE PLAINTIFF'S EXPERT WITNESS,
WITNESS AND MEDICAL RECORDS**

Plaintiff asks the court to deny Defendant, POSTAL SERVICE, Motion to Exclude the testimony of Expert witness, DR. BLISS. CLARK, witness, DR. RAUL GARZA and Medical Records from Valley Baptist Medical Center.

A. INTRODUCTION

1. Plaintiff is GLORIA GARCIA; Defendant is UNITED STATES OF AMERICA, POSTAL SERVICE.

2. Plaintiff sued Defendant for an injury received as a result of a slip and fall occurring in the United States Post Office, Santa Rosa, Texas on November 12, 1999.

3. Plaintiff identified Dr. Bliss Clark, to testify about injuries received to her right and left knees as a result of her fall.

4. Plaintiff identified Dr. Raul Garza as a witness who was a treating physician who had treated the Plaintiff immediately following her fall.

5. The Medical Records from Valley Baptist Medical pertain solely to knee surgery which became a medical necessity as a result of injuries sustained by Plaintiff in the slip and fall occurring in the United States Post Office, Santa Rosa, Texas.

## B. ARGUMENT

6. The court should allow the testimony of Dr. Bliss Clark and Dr. Raul Garza because the testimony is reliable and will be helpful to the fact finder. Additionally, due to the unavailability of the expert witness and witness deposition, Plaintiff gave Authorization to Meet with Counsel for the United States of America, because of Plaintiff's difficulty contacting and obtaining deposition dates from Dr. Clark and Dr. Garza, despite numerous attempts to do so by Plaintiff's Counsel. (See attached Exhibit B).

7. The court should allow the Admittance of the Medical records from Valley Baptist Medical Center as the HIPAA release required for Defendant to obtain copies of said medical records was signed by Plaintiff and sent to Defendant, via regular mail on March 24, 2004, and again, upon the request of Defendant, on April 16, 2004, via regular mail and facsimile. (See attached Exhibits C and D). Defendant is currently in possession of all requested medical records from Valley Baptist Medical Center, voluminous copies of which are attached to Defendant's Exhibit List as Exhibits 4 through 6.

8. The court should allow the testimony of Dr. Bliss Clark and Dr. Raul Garza because they can testify as to the severity of Plaintiff's injuries, the necessity of surgery and the resulting pain from which Plaintiff may suffer for the rest of her natural life.

9. Plaintiff attaches the Affidavit of Lorie M. Sanders, Assistant to Jason R. Mann to this response to establish facts not apparent from the record. In the aforementioned affidavit Lorie M. Sanders affies that the HIPPA authorization required by Valley Baptist Medical Center to obtain medical records was mailed to counsel for Defendant on March 24, 2004, via regular mail, and again on April 16, 2004, via facsimile and regular mail. Additionally, Ms. Sanders affies that she made numerous attempts left detailed messages with the employees of the doctors employees in order to obtain dates of the availability of Dr. Bliss Clark and Dr. Raul

Garza to no avail. The doctors' unavailability for depositions was due to the lack of cooperation on the part of the witnesses.

## C. CONCLUSION

10. For the reasons set forth hereinabove, Plaintiff asks the court to set the motion for a hearing and, after the hearing, to deny Defendant, Postal Service's Motion to Strike Plaintiff's Expert witness, Witness and Medical Records.

Respectfully submitted,

J. EDWARD MANN, JR. & ASSOCIATES

Jason R. Mann
State Bar No. 24004793
Federal Bar No. 23543
222 E. Van Buren, Suite 701
P. O. Box 231
Harlingen, Texas 78551-0231
Telephone: 956/428-4114
Facsimile: 956/428-9494
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this instrument has been forwarded to all parties and counsel of record on this the 23rd day of April, 2004.

Michael T. Shelby
United States Attorney

Steven T. Schammel
Assistant U.S. Attorney
Southern District of Texas
1701 W. Highway 83, Suite 600
Texas Commerce Bank - Bentsen Tower
McAllen, Texas 78501

Pablo J. Almiguer
Texas Rural Legal Aid, Inc.
316 S. Closner
Edinburg, TX 78539

Jason R. Mann

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GLORIA L. GARCIA A/K/A<br>GLORIA GUZMAN<br><br>V.<br><br>UNITED STATES OF AMERICA, and<br>YOLANDA PEREZ, as Postmaster,<br>United States Post Office, Santa Rosa<br>Texas, and ELENA OLIVAREZ, as<br>an employee of the United States Post<br>Office, Santa Rosa, Texas | §<br>§<br>§<br>§ CIVIL ACTION NO. B-02-017<br>§<br>§<br>§<br>§<br>§<br>§ |

## AFFIDAVIT OF LORIE M. SANDERS

STATE OF TEXAS §
§
COUNTY OF CAMERON §

On this day, LORIE M. SANDERS, appeared before me, the undersigned notary public. After I administered an oath to her, upon her oath, she said:

1. "My name is Lorie M. Sanders. I am the legal assistant of Jason R. Mann. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. On numerous occasions from the date the deposition notices were received by our office from the Defendant, United States of America, Postal Service, I personally placed calls to the offices of Dr. Bliss Clark and Dr. Raul Garza.

3. Each time I called either doctors' office, I would speak either to a nurse, or receptionist. Each time I called, I asked to speak to the doctors and was told that he was with patients, out of the office, or unavailable. I always left a detailed message stating that I was calling from the office of Jason R. Mann, an attorney, with regards to our client (their patient) Gloria Garcia. I always left specific information with regards to our client such as, date of birth, social security number



and aliases as needed, due to her recent divorce and name change. I also explained that I was calling concerning the doctors being listed as witnesses in a lawsuit concerning Ms. Garcia's personal injury lawsuit. I always told whomever I was speaking to that all that I required was for the respective doctors to provide me with dates and times that they might be available for deposition, and that one of their employees could provide me with that information. At one point, I even spoke with Dr. Bliss Clark on the telephone when he called our office on another matter. Before I transferred his call I told him that I had been trying to reach him regarding dates he would be available for deposition. His response was that he would look at his calendar and get back to me on his available dates. Dr. Clark also stated that he That was the last time I spoke with Dr. Clark. I have called his office since, but have received no returned telephone calls. Likewise, Dr. Garza never returned a single call.

Further affiant sayeth not.

Lorie M. Sanders

SUBSCRIBED AND SWORN TO BEFORE ME on this 23rd day of April, 2004.

Notary Public, State of Texas



# J. EDWARD MANN, JR. & ASSOCIATES
## ATTORNEYS AT LAW
Bank of America Tower
222 EAST VAN BUREN, SUITE 701
HARLINGEN, TEXAS 78550

J. EDWARD MANN, JR.*

JASON R. MANN

*BOARD CERTIFIED
TAX LAW
ESTATE PLANNING AND PROBATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

P. O. Box 231
HARLINGEN, TEXAS 78551-0231
TELEPHONE (956)428-4114
FAX (956)428-9494

March 29, 2004

Steven T. Schammel
Assistant U.S. Attorney
Southern District of Texas
1701 W. Highway 83, Suite 600
Texas Commerce Bank - Bentsen Tower
McAllen, Texas 78501

Re:   Civil Case No. B-02-017: Gloria L. Garcia a/k/a Gloria Guzman v. United States of America, and Yolanda Perez, as Postmaster, United States Post Office, Santa Rosa, Texas, and Elena Olivarez, as an employee of the United States Post Office, Santa Rosa, Texas

Dear Mr. Schammel:

Enclosed please find the originals of the following documents with regards to the above named cause of action signed by Jason R. Mann.

• **Authorization to Meet with Counsel for the United States of America - Dr. Raul Garza**
  **Authorization to Meet with Counsel for the United States of America - Dr. Bliss Clark**

Thank you and with cordial wishes I remain,

Yours truly,

Lorie M. Sanders, ALS
Assistant to Jason R. Mann

JRM:ls
Enclosure



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GLORIA GARCIA, A/K/A <br> GLORIA GUZMAN <br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, and <br> YOLANDA PEREZ, as Postmaster, <br> United States Post Office, Santa Rosa, <br> Texas, and ELENA OLIVAREZ, as an <br> Employee of the United States Post Office, <br> Santa Rosa, Texas <br> Defendants. | CIVIL ACTION NO. B-02-017 |

### Authorization to Meet With Counsel for the United States of America

I, Jason Mann, attorney for plaintiff Gloria Garcia (a/k/a Gloria Guzman) in the above numbered and styled case, do hereby authorize the attorney(s) for the defendant United States of America to meet with Dr. Raul Garza outside of my presence to discuss all matters relating to the aforementioned plaintiff.

Mr. Jason R. Mann
222 East Van Buren, Suite 701
Harlingen, TX 78550
Texas Bar No.:
Federal Id No.:

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GLORIA GARCIA, A/K/A GLORIA GUZMAN,<br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, and YOLANDA PEREZ, as Postmaster, United States Post Office, Santa Rosa, Texas, and ELENA OLIVAREZ, as an Employee of the United States Post Office, Santa Rosa, Texas<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§    CIVIL ACTION NO. B-02-017<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

### Authorization to Meet With Counsel for the United States of America

I, Jason Mann, attorney for plaintiff Gloria Garcia (a/k/a Gloria Guzman) in the above numbered and styled case, do hereby authorize the attorney(s) for the defendant United States of America to meet with Dr. Bliss Clark outside of my presence to discuss all matters relating to the aforementioned plaintiff.

Mr. Jason R. Mann
222 East Van Buren, Suite 701
Harlingen, TX 78550
Texas Bar No.:
Federal Id No.:

Attorney for Plaintiff

# J. EDWARD MANN, JR. & ASSOCIATES
ATTORNEYS AT LAW
Bank of America Tower
222 EAST VAN BUREN, SUITE 701
HARLINGEN, TEXAS 78550

J. EDWARD MANN, JR.*

JASON R. MANN

*BOARD CERTIFIED
TAX LAW
ESTATE PLANNING AND PROBATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

P. O. Box 231
HARLINGEN, TEXAS 78551-0231
TELEPHONE (956)428-4114
FAX (956)428-9494

March 24, 2004

Steven T. Schammel
Assistant U.S. Attorney
Southern District of Texas
1701 W. Highway 83, Suite 600
Texas Commerce Bank - Bentsen Tower
McAllen, Texas 78501

Re: Civil Case No. B-02-017: Gloria L. Garcia a/k/a Gloria Guzman v. United States of America, and Yolanda Perez, as Postmaster, United States Post Office, Santa Rosa, Texas, and Elena Olivarez, as an employee of the United States Post Office, Santa Rosa, Texas

Dear Mr. Schammel:

Enclosed please find the original of the following document with regards to the above named cause of action.

- **Authorization to Disclose Health Information**

Thank you and with cordial wishes I remain,

Yours truly,

Lorie M. Sanders, ALS
Assistant to Jason R. Mann

JRM:ls
Enclosure



## AUTHORIZATION TO DISCLOSE HEALTH INFORMATION

Patient Name: __GLORIA GARCIA (LONGORIA)__   Medical Records No. _____

Social Security Number: __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__   D.O.B.: __6-20-51__

I authorize __VALLEY BAPTIST MEDICAL CENTER__ to disclose information relating to the above named individual's health information as described below. The type and amount of information to be used or disclosed as follows:

*Check Appropriate Document*        *List Dates Below*

_____  Operative Report        _____
_____  History & Physical       _____
_____  Discharge Summary        _____
_____  Laboratory Results       _____
_____  Radiology Results        _____
_____  Pathology Report         _____
_____  EKG Reports              _____
_____  Emergency Room           _____
_____  Entire Record            _____
_____  Other:_____

The above information that is going to be released is for what purpose and that purpose only; please check one:

_____ Continuation of Care   _____ Personal   __✓__ Attorney   _____ Disability   _____ Medicaid/Medicare

1. I understand that the information in my medical record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.

2. **This information may be disclosed to and used by the following individual or organization:**
   Name of Person/Organization:_____
   Address:_____

3. I understand that I have the right to revoke this authorization at any time. I understand that if I revoke this authorization I must do so in writing and present my written revocation to the Medical Records Department. I understand that revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy. Unless otherwise revoked, this authorization will expire on the following date, event, or:_____ condition. If I fail to specify an authorization date, event or condition, this authorization will expire in six months (Tex. H&S §166.155).

4. I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I need not sign this form in order to ensure treatment. I understand that I may inspect or request a copy of the information to be used or disclosed as provided in CFR 164.524. I understand that any disclosure of information carries with it the potential for any unauthorized redisclosure and the information may not be protected by federal confidentiality rules.

_____   __2/24/04__
Signature of Patient or Legal Representative   Date

_____   _____
If Signed by Legal Representative, Relationship to Patient   Date

# J. EDWARD MANN, JR. & ASSOCIATES
## ATTORNEYS AT LAW
Bank of America Tower
222 EAST VAN BUREN, SUITE 701
HARLINGEN, TEXAS 78550

J. EDWARD MANN, JR.*

JASON R. MANN

*BOARD CERTIFIED
TAX LAW
ESTATE PLANNING AND PROBATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

P. O. Box 231
HARLINGEN, TEXAS 78551-0231
TELEPHONE (956)428-4114
FAX (956)428-9494

April 16, 2004

Steven T. Schammel
Assistant U.S. Attorney
Southern District of Texas
1701 W. Highway 83, Suite 600
Texas Commerce Bank - Bentsen Tower
McAllen, Texas 78501

VIA FACSIMILE
AND REGULAR MAIL

Re: Civil Case No. B-02-017: Gloria L. Garcia a/k/a Gloria Guzman v. United States of America, and Yolanda Perez, as Postmaster, United States Post Office, Santa Rosa, Texas, and Elena Olivarez, as an employee of the United States Post Office, Santa Rosa, Texas

Dear Mr. Schammel:

Enclosed please find the original of the following document with regards to the above named cause of action.

- **Authorization to Disclose Health Information**

Thank you and with cordial wishes I remain,

Yours truly,

Lorie M. Sanders, ALS
Assistant to Jason R. Mann

JRM:ls
Enclosure



**AUTHORIZATION TO DISCLOSE HEALTH INFORMATION**

Patient Name: __GLORIA GARCIA (LONGORIA)__  Medical Records No. _____

Social Security Number: __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__   D.O.B.: __6-20-51__

I authorize __VALLEY BAPTIST MEDICAL CENTER__ to disclose information relating to the above named individual's health information as described below. The type and amount of information to be used or disclosed as follows:

*Check Appropriate Document*       *List Dates Below*

_____   Operative Report         _____
_____   History & Physical       _____
_____   Discharge Summary        _____
_____   Laboratory Results       _____
_____   Radiology Results        _____
_____   Pathology Report         _____
_____   EKG Reports              _____
_____   Emergency Room           _____
_____   Entire Record            _____
_____   Other:_____

The above information that is going to be released is for what purpose and that purpose only; please check one:

_____ Continuation of Care   _____ Personal   __✓__ Attorney   _____ Disability   _____ Medicaid/Medicare

1. I understand that the information in my medical record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.

2. **This information may be disclosed to and used by the following individual or organization:**
   Name of Person/Organization:_____
   Address:_____

3. I understand that I have the right to revoke this authorization at any time. I understand that if I revoke this authorization I must do so in writing and present my written revocation to the Medical Records Department. I understand that revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy. Unless otherwise revoked, this authorization will expire on the following date, event, or:_____ condition. If I fail to specify an authorization date, event or condition, this authorization will expire in six months (Tex. H&S §166.155).

4. I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I need not sign this form in order to ensure treatment. I understand that I may inspect or request a copy of the information to be used or disclosed as provided in CFR 164.524. I understand that any disclosure of information carries with it the potential for any unauthorized redisclosure and the information may not be protected by federal confidentiality rules.

__[signature]__                                      __2/24/04__
Signature of Patient or Legal Representative           Date

_____                     _____
If Signed by Legal Representative, Relationship to Patient   Date

# J. EDWARD MANN, JR. & ASSOCIATES
ATTORNEYS AT LAW

TELEPHONE:
956-428-4114

Bank of America Tower
222 EAST VAN BUREN, SUITE 701
HARLINGEN, TEXAS 78550

_____ RUSH
_____ ASAP
_____ REGULAR

FACSIMILE:
956-428-9494

## TELECOPY COVERSHEET

| Date: | 4/16 | Time: | 3:05 |
|---|---|---|---|
| From: | Jason R. Mann | Number of Pages: | 3 |
| Re: | Authorization to Disclose Health Information | | |

TO: Steven Schammel

FAX: 618-8016

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE MAY BE PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS TELECOPY IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US, AT OUR EXPENSE, AT THE ADDRESS ABOVE VIA THE UNITED STATES POSTAL SERVICE.

Please call 956-428-4114
for any problems or confirmations

Lorie
Telecopy Operator

\_\_\_\_\_ ORIGINAL WILL NOT FOLLOW
☒ ORIGINAL WILL FOLLOW VIA:
☒ Regular Mail
\_\_\_\_\_ Overnight Delivery
\_\_\_\_\_ Hand Delivery
\_\_\_\_\_ Certified Mail

```
MESSAGE CONFIRMATION                           APR-16-2004 03:14PM FRI

                                        FAX NUMBER:
                                        NAME       :

NAME/NUMBER    :  19566188016
PAGE           :  003
START TIME     :  APR-16-2004 03:13PM FRI
ELAPSED TIME   :  00'52"
MODE           :  G3 STD    ECM
RESULTS        :     [ O.K ]
```

---

### J. EDWARD MANN, JR. & ASSOCIATES
ATTORNEYS AT LAW

TELEPHONE:
956-428-4114

FACSIMILE:
956-428-9494

Bank of America Tower
222 EAST VAN BUREN, SUITE 701
HARLINGEN, TEXAS 78550

___ RUSH
___ ASAP
___ REGULAR

## TELECOPY COVERSHEET

| Date: | 4/16 | Time: | 3:05 |
|---|---|---|---|
| From: | Jason R. Mann | Number of Pages: | 3 |
| Re: | Authorization to Disclose Health Information | | |

TO: Steven Schammel
FAX: 618-8016

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE MAY BE PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS TELECOPY IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US, AT OUR EXPENSE, AT THE ADDRESS ABOVE VIA THE UNITED STATES POSTAL SERVICE.

Please call 956-428-4114
for any problems or confirmations

Lorie
Telecopy Operator

___ ORIGINAL WILL NOT FOLLOW
_X_ ORIGINAL WILL FOLLOW VIA:
_X_ Regular Mail
___ Overnight Delivery
___ Hand Delivery
___ Certified Mail

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GLORIA L. GARCIA A/K/A<br>GLORIA GUZMAN | §<br>§<br>§ | |
| V. | § | CIVIL ACTION NO. B-02-017 |
| | § | |
| UNITED STATES OF AMERICA, and<br>YOLANDA PEREZ, as Postmaster,<br>United States Post Office, Santa Rosa<br>Texas, and ELENA OLIVAREZ, as<br>an employee of the United States Post<br>Office, Santa Rosa, Texas | §<br>§<br>§<br>§<br>§<br>§ | |

## CERTIFICATE OF CONFERENCE

I certify that on the 22nd day of April, 2004, I sent correspondence via facsimile to Steven T. Schammel in response to Defendant's Postal Service, Motion to Strike Plaintiff's expert Witness, Witness and Medical Records requesting that he withdraw his motion because all requested documentation and authorization to speak to our witnesses had been provided as requested. I have received no response from Mr. Schammel.

Respectfully submitted,

J. EDWARD MANN, JR. & ASSOCIATES

Jason R. Mann
State Bar No. 24004793
Federal Bar No. 23543
222 E. Van Buren, Suite 701
P. O. Box 231
Harlingen, Texas 78551-0231
Telephone: 956/428-4114
Facsimile: 956/428-9494
Attorney for Gloria L. Garcia a/k/a Gloria Guzman