United States District Court
Southern District of Texas
FILED

APR 2 6 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GLORIA GARCIA. A/K/A GLORIA GUZMAN<br>Plaintiff, | § § § § § § | |
| vs. | § § | CIVIL ACTION NO. B-02-017 |
| UNITED STATES OF AMERICA, and YOLANDA PEREZ, as Postmaster, United States Post Office, Santa Rosa, Texas, and ELENA OLIVAREZ, as an Employee of the United States Post Office, Santa Rosa, Texas<br>Defendants. | § § § § § § § § § | |

## UNOPPOSED MOTION FOR LEAVE TO FILE UNITED STATES OF AMERICA'S FIRST AMENDED PROPOSED JOINT PRETRIAL ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the United States of America, Plaintiff herein, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and requests leave of Court to file this First Amended Proposed Joint Pretrial Order. The United States of America submits the following as grounds for granting this motion:

1. The United States of America's *Joint Pretrial Order* has been previously filed.

2. Counsel for Plaintiff and Counsel for Defendant Olivarez have been informed that the *United States of America's First Amended Proposed Joint Pretrial Order* would be filed today and they were unopposed.

3. The Defendant's asks this Court to allow it to file the *United States of America's First Amended Proposed Joint Pretrial Order*.

4. This motion is being made without the intent or purpose of dely.

WHEREFORE, PREMISES CONSIDERED, the Defendants pray that the Court grant leave to file this First Amended Proposed Joint Pretrial Order in the above-entitled and numbered cause.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

STEVEN SCHAMMEL
Assistant United States Attorney
1701 W. Business 83, Suite 600
McAllen, Texas 78520
(956) 618-8010/FAX (956) 618-8016
State Bar No. 24007990

## CERTIFICATE OF CONFERENCE

Counsel for the Plaintiff and Co-Defendant were contacted and the parties are in agreement with this motion.

STEVEN SCHAMMEL
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the true and foregoing *United States of America's First Amended Proposed Joint Pretrial Order* was mailed to the following via certified mail, return-receipt requested:

Jason R. Mann
J. EDWARD MANN, JR. & ASSOCIATES
222 E. Van Buren, Suite 701
PO Box 231
Harlingen, TX 78551-0231

Attorney for Plaintiff

Pablo J. Almaguer
TEXAS RURAL LEGAL AID, INC.
316 S. Closner
Edinburg, Texas 78539

Attorney for Elena Olivarez

on this the 28th day of April, 2004.

STEVEN SCHAMMEL
Assistant United States Attorney