**J. EDWARD MANN, JR. & ASSOCIATES**
ATTORNEYS AT LAW
Bank of America Tower
222 EAST VAN BUREN, SUITE 701
HARLINGEN, TEXAS 78550

J. EDWARD MANN, JR.*

JASON R. MANN

*BOARD CERTIFIED
  TAX LAW
  ESTATE PLANNING AND PROBATE LAW
  TEXAS BOARD OF LEGAL SPECIALIZATION

United States District Court
Southern District of Texas
FILED

APR 2 8 2004

Michael N. Milby
Clerk of Court

P. O. Box 231
HARLINGEN, TEXAS 78551-0231
TELEPHONE (956)428-4114
FAX (956)428-9494

April 27, 2004

Mr. Michael Milby, Clerk
United States District Court
Southern District of Texas
600 E. Harrison #203
Brownsville, Texas 78520-7114

Re: Civil Case No. B-02-017: Gloria L. Garcia a/k/a Gloria Guzman v. United States of America, and Yolanda Perez, as Postmaster, United States Post Office, Santa Rosa, Texas, and Elena Olivarez, as an employee of the United States Post Office, Santa Rosa, Texas

Dear Mr. Milby:

Enclosed please find copies of two invoices in the total amount of $679.80 for deposition and interpretation costs with relation to the above-referenced matter.

Please document the enclosed as additional costs of suit.

Thank you for your courtesies.

Yours truly,

Jason R. Mann

JRM:ls
Enclosures

# Wilson Reporting Services

P.O. Box 532003
Harlingen, Texas 78553

# Invoice

Number: **2139**

REC'D JUL 07 2003

Date: **July 02, 2003**

| Bill To: | Ship To: |
|---|---|
| Mr. Jason R. Mann<br>Law Offices of J. Edward Mann, Jr. & Ass<br>222 East Van Buren, Suite 701<br>Harlingen, TX 78550 | Mr. Jason R. Mann<br>Law Offices of J. Edward Mann, Jr. & Ass<br>222 East Van Buren, Suite 701<br>Harlingen, TX 78550 |

| Federal ID Number | Terms | Reporter | Code | Job Number |
|---|---|---|---|---|
| 74-3000440 | 30 Days | Heather Hall | Reg/Int | 2003-203 |

| Description | Amount |
|---|---|
| Civil Action No. B-02-017 (United States District Court, Southern District of Texas, Brownsville Division)<br>GLORIA L. GARCIA A/K/A GLORIA GUZMAN vs. UNITED STATES OF AMERICA, AND YOLANDA PEREZ AS POSTMASTER, UNITED STATES POST OFFICE, SANTA ROSA, TEXAS, AND ELENA OLIVAREZ AS AN EMPLOYEE OF THE UNITED STATES POST OFFICE, SANTA ROSA, TEXAS<br>Original + 1 Copy of the Deposition of ELENA OLIVAREZ taken June 18, 2003 from 9:08 a.m. to 11:32 a.m. in Harlingen, Texas<br><br>Complimentary Condensed Transcript with Word Index | 417.30 |
| Total | **$417.30** |

**THANK YOU FOR YOUR BUSINESS !!!**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re: Boudloche Ch 7 Trustee v. Ortiz et al
Debtor

Case No.: 03-02095
Chapter: 0

REC'D APR 06 2004

# ORDER SETTING HEARING

You are hereby notified that a hearing is set on

8 – Motion to Dismiss, and Subject to Motion to Dismiss, Response, Demand for Jury Trial, Motion to Transfer venue, Answer, and Counterclaim Filed by Colin K Kaufman, Sharon Kaye Kaufman (frod, )

before the Honorable Richard S. Schmidt on **4/26/04 at 09:00 AM**. The hearing will be held at **1133 North Shoreline Blvd #208, Corpus Christi, TX 78401**.

It is therefore ORDERED that all interested parties shall appear at the date and time set forth above.

It is further ORDERED that the clerk shall serve a copy of this Order on the Movant.

It is further ORDERED that pursuant to Bankruptcy Local Rule 2002, Movant shall serve a copy of this notice to all parties that are required to be served and, pursuant to Bankruptcy Local Rule 1001(h), Movant shall file a certificate of service with the clerk.

Signed and Entered on Docket: 3/31/04

RICHARD S SCHMIDT
United States Bankruptcy Judge

058350