UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 8 2004

Michael N. Milby
Clerk of Court

GLORIA GARCIA. A/K/A §
GLORIA GUZMAN §
    Plaintiff, §
§
vs. §
§ CIVIL ACTION NO. B-02-017
§
UNITED STATES OF AMERICA, and §
YOLANDA PEREZ, as Postmaster, §
United States Post Office, Santa Rosa, §
Texas, and ELENA OLIVAREZ, as an §
Employee of the United States Post Office, §
Santa Rosa, Texas §
    Defendants. §

**ORDER GRANTING LEAVE TO FILE
UNITED STATES OF AMERICA'S
FIRST AMENDED
<u>PROPOSED JOINT PRETRIAL ORDER</u>**

    The United States of America has filed a motion asking for an order granting leave to file its First Amended Proposed Joint Pretrial Order. Having considered the motion, the Court finds that the United States should be permitted to file its *United States of America's First Amended Proposed Joint Pretrial Order* and that justice requires that leave to file be **GRANTED**. Therefore,

    IT IS ORDERED that the United States be **GRANTED** leave to file its *United States of America's First Amended Proposed Joint Pretrial Order* and the Clerk is directed to accept and file the *United States of America's First Amended Proposed Joint Pretrial Order* attached to the United States of America's motion in the referenced proceeding.

    DONE on this the 28th day of ____April____, 2004 in Brownsville, Texas.

                                                              Andrew S. Hanen
                                                               United States Magistrate Judge