UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 4 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GLORIA GARCIA. A/K/A <br> GLORIA GUZMAN <br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, and <br> YOLANDA PEREZ, as Postmaster, <br> United States Post Office, Santa Rosa, <br> Texas, and ELENA OLIVAREZ, as an <br> Employee of the United States Post Office, <br> Santa Rosa, Texas <br>    Defendants. | § § § § § § § § § § § § § § § CIVIL ACTION NO. B-02-017 |

### UNOPPOSED MOTION FOR LEAVE TO FILE
### FIRST AMENDED FINDINGS OF FACT AND CONCLUSIONS OF LAW
### (GOVERNMENT'S VERSION)

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the United States of America, Plaintiff herein, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and requests leave of Court to file its Defendants' First Amended Findings of Fact and Conclusions of Law (Government's Version). The United States of America submits the following as grounds for granting this motion:

1. The United States of America's Findings of Fact and Conclusions of Law (Government's Version) has been previously filed.

2. Counsel for Plaintiff and Counsel for Defendant Olivarez have been informed that the *United States of America's First Amended Findings of Fact and Conclusions of Law (Government's Version)* would be filed today and they were unopposed.

3. The Defendant's asks this Court to allow file this *United States of America's First Amended* Findings of Fact and Conclusions of Law (Government's Version).

4. This motion is being made without the intent or purpose of dely.

WHEREFORE, PREMISES CONSIDERED, the Defendants pray that the Court grant leave to file this Defendants' First Amended Findings of Fact and Conclusions of Law (Government's Version) in the above-entitled and numbered cause.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

STEVEN SCHAMMEL
Assistant United States Attorney
1701 W. Business 83, Suite 600
McAllen, Texas 78520
(956) 618-8010/FAX (956) 618-8016
State Bar No. 24007990

## CERTIFICATE OF CONFERENCE

Counsel for the Petitioner and Co-Defendant were contacted and the parties are in agreement with this motion.

STEVEN SCHAMMEL
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing *First Amended Findings of Fact and Conclusions of Law (Government's Version)* was mailed to the following via certified mail, return-receipt requested:

Jason R. Mann
J. EDWARD MANN, JR. & ASSOCIATES
222 E. Van Buren, Suite 701
PO Box 231
Harlingen, TX 78551-0231

Attorney for Plaintiff

Pablo J. Almaguer
TEXAS RURAL LEGAL AID, INC.
316 S. Closner
Edinburg, Texas 78539

Attorney for Elena Olivarez

on this the 4th day of May, 2004.

STEVEN SCHAMMEL
Assistant United States Attorney