UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 4 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GLORIA L. GARCIA | § | |
| AKA: GLORIA GUZMAN | § | |
| | § | |
| VS | § | CA B-02-017 |
| | § | |
| UNITED STATES OF AMERICA, ET AL | § | |

# M I N U T E   E N T R Y

Plaintiff's Unopposed Motion for Continuance is GRANTED and is reset to May 7, 2004 @ 10:00 a.m. Parties notified.

Dated: May 4, 2004