49

## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 6 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GLORIA L. GARCIA a/k/a | § | |
| GLORIA GUZMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-017 |
| | § | |
| UNITED STATES OF AMERICA, and | § | |
| YOLANDA PEREZ, as Postmaster, United | § | |
| States Post Office, Santa Rosa, Texas, and | § | |
| ELENA OLIVAREZ, as an employee of the | § | |
| United States Post Office, Santa Rosa, Texas, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ELENA OLIVAREZ'S MOTION FOR CONTINUANCE
## OF FINAL PRE-TRIAL CONFERENCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW ELENA OLIVAREZ, Defendant in the above-styled and numbered civil

action, and files this her Motion for Continuance requesting a continuance of the final pre-trial

conference which was re-set from May 4, 2004, at 1:30 p.m. to May 7, 2004, at 10:00 a.m., and

for such motion would respectfully show unto the court as follows:

### I.

### Brief Background

1. An Order Granting Agreed Motion for Extension of Deadlines was granted on January

5, 2004, by this court and set the following deadlines: discovery deadline of April 2, 2004; Joint

Pre-Trial Order due on April 16, 2004; pre-trial motions to be filed by April 16, 2004; the final

Page -1-

pre-trial conference to be held on May 4, 2004, and jury selection to begin on May 6, 2004, at 9:00 a.m.

2. Defendant Elena Olivarez filed her Motion for Summary Judgment on April 14, 2004, and Defendant USA filed its Motion for Summary Judgment on April 16, 2004. All parties have submitted proposed Pre-trial Orders.

3. Plaintiff requested a continuance of the final pre-trial conference set for May 4, 2004. Counsel for Defendant Elena Olivarez assumed the conference would be reset to May 6, 2004, since there was to be no jury selection in this matter, however, the Court granted the continuance and set the final pre-trial hearing for May 7, 2004, at 10:00 a.m.

## II.

### **Request for Continuance**

4. Counsel for Defendant Elena Olivarez has been asked by the Honorable Ricardo Hinojosa to participate in the citizenship naturalization ceremony in McAllen, Texas, scheduled at the same date and time as the final pre-trial conference. Accordingly, the undersigned requests a continuance of the final pre-trial conference currently set for May 7, 2004, at 10:00 a.m. This request is made not for purposes of delay, but so that justice may be done and Counsel can be present at the final pre-trial conference in this matter.

5. In conferring with the Court's civil docket coordinator about available dates and conferring about the same with counsel of record, the following are the dates that all counsel of record can attend a final pre-trial conference in this matter: the **afternoon of May 19, 2004**, or the **afternoon of May 21, 2004**.

WHEREFORE, PREMISES CONSIDERED, Defendant ELENA OLIVAREZ requests

that the Court grant this motion, grant a continuance of the final pre-trial conference and

reschedule such conference to a date and time when the undersigned may participate, and grant

this Defendant such other and further relief to which she may be justly entitled.

Respectfully Submitted,

**TEXAS RIOGRANDE LEGAL AID, INC.**
316 S. Closner
Edinburg, Texas 78539
(956)383-5673 - Tel.
(956)383-4688 - Fax

BY: _____
Pablo J. Almaguer
State Bar No. 24004523
S.D. Tex. No. 22597

Attorney-in-Charge for Defendant
Elena Olivarez

STATE OF TEXAS              §
                           §
COUNTY OF HIDALGO           §

On this day Pablo J. Almaguer, the affiant, appeared in person before me, the undersigned Notary Public, who knows the affiant to be the person whose signature appears on this document. According to the affiant's statements under oath, the facts in the foregoing motion are within his personal knowledge and true and correct.

_____
Pablo J. Almaguer

SUBSCRIBED AND SWORN TO BEFORE ME on this the **5th day of May, 2004**, to certify which witness my hand and seal of office.

NORMA C. AUSTIN
Notary Public, State of Texas
My Commission Expires
10-25-2004

_____
Notary Public in and for the State of Texas

Page -3-

## CERTIFICATE OF CONFERENCE

I, Pablo J. Almaguer, certify that on the **5th day of May, 2004**, I conferred with Jason Mann, Counsel for Plaintiff Gloria L. Garcia, and with Steven T. Schammel, Counsel for the United States of America, who indicated to me that they are not supposed to the filing of this Motion for Continuance and are available on the above-mentioned dates for a final pre-trial conference.

_____
Pablo J. Almaguer

## CERTIFICATE OF SERVICE

I, Pablo J. Almaguer, hereby certify that a true and correct copy of the foregoing document has been served upon opposing counsel on this **5th day of May, 2004**, as follows:

Jason R. Mann
J. EDWARD MANN, JR. & ASSOCIATES
222 E. Van Buren, Suite 701
PO Box 231
Harlingen, TX 78551-0231
**VIA FAX (956) 428-9494**

Steven T. Schammel, Asst. U.S. Attorney
UNITED STATES ATTORNEY'S OFFICE
1701 W. Highway 83, Suite #600
McAllen, TX 78501
**VIA FAX (956) 618-8016**

_____
Pablo J. Almaguer