IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| GLORIA L. GARCIA a/k/a<br>GLORIA GUZMAN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, and<br>YOLANDA PEREZ, as Postmaster, United<br>States Post Office, Santa Rosa, Texas, and<br>ELENA OLIVAREZ, as an employee of the<br>United States Post Office, Santa Rosa, Texas,<br><br>Defendants. | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-02-017 |

**ELENA OLIVAREZ'S MOTION FOR CONTINUANCE
OF THE FINAL PRE-TRIAL CONFERENCE**

On this day came on to be considered Defendant ELENA OLIVAREZ'S Motion for Continuance of the final pre-trial conference. After considering the motion, the Court's is of the opinion that the motion is meritorious and should be granted. It is, therefore,

ORDERED that Defendant ELENA OLIVAREZ'S Motion for Continuance is hereby granted and that the final pre-trial currently scheduled for May 7, 2004, at 10:00 a.m. is hereby rescheduled for the 19th day of May, 2004, at 1:00 p.m.

DONE this 6th day of May, 2004, at Brownsville, Texas.

_____
U.S. DISTRICT JUDGE PRESIDING