UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GLORIA GARCIA. A/K/A GLORIA GUZMAN Plaintiff, | § § § § § | |
| vs. | § § § § | CIVIL ACTION NO. B-02-017 |
| UNITED STATES OF AMERICA, and YOLANDA PEREZ, as Postmaster, United States Post Office, Santa Rosa, Texas, and ELENA OLIVAREZ, as an Employee of the United States Post Office, Santa Rosa, Texas Defendants. | § § § § § § § § § | |

ORDER GRANTING LEAVE TO FILE
UNITED STATES OF AMERICA'S
FIRST AMENDED FINDINGS OF FACT AND CONCLUSIONS OF LAW
(GOVERNMENT'S VERSION)

The United States of America has filed a motion asking for an order granting leave to file its

Defendants' *First Amended Findings of Fact and Conclusions of Law (Government's Version).*

Having considered the motion, the Court finds that the United States should be permitted to file its

*First Amended Findings of Fact and Conclusions of Law (Government's Version)* and that justice

requires that leave to file be **GRANTED**. Therefore,

IT IS ORDERED that the United States be **GRANTED** leave to file its *First Amended*

*Findings of Fact and Conclusions of Law (Government's Version)* and the Clerk is directed to

accept and file the *First Amended Findings of Fact and Conclusions of Law (Government's Version)*

attached to the United States of America's motion in the referenced proceeding.

DONE on this the 6th day of _May_, 2004 in Brownsville, Texas.

Andrew S. Hanen
United States Magistrate Judge

Page 4 of 4