**J. EDWARD MANN, JR. & ASSOCIATES**
ATTORNEYS AT LAW
Bank of America Tower
222 EAST VAN BUREN, SUITE 701
HARLINGEN, TEXAS 78550

J. EDWARD MANN, JR.*

JASON R. MANN

*BOARD CERTIFIED
TAX LAW
ESTATE PLANNING AND PROBATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

United States District Court
Southern District of Texas
ENTERED
MAY 1 2 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

P. O. Box 231
HARLINGEN, TEXAS 78551-0231
TELEPHONE (956)428-4114
FAX (956)428-9494

May 11, 2004

Michael Milby, Clerk
United States District Court
Southern District of Texas
600 E. Harrison
Brownsville, TX 78520

United States District Court
Southern District of Texas
RECEIVED
MAY 1 2 2004
Michael N. Milby, Clerk

Re:   Notice of Vacation dates for Jason R. Mann

Dear Mr. Milby:

Please accept this as my "VACATION LETTER" whereby it is my intention to take a vacation between the dates of June 30, 2004, and July 12, 2004.

I ask that you not set any hearings, depositions, deadlines or other scheduled matters with regard to the above-referenced cause not be set during the aforementioned time frame.

Please file the original of this letter with the papers of the Court, place your file stamp upon the copy and return the enclosed copy to this office in the envelope provided.

Thank you and with cordial wishes I remain,

B-02-CV-017

Yours truly,

Jason R. Mann

JRM:ls