

United States District Court
Southern District of Texas
FILED

MAY 1 7 2004

Michael N. ﹖﹖﹖y
Clerk of Court

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

GLORIA GARCIA. A/K/A        §
GLORIA GUZMAN               §
    Plaintiff,          §
                            §
vs.                         §
                            §        CIVIL ACTION NO. B-02-017
                            §
UNITED STATES OF AMERICA, and §
YOLANDA PEREZ, as Postmaster, §
United States Post Office, Santa Rosa, §
Texas, and ELENA OLIVAREZ, as an §
Employee of the United States Post Office, §
Santa Rosa, Texas           §
    Defendants.         §

## THE UNITED STATES OF AMERICA'S REPLY
## TO PLAINTIFF'S RESPONSE TO
## THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT

NOW COMES the United States of America, by and through Michael Shelby, United States

Attorney for the Southern District of Texas, and respectfully replies to Plaintiff's response to the

United States motion to this Court, pursuant to Fed. R. Civ. P 56 to dismiss Plaintiff's Complaint,

stating the following in support.

## I.
### United States's Response to Statement of the Issues in Plaintiff's Response

1.    There was no actual or constructive knowledge of condition by the United States of

    America.

2.    The United States of America exercised reasonable care to reduce or eliminate risk.

3.    The United States of America did not have a duty to exercise reasonable care over

    the actions of an independent contractor.

4.      Plaintiff's injuries were not proximately caused by United States of America's failure to exercise reasonable care.

## II.
## Argument

**1.      No Actual or Constructive Knowledge Of Condition By Occupier**

Texas case law has established that constructive knowledge of a condition can be proved if: (1) evidence establishes that the possessor put the substance on the floor; (2) evidence establishes that the possessor knew the substance was on the floor and failed to remove it; or (3) evidence that the substance was present on the floor for so long that in the exercise or ordinary care, it should have been discovered and removed. *Wal-Mart Stores, Inc. v. Reece*, 81 S.W.3d 812, 814 (Tex. 2002).

Taken in reverse order, there is no evidence that the alleged water was on the floor for so long that constructive knowledge could be deemed, as Plaintiff contends that she was there for only 15 minutes (*Plaintiff's Original Complaint*, § D, ¶ 7); (*Deposition of Gloria Garcia,* p. 16:21-17:10). The Texas First Court of Appeals held in a slip and fall case that three and one-half (3.5) hours to four (4) hours did not, "establish, nor permit a legitimate inference that a dangerous condition existed a sufficient length of time to provide the appellee a reasonable opportunity to discover that dangerous condition." *H. Joachimi v. City of Houston*, 712 S.W.2d 861, 865 (1ˢᵗ Ct. App. Tex. 1986). The mere 15 minutes spent by Plaintiff in the Santa Rosa Post Office, with no one but Plaintiff and the independent contractor Elena Olivarez present, were wholly insufficient to provide the United States with constructive knowledge of the alleged water.

The "possessor" of the Post Office (the United States) was not present at the scene of the alleged fall on the morning in question (*Deposition of Gloria Garcia*, p. 55:14-17). Plaintiff admits

2

the floor was dry at the time of her arrival (*Id.* at p. 74:4-10, 78:23-79-1). Plaintiff further admitted that there were no postal officials present at the scene prior to her leaving after her alleged fall (*Id.*, p. 55:14-17). The United States of America could not have known about or negligently failed to remove the alleged water.

Finally, there is no evidence that the possessor put the foreign substance on the floor. At the time of Plaintiff's alleged fall, Defendant Olivarez was an independent contractor working pursuant to a written contract and the written extensions there of (Exhibit A).[1] The United States of America is not liable for the actions of an independent contractor. 28 U.S.C. § 2671; *United States v. Orleans*, 425 U.S. 807, 813 96 S.Ct. 1971, 1975 (1976); *Broussard v. United States*, 989 F.2d 171, 174 (5th Cir. 1993); *Linkous v. United States*, 142 F.3d 271, 275 (5th Cir. 1998).

> It is elementary that the United States, as a sovereign, is immune from suits save as it consents to be sued... and the terms of its consent to be sued in any court define that court's jurisdiction to entertain the suit. *United States v. Mitchell*, 445 U.S. 535, 538, 100 S.Ct. 1349, 1351 (1980); *Broussard v. United States*, 989 F.2d 171, 174 (5th Cir. 1993). The FTCA constitutes a limited waiver of sovereign immunity. *See* 28 U.S.C. § 1346(b); *United States v. Orleans*, 425 U.S. 807, 813 96 S.Ct. 1971, 1975 (1976). Courts must strictly construe all waivers of the federal government's sovereign immunity, and must resolve all ambiguities in favor of the sovereign. *See United States v. Nordic Village, Inc.*, 503 U.S. 30, 33, 112 S.Ct. 1011, 1014 (1992).

*Linkous v. United States*, 142 F.3d at 275. Therefore, if the act was committed by an independent contractor rather than an employee of the United States of America, then the court must dismiss for want of subject matter jurisdiction. *Broussard*, 989 F.2d at 177; *Linkous*, 142 F.3d at 275. Here, by her own admission, Defendant Olivarez was an independent contractor; because of her written contract, Defendant Olivarez failed to meet most, if any, of the law of agency guidelines that would

---

[1]The United States hereby incorporates its arguments from the *United States' Response to Defendant Elena Olivarez's Motion for Summary Judgment*.

3

establish her as an employee.

2.      **Defendant United States Postal Service Exercised Reasonable Care to Reduce or Eliminate Risk.**

Plaintiff argues that, "other witnesses" saw a very wet spot *(Plaintiff's Response to The United States' Motion for Summary Judgment*, p. 11, line 7). Plaintiff cannot prove through admissible evidence the alleged presence of water on the floor through the hearsay of an unnamed and unidentified third parties. Plaintiff has failed to produce though discovery the identity of any of these mystery witnesses. When asked about these witnesses during deposition, Plaintiff admitted that she did not know who, if anyone, subsequently entered the Santa Rosa Post Office and observed the condition of the floor (*Id.* p. 23:12-19). Plaintiff has not supplemented her responses to discovery to provide this information; therefore, Plaintiff is barred from the use of such hearsay testimony from unnamed mystery witnesses at trial.

Defendant Olivarez was provided with a United States Postal Service safety handbook pursuant to her contract; she was required to follow all applicable safety guidelines. *Exhibit A 1,* p. 2. The lighting in the hallway was sufficient for Plaintiff to place her key in the post office box lock and read through her mail (*Deposition of Gloria Garcia*, p. 45: 4-9). Plaintiff admitted that she had no personal knowledge that the light was not working (*Id.* p. 20:12-16). The United States exercised reasonable care to reduce or eliminate risks even though the United States is not liable under the FTCA for the acts of independent contractors.

### III.
### Conclusion

For the foregoing reasons, the United States respectfully prays that the Court grant the United

4

States's Motion for Summary Judgment because Plaintiff cannot prove actual or constructive knowledge by the United States of the alleged water; the United States exercised reasonable care to reduce or eliminate risk even though the United States is not liable for the acts of independent contractors; and the United States had no duty to exercise reasonable care for the acts of independent contractors; the United States was not the proximate cause of injuries through action or inaction. Thus the United States Postal Service is entitled to summary judgment as Plaintiff cannot prove as a matter of law an essential element of the case.

Respectfully submitted,

MICHAEL SHELBY
UNITED STATES ATTORNEY

For: STEVEN T. SCHAMMEL, AUSA
Assistant U. S. Attorney
1701 W. Highway 83, Suite #600
McAllen, Texas 78501
(956) 618-8010
(956) 618-8016 (fax)
State Bar No. 24007990

Exhibits:

A. Contracts of Defendant Elena Olivarez and Declaration of Steven R. Carpenter
     1.    Cleaning Services Payment Authorization and Cleaning Service: Offer and Award (4-1-1994)
     2.    Contract/Order Modification (3-15-1996)
     3.    Contract/Order Modification (4-15-1998)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing The United States of America's Reply to Plaintiff's Response to the United States' Motion for Summary Judgment was mailed via First-Class Mail to the following:

Jason R. Mann
J. EDWARD MANN, JR. & ASSOCIATES
222 E. Van Buren, Suite 701
PO Box 231
Harlingen, TX 78551-0231

Attorney for Plaintiff

Pablo J. Almaguer
TEXAS RURAL LEGAL AID, INC.
316 S. Closner
Edinburg, Texas 78539

Attorney for Elena Olivarez

on this the ___17th___ day of ___May___, 2004.

For: Steven T. Schammel
Assistant U. S. Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GLORIA L. GARCIA A/K/A | ) | |
| GLORIA GUZMAN | ) | |
|       Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. B-02-017 |
| | ) | |
| UNITED STATES OF AMERICA, and | ) | |
| YOLANDA PEREZ, as Postmaster, | ) | |
| United States Post Office, Santa Rosa TX, | ) | |
| And ELENA OLIVAREZ, as an | ) | |
| Employee of the United States Post | ) | |
| Office, Santa Rosa, Texas. | ) | |
|       Defendants. | ) | |

## DECLARATION OF STEVEN R. CARPENTER

I, Steven R. Carpenter, make the following declaration in lieu of an affidavit, as permitted by Section 1746 of Title 28 of the United States Code. I am aware that this declaration will be filed with the United States District Court for the Southern District of Texas and that it is the legal equivalent of a statement under oath.

1.      I am a contracting officer with the United States Postal Service Category Management Center located in Dallas, Texas. Before changing its name and focus in 2002, the Dallas office was known as the Dallas Purchasing and Materials Service Center ("P&MSC"). As a P&MSC, this office entered into, among other things, contracts for cleaning services throughout the Postal Service's Southwest Area, which includes the entire State of Texas.

2.      I share access to and custody of the contract files concerning Elena Olivarez, who entered into certain cleaning services contracts with the Postal Service. These files are contemporaneously created records originated by individuals with knowledge or from

1

information transmitted by persons with knowledge at or near the time the contract was entered into by the Postal Service. It is the regular practice of the Postal Service to create such records, and these records were created as part of that practice and have been and continue to be maintained in the normal course of business.

3.      My files contain records of the cleaning services contract (No. 483083-94-X-1333) entered into between Elena Olivarez and the Postal Service on or about April 7, 1994. The Postal Service subsequently elected to exercise two (2) two-year renewal options: the first, on or about March 12, 1996, and the second, on or about April 20, 1998. The second option period expired on April 28, 2000. I am attaching copies of the 1994 contract, the 1996 renewal contract and the 1998 renewal contract. The attached copies are true and correct copies of the original contract documents for Elena Olivarez, which were maintained in the regular course of business.

        I declare under penalty of perjury that the foregoing is true and correct. Executed on the ___3RD___ day of May, 2004.

                                        Steven R. Carpenter, Declarant

## CLEANING SERVICES PAYMENT AUTHORIZATION

| | |
|---|---|
| 1. CONTRACT NUMBER: 483083-94-X-1333 | 2. AWARD DATE: 03/28/94 |

**3. a. ISSUED BY:**
Purchasing Service Center
P. O. Box 667190
Dallas TX 75266-7190

b. ACO CODE: 320
c. FOR INFORMATION CALL:
John W. Shafer
(214) 819-7120

**4. PERFORMANCE REQUIREMENTS:**
a. Address:
U. S. POST OFFICE

216 MAIN STREET
SANTA ROSA TX 78593-9998

b. COR Name:
RAMIRO ALDAPE
c. Telephone: (512) 636-1333

**5. ACCOUNTS PAYABLE INFORMATION (PDC USE ONLY):**
a. Contractor Number:
c. Finance Number: 488105
e. Contractor Name:
ELENA OLIVAREZ
g. Tax ID Number(TIN): 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
i. Payment Amount (Bi-Weekly): $147.00

b. Account Number: 52311
d. Interior Sq. Ft.: 2,160.0
f. So/Ec Code: E
h. Est. Work Hrs (Bi-Weekly): 21 Hours

---

j. Remittance Address:
ELENA OLIVAREZ

P O BOX 785
SANTA ROSA TX 78593-0785

k. Annual Rate: $3,822.00
l. Hourly Rate: $7.00

---

m. Contract Begin Date: 04/16/94
o. Contract End Date: 04/12/96
p. Days in Tour: 10
q. Contract Number: 483083-94-X-1333
r. City Tax Code:
s. State Tax Code:

n. Days in Week Work Performed:
S  S  M  T  W  T  F
   X  X  X  X  X

---

t. Remarks:

**6. SIGNATURE OF U.S. POSTAL SERVICE CONTRACTING OFFICER:**

*David Reidling*
Signature

DAVID REIDLING
Name

04/07/94
Date Submitted

This document must be issued at time of award to inform the PDC when services will start. The original must be mailed to: ST. LOUIS ACCOUNTING SERVICE CENTER, CONTRACTUAL SERVICES SECTION, CONTRACT CLEANERS UNIT, 1720 MARKET STREET, ST. LOUIS MO 63180-9184. Copies must be placed in the contract file and mailed to the COR.

Distribution: Original - STLPDC; Copy - Contract File, COR

**EXHIBIT**
**I**

U.S. POSTAL SERVICE: OFFER AND AWARD (CLEANING SERVICES)

1. CONTRACT NUMBER: 483083-94-X-1333 2. SOLICITATION NUMBER:
3. REQUEST NUMBER : 94-02939        4. SOC/EC: E        5. COMMODITY: S206

---

6. a. ISSUED BY:        ACO CODE: 320      b. FOR INFORMATION CALL:
Purchasing Service Center                 Name:  John W. Shafer
P. O. Box 667190                          Title: Purchasing Specialist
Dallas TX  75266-7190                     Tel:   (214) 819-7120
                                          (No Collect Calls)

---

7. a. OFFEROR/CONTRACTOR
ELENA OLIVAREZ                            b. Contact Name:
                                          c. Telephone No: (210) 636-2262
P O BOX 785                               d. TIN/SSN:      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
SANTA ROSA TX  78593-0785                 e. Parent TIN:
                                          TIN=Taxpayer Identification Number
   f. Remittance Name and/or Address: (If different from above)

---

8. DELIVERY/PERFORMANCE REQUIREMENTS:
   a. Address:                            b. Contact:   RAMIRO ALDAPE
   U. S. POST OFFICE                      c. Telephone: (512) 636-1333
                                          d. Start Date: 04/16/94
   216 MAIN STREET                        e. End Date:   04/12/96
   SANTA ROSA TX 78593-9998
Performance is for a term, not more than two years, beginning on the above date or
within fourteen days after contract award (whichever is later). The Postal Service
may extend the agreement for up to four additional two-year terms.

---

9. ITEMS & PRICES/GENERAL DESCRIPTION OF REQUIREMENT:

The contractor agrees to provide cleaning services subject to the representations,
certifications, specifications, and contract clauses which follow or which are
incorporated by reference.

The Postal Service estimates that it will take an average of 21 hours every two
weeks to complete the work satisfactorily.

---

10. ANNUAL AMOUNT: (Completed by USPS)

   a. Annual Amount:$3,822.00        b. Normal Biweekly Payment:$147.00

---

11. SIGNATURE: OFFEROR/CONTRACTOR        U.S. POSTAL SERVICE

*Elena Olivarez*                  4/1/94    *David Reidling*
_____            _____    _____
     Signature                     Date          Signature          Award Date

   ELENA OLIVAREZ                             DAVID REIDLING
Typed or Printed Name and Title          Name of Contracting Officer
of Person Authorized to Sign Offer

---

Distribution: Original - File; Copy - Contractor, COR, Installation Head, MSC or
Division Maintenance Office

PART 1 - SCHEDULE

SECTION A - ITEMS AND PRICES

A.1    ACKNOWLEDGMENT OF AMENDMENTS (Clause OB-199) (August 1988)

The offeror acknowledges receipt of amendments to the solicitation numbered and dated as follows:

| Amendment Number | Date | Amendment Number | Date |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

A.2    CLEANING SERVICES PERFORMANCE (Clause OB-435)
(December 1990)

The contractor agrees to perform, in accordance with Attachment 2 (Frequency of Performance Chart), all required cleaning services for the initial contract period (generally two years) as identified by the start and end dates in block 8 of page 1, for the amount indicated below:

|  | #Bi-weekly Periods | #Bi-weekly Price | ##Total Amount |
|---|---|---|---|
| Cleaning Services | 52 | $147.00 | $7,644.00 |

NOTE: #  Bi-weekly = 2 weeks

## Bi-weekly periods  X  Bi-weekly Price = Total Amount

This solicitation requires the contractor to have their main office no more than fifty (50) miles away from the facility to be cleaned.  If the main office address is not inserted below, the location will be assumed the same as the address entered in block 7 on page 1.

Main Office Location:

_____
(Street Address)

_____
(City, State and ZIP + 4)

A.3    ESTIMATED HOURS (Clause OB-570) (June 1988)

The Postal Service estimates that it will take an average of 21 hours every two weeks to complete the work satisfactorily. This is only an estimate.

## SECTION B – SPECIFICATIONS/STATEMENT OF WORK

B.1   REQUIRED DAYS AND TIME (Clause OB-571) (November 1989)

Services must be performed when Postal Service employees are on official duty, and in a manner and time that will not interfere with the movement of the mail. When services are required less than five days a week (i.e., Mon-Wed-Fri), and a normal service day falls on a Federal holiday, the contractor must provide the required services on the next Postal business day. No additional compensation will be provided for this service.  Services must be performed between the hours and on the days indicated below:

| Day | Hours |
| --- | --- |
| Monday | BETWEEN THE HOURS OF 8:00 AM AND 4:30 PM |
| Tuesday | BETWEEN THE HOURS OF 8:00 AM AND 4:30 PM |
| Wednesday | BETWEEN THE HOURS OF 8:00 AM AND 4:30 PM |
| Thursday | BETWEEN THE HOURS OF 8:00 AM AND 4:30 PM |
| Friday | BETWEEN THE HOURS OF 8:00 AM AND 4:30 PM |

Do not clean on Federal Holidays.

B.2   EQUIPMENT AND SUPPLIES (Clause OB-573) (June 1988)

The Postal Service will provide all equipment and supplies necessary in the performance of this contract.

B.3   SQUARE FOOTAGE (Clause OB-574) (December 1990)

A detailed site description is given in Attachment 1, Facility Inventory, which includes the square footage of the facility and surrounding areas.

B.4   SCOPE OF WORK (CLEANING SERVICES) (SOW SS-001)
      (February 1991)

The cleaning and policing of the facility must be to acceptable standards and must be performed in accordance with the following specifications, as applicable.

a.  Workroom Toilets:

   1.  Police:

       (a)  Pick up all loose paper and trash.
       (b)  Refill tissue, towels, seat protectors, and soap dispensers.
       (c)  Check plumbing and flushing of water closets and urinals.
       (d)  Damp wipe water closets, lavatories, and multiple wash sinks.
       (e)  Sweep floor; damp mop as needed.
       (f)  Empty trash receptacles; insert new liners and take trash to
            pick-up point.

Page 3 of 22

B.4   (Continued)

2. Clean:

    (a) Sweep floor, picking up loose paper and trash.  Remove gum spots with putty knife.
    (b) Scrub interior and exterior surfaces (including underside of lips) of commodes, urinals, and sinks.
    (c) Spot clean toilet stalls, restroom doors, and restroom walls with cleaner to remove fingerprints and writing.
    (d) Wash mirrors, ledges, chrome, and receptacles using cleaner.
    (e) Dust stall tops, high ledges, and window sills and vents.
    (f) Refill toilet tissue, paper towel, toilet seat protector, and soap dispensers.
    (g) Empty trash receptacles; insert new liners and take trash to pick-up point.
    (h) Wet mop and rinse floors using disinfectant detergent solution, mixed per manufacturer's recommendations.

b. Office Toilets (clean only):  See paragraph a.2, above.

c. Lunch/Swing Rooms:

1. Police:

    (a) Remove all debris from tables and damp wipe with disinfectant detergent solution, mixed per manufacturer's recommendations.
    (b) Empty trash receptacles; insert new liners and take trash to pick-up point.
    (c) Damp mop spills.
    (d) Damp wipe drinking fountain.

2. Clean:

    (a) Remove all debris from tables and damp wipe with disinfectant detergent solution, mixed per manufacturer's recommendations.
    (b) Empty trash receptacles; insert new liners and take trash to pick-up point.
    (c) Dust horizontal surfaces from floor level, including tops of lockers and vending machines.
    (d) Sweep floor.
    (e) Clean and disinfect drinking fountains.
    (f) In combination lunch and locker rooms, dust locker and cabinet tops.
    (g) On other than wood floors, damp mop entire floor.

d. Locker Rooms:

1. Police:

    (a) Sweep open areas and aisles.
    (b) Empty trash receptacles; insert new liners and take trash to pick-up point.
    (c) Damp mop spills.
    (d) Damp wipe drinking fountain.

2. Clean:

B.4   (Continued)

  (a) Sweep floor with treated mop or treated dust cloth.
  (b) Empty trash receptacles; insert new liners and take trash to pick-up point.
  (c) Dust all horizontal surfaces from floor level, including tops of lockers.
  (d) Damp wipe vertical surfaces of one-fifth of lockers.
  (e) On other than wood floors, damp mop entire floor.

e. Workrooms:

 1. Police:

  (a) Spot sweep floors to pick up all litter.
  (b) Pick up large pieces of trash and boxes and take to pick-up point.
  (c) Empty trash receptacles; insert new liners and take trash to pick-up point.
  (d) Damp wipe drinking fountains.

 2. Clean:

  (a) Wash and disinfect drinking fountains.
  (b) Dust window sills, radiators, horizontal surfaces of sorting cases, tables, filing cabinets, etc.
  (c) Empty trash receptacles; insert new liners and take trash to pick-up point.
  (d) Sweep floor with treated mop or treated dust cloth.
  (e) Damp wipe fingerprints and smudges from walls and doors.

f. Office Spaces (clean only):

 1. Empty trash receptacles; insert new liners and take trash to pick-up point.
 2. Dust horizontal surfaces of all furniture and equipment.
 3. Dust completely all furniture in 1/5 of offices each cleaning.
 4. Sweep floors with treated mop or treated dust cloth.
 5. Vacuum rugs and carpets.
 6. Wash and disinfect sinks and water coolers.
 7. Spot clean smudges and fingerprints on glass surfaces, walls, and doors.
 8. Spot shampoo carpets and rugs, as needed.

g. Active Storage Areas (clean only):

 1. Shop Areas and Supply Rooms:

  (a) Dust horizontal surfaces.
  (b) Sweep floors with treated mop or treated dust cloth.
  (c) Empty trash receptacles; insert new liners and take trash to pick-up point.

 2. Janitor Closets:

  (a) Keep supplies and equipment in orderly manner.

B.4   (Continued)

      (b)  Damp mop floor.
      (c)  Dust shelves.
      (d)  Scrub interior of sink; damp wipe exterior.

h.  Inactive Storage Areas (Includes boiler and storage rooms) (clean only):

   1.  Dust horizontal surfaces.
   2.  Sweep floors with treated mop or treated dust cloth.

i.  Service/Box Lobby:

   1.  Police:

      (a)  Arrange desk or table items.
      (b)  Pick up loose trash; empty trash receptacles, insert new liners, and take trash to pick-up point.
      (c)  Spot sweep floor with treated mop or treated dust cloth.
      (d)  Damp mop floor during wet weather.

   2.  Clean:

      (a)  Arrange customer desk supplies.
      (b)  Dust desks, tables, screenlines, etc.
      (c)  Damp wipe desktops, countertops, and bulletin board glass with cleaner.
      (d)  Empty trash receptacles; insert new liners and take trash to pick-up point.
      (e)  Sweep floor with treated mop or treated dust cloth.
      (f)  Wash lobby door glass.
      (g)  Polish metal surfaces as needed.
      (h)  Spot clean smudges from walls, doors, and counter fronts.

j.  Corridor:

   1.  Police:

      (a)  Pick up loose trash; empty trash receptacles, insert new liners, and take trash to pick-up point.
      (b)  Spot sweep with treated mop or treated dust cloth, or vacuum carpets, as needed.

   2.  Clean:

      (a)  Pick up loose trash; empty trash receptacles, insert new liners, and take trash to pick-up point.
      (b)  Spot clean smudges from walls and doors.
      (c)  Sweep floor with treated mop or treated dust cloth.

k.  Stairways (floor to floor):

   1.  Police:

      (a)  Pick up loose trash and take to pick-up point.
      (b)  Spot sweep with treated mop or treated dust cloth, as needed.

B.4 (Continued)

    2. Clean:

        (a) Sweep with treated mop or treated dust cloth.
        (b) Dust handrails.
        (c) Spot clean smudges from walls and doors.

l. Freight Elevators (police only):

    1. Sweep floor with treated mop or dust cloth.
    2. Dust walls and doors.

m. Passenger Elevators (clean only):

    1. Remove gum spots from floor.
    2. Sweep floor with treated mop or treated dust cloth or vacuum carpet.
    3. Damp mop floor or spot shampoo carpet, as necessary.
    4. Damp wipe walls, trim, and doors.
    5. Clean smudges, heel marks, and fingerprints on walls and doors.

n. Platforms (docks):

    1. Police:

        (a) Spot sweep.
        (b) Pick up loose trash; empty trash receptacles and take to pick-up point.

    2. Clean:

        (a) Sweep with broom or power vacuum sweeper.
        (b) Dust wipe vestibule doors and door glass.
        (c) Empty trash receptacles and take trash to pick-up point.

o. Lookout Gallery (clean only):

    1. Sweep floors with treated mop or treated dust cloth.
    2. Dust walls and lookout slots.
    3. Damp wipe lookout glass.
    4. Dust ladder rungs, guard rails, and arm ledges.

p. Light Fixtures:

    1. Dust or wash, as required.
    2. Replace burned-out lamps, as necessary.

q. Venetian Blinds: Dust or wash, as required.

r. Lobby and Exterior/Interior Glass:

    1. Wash with cleaning solution and squeegee dry both sides of glass.
    2. Wipe squeegee blade dry with cloth after each stroke.
    3. Wipe corners and framework of window panes.
    4. Prevent runoff of water onto framework.

s. Pipes/Ducts: Dust all surfaces of pipes and ducts.

B.4   (Continued)

    t.  Carrier and Other Cases:  Vacuum or dust separations with treated dust
        cloth.

    u.  Post Office Boxes:

        1.  Dust inside the box with a treated dust cloth.
        2.  Damp wipe window glass.

    v.  Lawn:

        1.  Mow - as needed during growing season.
        2.  Water - set sprinkler 45 minutes or as needed per sprinkler area.
        3.  Edge - as needed.

    w.  Hedge:

        1.  Trim - as needed during growing season.
        2.  Water - set sprinkler 45 minutes or as needed per sprinkler area.

    x.  Snow and Ice Removal:

        1.  Spread melting flakes or pellets evenly using a scoop or shovel.
        2.  When snow and ice melt sufficiently, remove promptly to prevent
            refreezing.  This is particularly important where there is pedestrian
            traffic, especially on steps and ramps.
        3.  Salt deposits are easily tracked onto floors. Perform damp-mopping
            operation to pick up as much of the tracked salt as possible. Then
            perform a wet-mopping operation to remove the residue.

    y.  Exterior Paved Area:  Sweep sidewalks, parking areas, driveway,
        maneuvering area, etc.

    z.  Exterior Areas (police only):  Pick up litter (e.g. papers, cans,
        bottles, etc.), and take to pick-up point.

B.5   MOPPING REQUIREMENTS (SOW SS-002) (February 1991)

    a.  Damp Mopping:  Place safety signs and, when needed, rope in the work area
        to alert others to use caution on wet floors.  Using a putty knife,
        remove gum and other substances stuck to the floor.  Sweep the area with
        treated sweeping mop and/or cloth and pickup the sweepings with broom and
        dustpan.  Following the manufacturer's label instructions, add measured
        amounts of cleaning solution and water to a mop bucket.  Place the
        wringer on bucket and dip a clean mop into the prepared cleaning
        solution.  Wring the mop out until it is almost dry and walking backward,
        damp mop the floor using a figure-8 motion.  Turn the mop over every
        three or four strokes.  Return the mop to the cleaning solution
        frequently, wring it almost dry, and continue mopping until the entire
        floor has been damp mopped.  Allow the floor surface to dry completely
        before removing the safety equipment.

    b.  Wet Mopping:  Place safety signs and, when needed, rope in the work area
        to alert others to use caution on wet floors.  Using a putty knife,
        remove gum and other substances stuck to the floor.  Sweep the area with

B.5   (Continued)

treated sweeping mop and/or cloth and pickup the sweepings with broom and dustpan. Following the manufacturer's label instructions, add measured amounts of cleaning solution and water to a mop bucket and place a wringer on bucket. Fill a second bucket half full with cold rinse water and place a wringer on it. Dip a cleaning mop in the cleaning solution and wring it out lightly so it remains wet. Moderately apply the cleaning solution to the floor with the mop in approximately 8 by 8 foot sections. Begin mopping by dragging the mop parallel to and 1 inch away from the baseboards, forming wet parallel strips on the floor. Then, walking backward, work in a figure-8 motion to the inner edges of the parallel strips so as not to splash baseboards and walls. Remove any cleaning solution from baseboards. Using a wet pick-up vacuum to remove the cleaning solution from the floor. Dip a clean rinse mop in the rinse water and wring it out lightly so it remains wet. Apply the rinse water to the floor and remove with a wet pick-up vacuum. Allow the floor surface to dry completely before removing the safety equipment.

B.6   FLOOR MAINTENANCE (SOW SS-003) (March 1992)

Floors must be maintained in accordance with Handbook MS-10, Floors, Care and Maintenance, a copy of which may be obtained from the appointed contracting officer's representative (COR). This handbook may also be reviewed at the facility to be cleaned or at the purchasing office.

## SECTION C – DELIVERY/PERFORMANCE

C.1   TERM OF CONTRACT (Clause OB-515) (February 1990)

The initial term of the contract will not be more than two years, with options to renew the contract for four (4) additional two-year terms up to a total of 10 years. If the Postal Service elects to renew the contract, the contracting officer will give the contractor 60 days' written notice. New wage and fringe benefits will apply, as required by the Service Contract Act, and any unit pricing will be renegotiated.

C.2   REPORTING (CLEANING SERVICES) (Clause OB-590)
       (January 1992)

All contractors will be required to check in with the contracting officer's representative (COR) at the beginning of each work day and to again check out with the COR at the completion of the day's work. This process will require entries into a daily work log which will be maintained at the facility where the services are performed.

See Attachment 3.

## SECTION D – PACKAGING AND MARKING

[For this document, there is no text in this section]

## SECTION E - INSPECTION AND ACCEPTANCE

E.1  CONTRACTING OFFICER'S REPRESENTATIVE
     (Clause OB-547) (June 1988)

   The contracting officer will appoint a contracting officer's representative
(COR), responsible for the day-to-day administration of the contract, to serve as
the Postal Service point of contact with the contractor on all routine matters.
A copy of the notice of appointment defining the COR's authority will be
furnished to the contractor upon award.

E.2  INSPECTION OF WORK (Clause OB-579) (June 1988)

   The contracting officer's representative (COR) will be responsible for
inspecting the cleaning service being performed to ensure that it is in
accordance with contract requirements.  The COR will immediately bring to the
attention of the contractor all unsatisfactory service.  If the contractor
continues to perform unsatisfactorily, the contracting officer will formally
notify the contractor in writing of the deficiencies.  Continued unsatisfactory
performance may be cause for termination of the contract.

E.3  FAILURE TO PERFORM WORK (Clause OB-580) (June 1988)

   The contractor has agreed to perform the cleaning services at the Postal
Service facility designated, during the hours and for the days specified.  If the
contractor fails to perform the required cleaning services during any day such
services are required at the installation, payment will be reduced by an amount
equal to either 1/260 of the annual amount, if the cleaning service is required
five days, or 1/312 of the annual amount if six days a week.  If the cleaning
service is required for fewer than five days a week, the reduction will be
determined using the following formula:

   Reduction Amount = Annual Price divided by the product of (52 weeks x the
number of days per week service is to be performed.)

   Continued failure to perform may be cause for termination of the contract.

## SECTION F - PAYMENT AND FUNDING

F.1   CLAUSES INCORPORATED BY REFERENCE

   The following clauses are incorporated by reference as if set forth in full
   text. The full text versions of these clauses are available upon request.
   Procurement Manual (USPS Publication 41) references are shown in parentheses.

   CLAUSE
   NUMBER      DATE                 TITLE

   B-22   December 1989    INTEREST (PM B.2.1)

F.2   PAYMENT (CLEANING SERVICES) (Clause OB-495) (December 1990)

   a.  Billing.  Payment will be made, without billing, in 26 equal installments
   each year (that is, every two weeks) by the ST. LOUIS ACCOUNTING SERVICE CENTER,
   CONTRACTUAL SERVICES SECTION, CONTRACT CLEANERS UNIT, 1720 MARKET ST., ST. LOUIS
   MO 63180-9184.

   b.  Electronic Funds Transfer.  If the contractor desires to have payment
   electronically transferred to an account in a financial institution, they should
   submit a completed Treasury Department Form 1199-A to the contracting officer for
   forwarding to the St. Louis Accounting Service Center.  This form or an
   acceptable facsimile may be obtained from the contractor's servicing financial
   institution.


                      SECTION G - SPECIAL CLAUSES
                      ─────────────────────────────


G.1   CONTRACT TYPE (Clause B-3) (February 1991)

   This is a Firm Fixed Price contract.

G.2   PERFORMANCE AT OCCUPIED POSTAL PREMISES (Clause B-27)
      (October 1987)

   a.  In performing this contract, the contractor must -

   1.  Comply with applicable Occupational Safety and Health Standards (29 CFR
   1910) promulgated pursuant to the authority of the Occupational Safety and Health
   Act of 1970;

   2.  Comply with any other applicable Federal, State, or local regulations
   governing workplace safety to the extent they do not conflict with a.1 above; and

   3.  Take all other proper precautions to protect the safety and health of the
   contractor's employees, Postal Service employees, and the public.

   b.  The contractor must coordinate its use of the premises with the
   installation head or other representative designated by the contracting officer.
   Subjects of this coordination include the designation of work and storage areas;
   the extent, if any, of use by the contractor of Postal Service tools and
   equipment; the furnishing by the contractor of appropriate signs and barricades

                          Page 11 of 22

G.2   (Continued)

to exclude unauthorized personnel from the work areas and to call attention to hazards and dangers; and other matters relating to the protection of Postal Service employees and property.

G.3   ORDER OF PRECEDENCE (Clause B-29) (February 1991)

Any inconsistency in the provisions of this solicitation, the contract awarded under this solicitation, or a contract awarded without the issuance of a written solicitation will be resolved by giving precedence in the following order:

a. The Schedule.

b. The solicitation provisions and instructions.

c. Special clauses and general clauses.

d. Provisions contained in attachments or incorporated by reference.

G.4   WAGE DETERMINATION (Clause OB-121) (July 1991)

This agreement is subject to the provisions of the Service Contract Act of 1965, which is incorporated by reference.  Wage Determination No. 74-0777 (REV. 21) dated 08/07/92 is applicable.

G.5   CONTRACTS WITH SELF-EMPLOYED CONTRACTORS (Clause OB-576) (December 1990)

a. Minimum Wage.  Self-employed contractors must receive not less than the minimum wage prescribed by the Fair Labor Standards Act (FLSA).  For self-employed contractors, the Postal Service will only accept offers that at least meet the current FLSA specified minimum wage.  A self-employed offeror can determine if its offer complies by dividing the annual price by 26 and then dividing the quotient by the estimated number of hours the Postal Service believes are necessary to perform the service. The resulting amount must meet or exceed the current FLSA specified minimum wage.

b. Status.  Social Security, Federal, State and local taxes are NOT withheld by the Postal Service.  The Postal Service bears no responsibility for making the self-employed contractor's required payment to these funds.  The self-employed contractor is not a Postal Service employee and is not subject to Postal Service employment benefits or retirement.

G.6   CONTRACTS WITH OTHER THAN SELF-EMPLOYED CONTRACTORS (Clause OB-577) (June 1988)

Contractors who are not classified as "self-employed" are not held to a specific number of workhours.  The contract provides for specific cleaning tasks that must be performed to acceptable standards regardless of the amount of time.

G.7   TERMINATION ON NOTICE (Clause OB-581) (June 1988)

   This contract may be terminated, in whole or in part, by either party upon 30 days written notice.  In the event of such termination, neither party will be liable for any costs, except for payment in accordance with the payment provisions of the contract for the actual services rendered prior to the effective date of the termination. When, in the contracting officer's judgment, the interests of the Postal Service require such action, the contract may be terminated by the contracting officer, giving the contractor one day's notice in writing.

G.8   CONTRACTOR EMPLOYEES (Clause OB-582) (February 1990)

   The contracting officer may require dismissal from work under this contract any contractor employee who is deemed incompetent, careless, insubordinate, unsuitable, or otherwise objectionable, or whose continued employment is deemed contrary to public interest or inconsistent with the best interest of the Postal Service.

G.9   ACCESS CONTROL OF CONTRACTOR PERSONNEL (Clause OB-583)
      (December 1990)

   While on Postal Service property, contractor personnel must follow the established procedures for gaining access to and departing from the premises. The contractor must fill out, and have each of its employees on the contract fill out and submit to the contracting officer any required forms for security or other reasons.  Upon request of the contracting officer, the contractor and the contractor's employees may be fingerprinted by the Postal Service.

**Page 13 of 22**

PART 2 - CLAUSES AND ATTACHMENTS

SECTION H - GENERAL CLAUSES

H.1    CLAUSES INCORPORATED BY REFERENCE

The following clauses are incorporated by reference as if set forth in full text. The full text versions of these clauses are available upon request. Procurement Manual (USPS Publication 41) references are shown in parentheses.

| CLAUSE NUMBER | DATE | TITLE |
|---|---|---|
| B-2 | October 1987 | CHANGES (PM B.2.1) |
| B-9 | June 1988 | CLAIMS AND DISPUTES (PM B.2.1) |
| B-25 | June 1988 | ADVERTISING OF CONTRACT AWARDS (PM B.2.1) |
| B-26 | October 1987 | PROTECTION OF POSTAL SERVICE BUILDINGS EQUIPMENT, AND VEGETATION (PM B.2.1) |
| B-30 | April 1993 | PERMITS AND RESPONSIBILITIES (SERVICES) (PM B.2.1) |
| 1-4 | October 1987 | OFFICIALS NOT TO BENEFIT (PM 1.7.6) |
| 1-5 | April 1993 | GRATUITIES OR GIFTS (PM 1.7.8) |
| 1-6 | October 1987 | CONTINGENT FEES |
| 2-12 | October 1987 | POSTAL SERVICE PROPERTY--SHORT FORM (PM 2.2.7) |
| 2-20 | October 1987 | OPTION TO EXTEND THE TERM OF THE CONTRACT (PM 2.2.8) |
| 10-1 | December 1989 | PARTICIPATION OF SMALL, MINORITY-OWNED, AND WOMAN-OWNED BUSINESSES (PM 10.1.5) |
| 10-3 | October 1987 | CONVICT LABOR (PM 10.2.2) |
| 10-4 | April 1989 | CONTRACT WORK HOURS AND SAFETY STANDARDS ACT--OVERTIME COMPENSATION (PM 10.2.3) |
| 10-9 | October 1987 | EQUAL OPPORTUNITY (PM 10.2.7) |
| 10-12 | April 1989 | SERVICE CONTRACT ACT (PM 10.2.10) |
| 10-14 | October 1987 | FAIR LABOR STANDARDS ACT AND SERVICE CONTRACT ACT-PRICE ADJUSTMENT (PM 10.2.10) |
| 10-15 | October 1987 | AFFIRMATIVE ACTION FOR HANDICAPPED WORKERS (PM 10.2.11) |
| 10-16 | October 1987 | AFFIRMATIVE ACTION FOR DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA (PM 10.2.12) |
| 10-20 | December 1989 | DRUG-FREE WORKPLACE (PM 10.5.4) |

H.2    FEDERAL, STATE, AND LOCAL TAXES (SHORT FORM) (Clause 7-7) (June 1988)

Except as this contract may otherwise provide, the contract price includes all applicable Federal, State, and local taxes and duties in effect on the contract date but does not include any taxes from which the Postal Service, the contractor, or this transaction is exempt. Upon request of the contractor, the Postal Service must furnish a tax exemption certificate or similar evidence of exemption from any tax not included in the contract price. "Contract date" means the date of the contractor's proposal or quotation or, if no proposal or

H.2    (Continued)

quotation, the date of this purchase order.

H.3    ASSIGNMENT OF CLAIMS (SHORT FORM) (Clause OB-132)
       (June 1988)

If this contract provides for payments aggregating $10,000 or more, claims for monies due or to become due thereunder may be assigned to a bank, trust company, or other financing institution, including any Federal lending agency. Except as herein provided, assignment of this contract or any interest therein will be grounds for annulment of this contract at the option of the Postal Service.

H.4    LAWS AND ORDINANCES (Clause OB-585) (June 1988)

The contractor must comply with all applicable Federal laws, ordinances, and regulations in the course of performance under this contract.

H.5    DEFINITIONS (CLEANING SERVICES) (Clause OB-703)
       (December 1990)

As used in this contract, the following terms mean:

a.  "Contracting Officer" means the person signing this contract for the Postal Service or any other properly designated contracting officer; the term includes the authorized representative of the contracting officer acting within the limits of their specified authority.

b.  "Subcontracts" includes purchase orders.

c.  "Contracting officer's representative" (COR) means a Postal Service employee designated in writing by the contracting officer as their authorized representative. The COR may be given the authority to inspect and accept work performed under the contract. However, in no event, can the COR change, modify, terminate, or direct activities outside the scope of the contract.

## SECTION I - LIST OF ATTACHMENTS

| ATTACHMENT NO. | TITLE | NO OF PAGES |
|---|---|---|
| 1 | FACILITY INVENTORY | 1 |
| 2 | FREQUENCY OF PERFORMANCE SCHEDULE | 3 |
| 3 | CLEANING SERVICES DAILY WORK LOG | 1 |
| 4 | WAGE DETERMINATION | 4 |

PART 3 - SOLICITATION PROVISIONS
_____

SECTION J - INSTRUCTIONS TO OFFERORS
_____

J.1   TYPE OF CONTRACT (Provision 5-1) (October 1987)

    The Postal Service plans to award a Firm Fixed Price type of contract under this solicitation, and all proposals must be submitted on this basis. Alternate proposals based on other contract types [_] will [X] will not be considered.


SECTION K - SOLICITATION NOTICES AND PROVISIONS
_____


K.1   PROVISIONS INCORPORATED BY REFERENCE

    The following provisions are incorporated by reference as if set forth in full text. The full text of these provisions is available from the contracting officer upon request.  Procurement Manual (USPS Publication 41) references are shown in parentheses.

| PROVISION NUMBER | DATE | TITLE |
|---|---|---|
| A-2 | October 1987 | SUBMISSION OF PROPOSALS (PM A.2.3) |
| A-3 | October 1987 | MODIFICATION OR WITHDRAWAL OF PROPOSALS (PM A.2.3) |
| A-4 | October 1987 | LATE SUBMISSIONS AND MODIFICATIONS OF PROPOSALS (PM A.2.3) |
| A-5 | October 1987 | ACKNOWLEDGEMENT OF SOLICITATION AMENDMENTS (PM A.2.3) |
| A-6 | October 1987 | EXPLANATION TO PROSPECTIVE OFFERORS (PM A.2.3) |
| A-7 | June 1988 | RESTRICTION AND USE OF DATA (PM A.2.3) |
| A-9 | October 1987 | AWARD WITHOUT DISCUSSIONS (PM A.2.3) |
| A-14 | October 1987 | FAILURE TO SUBMIT PROPOSAL (PM A.2.3) |
| A-15 | October 1987 | PROTESTS (PM A.2.3) |

K.2   PREPARATION OF PROPOSALS (Provision A-1)
      Alternate I (June 1988)

    a. Each offeror must furnish the information required by the solicitation. The offeror must sign the proposal and print or type its name on the proposal and each continuation sheet on which it makes an entry. Erasures or other changes must be initialed by the person signing the proposal.

    b. In case of discrepancy between a unit price/cost and an extended price/cost, the unit price/cost will be presumed to be correct, subject, however, to correction to the same extent and in the same manner as any other mistake.

K.3    LABOR INFORMATION  (Provision A-13) (October 1987)

General information regarding the requirements of the Walsh-Healey Public Contracts Act (41 U.S.C. 35-45), the Contract Work Hours and Safety Standards Act (40 U.S.C. 327-333), and the Service Contract Act of 1965 (41 U.S.C. 351 et seq.) may be obtained from the Department of Labor, 200 Constitution Avenue, N.W., Washington, DC 20210-0999, or from any regional office of that agency.

K.4    NOTICE OF INTENT TO AWARD WITHOUT DISCUSSIONS
       (Provision A-19) (October 1987)

The Postal Service intends to make award on the basis of initial proposals received, without discussions, as permitted by the "Award Without Discussion" provision of this solicitation.

K.5    POSTAWARD ORIENTATION CONFERENCE (Provision OA-5)
       (June 1988)

The Postal Service may require the successful offeror to attend a post-award conference.  If required, it will be scheduled and held prior to the start of contract performance.  The conference will be held at:

       U S POST OFFICE
       216 N MAIN
       SANTA ROSA, TX 78593


                    SECTION L - REPRESENTATIONS AND CERTIFICATIONS


L.1    TYPE OF BUSINESS ORGANIZATION (Provision A-20)
       (December 1989)

The offeror, by checking the applicable blocks, represents that it:

a. Operates as [X] a corporation incorporated under the laws of the State of _____, [X] an individual, [__] a partnership, [__] a joint venture, [__] a nonprofit organization, [__] or an educational institution; and

b. Is a [__] small business concern, [__] minority-owned business, [__] woman-owned business, [__] labor surplus area concern, [__] educational or other non-profit organization, or [X] none of the above entities.

c. SMALL BUSINESS CONCERN.  A small business concern for the purposes of Postal Service procurement means a business, including an affiliate, that is independently owned and operated, is not dominant in producing or performing the supplies or services being purchased, and has no more than 500 employees, unless a different size standard has been established by the Small Business Administration (see 13 CFR 121, particularly for different size standards for airline, railroad, and construction companies).  For subcontracts of $50,000 or less, a subcontractor having no more than 500 employees qualifies as a small business without regard to other factors.

L.1    (Continued)

d. MINORITY-OWNED BUSINESS.  A minority-owned business is a concern that is at least 51 percent owned by, and whose management and daily business operations are controlled by, one or more members of a socially and economically disadvantaged minority group, namely U.S. citizens who are Black Americans, Hispanic Americans, Native Americans, Asian-Pacific Americans, or Asian-Indian Americans.  (Native Americans are American Indians, Eskimos, Aleuts, and Native Hawaiians. Asian-Pacific Americans are U.S. citizens whose origins are Japanese, Chinese, Filipino, Vietnamese, Korean, Samoan, Laotian, Cambodian, Taiwanese or in the U.S. Trust Territories of the Pacific Islands.  Asian-Indian Americans are U.S. citizens whose origins are in the Indian subcontinent.)

e. WOMAN-OWNED BUSINESS.  A woman-owned business is a concern at least 51 percent of which is owned by a woman (or women) who is a U.S. citizen, controls the firm by exercising the power to make policy decisions, and operates the business by being actively involved in day-to-day management.

f. LABOR SURPLUS AREA.  A geographical area which at the time of award is either a section of concentrated unemployment or underemployment, a persistent labor surplus area, or a substantial labor surplus area, as defined in this paragraph.

1.  Section of concentrated unemployment or underemployment means appropriate sections of States or labor areas so classified by the Secretary of Labor.

2.  Persistent labor surplus area means an area which is classified by the Department of Labor as an area of substantial and persistent labor surplus (also called Area of Substantial and Persistent Unemployment) and is listed as such by that Department in conjunction with its publication, Area Trends in Employment and Unemployment.

3.  Substantial labor surplus area means an area which is classified by the Department of Labor as an area of substantial labor surplus (also called Area of Substantial Unemployment) and which is listed as such by that Department in conjunction with its publication Area Trends in Employment and Unemployment.

g. LABOR SURPLUS AREA CONCERN.  A firm which will perform or cause to be performed a substantial proportion of a contract in a labor surplus area.

h. EDUCATIONAL OR OTHER NON-PROFIT ORGANIZATION.  Any corporation, foundation, trust, or other institution operated for scientific or educational purposes, not organized for profit, no part of the net earnings of which inures to the profits of any private shareholder or individual.

L.2    PARENT COMPANY AND TAXPAYER IDENTIFICATION NUMBER
       (Provision A-21) (October 1987)

a.  A parent company is one that owns or controls the basic business policies of an offeror. To own means to own more than 50 percent of the voting rights in the offeror. To control means to be able to formulate, determine, or veto basic business policy decisions of the offeror. A parent company need not own the offeror to control it; it may exercise control through the use of dominant

Page 18 of 22

L.2    (Continued)

minority voting rights, proxy voting, contractual arrangements, or otherwise.

b.  Enter the offeror's Taxpayer Identification Number (TIN) in the space provided. The TIN is the offeror's Social Security Number or other Employee Identification Number used on the offeror's Quarterly Federal Tax Return, U.S. Treasury Form 941.

Offeror's TIN:  _____

c.  [___] Check this block if the offeror is owned or controlled by a parent company.

d.  If the block above is checked, provide the following information about the parent company:

Parent Company's Name: _____
Parent Company's Main Office Address: _____
No. and Street: _____
City: _____  State: _____  Zip Code: _____
Parent Company's TIN:  _____

e.  If the offeror is a member of an affiliated group that files its federal income tax return on a consolidated basis (whether or not the offeror is owned or controlled by a parent company, as provided above) provide the name and TIN of the common parent of the affiliated group:

Name of Common Parent: _____
Common Parent's TIN:  _____

L.3    CERTIFICATE OF INDEPENDENT PRICE DETERMINATION
       (Provision 1-1) (October 1987)

a.  By submitting this proposal, the offeror certifies, and in the case of a joint proposal each party to it certifies as to its own organization, that in connection with this solicitation--

1.  The prices proposed have been arrived at independently, without consultation, communication, or agreement, for the purpose of restricting competition, as to any matter relating to the prices with any other offeror or with any competitor;

2.  Unless otherwise required by law, the prices proposed have not been and will not be knowingly disclosed by the offeror before award of a contract, directly or indirectly to any other offeror or to any competitor; and

3.  No attempt has been made or will be made by the offeror to induce any other person or firm to submit or not submit a proposal for the purpose of restricting competition.

b.  Each person signing this proposal certifies that--

1.  He or she is the person in the offeror's organization responsible for the decision as to the prices being offered herein and that he or she has not participated, and will not participate, in any action contrary to paragraph a

Page 19 of 22

L.3    (Continued)

above; or

2. He or she is not the person in the offeror's organization responsible for the decision as to the prices being offered but that he or she has been authorized in writing to act as agent for the persons responsible in certifying that they have not participated, and will not participate, in any action contrary to paragraph a above, and as their agent does hereby so certify; and he or she has not participated, and will not participate, in any action contrary to paragraph a above.

c.  Modification or deletion of any provision in this certificate may result in the disregarding of the proposal as unacceptable. Any modification or deletion should be accompanied by a signed statement explaining the reasons and describing in detail any disclosure or communication.

L.4    CONTINGENT FEE REPRESENTATION (Provision 1-2) (October 1987)

a.  The offeror must complete the following representations:

1.  The offeror [__] has [✓] has not employed or retained any company or person (other than a full-time bona fide employee working solely for the offeror) to solicit or secure this contract.

2.  The offeror [__] has [✓] has not paid or agreed to pay any company or person (other than a full-time bona fide employee working solely for the offeror) any fee, commission, percentage, or brokerage fee, contingent upon or resulting from the award of this contract.

b.  If either representation is in the affirmative, or upon request of the contracting officer, the offeror must furnish, in duplicate, a completed Form 7319, "Contractor's Statement of Contingent or Other Fees", and any other information requested by the contracting officer. If the offeror has previously furnished a completed Form 7319 to the office issuing this solicitation, it may accompany its proposal with a signed statement--

1.  Indicating when the completed form was previously furnished;

2.  Identifying the number of the previous solicitation or contract, if any, in connection with which the form was submitted; and

3.  Representing that the statement on the form is applicable to this proposal.

L.5    SELF-EMPLOYED CONTRACTORS (Provision OA-501) (June 1988)

(TO BE COMPLETED BY ALL OFFERORS)

The offeror, by checking the applicable block, represents that he/she/they

/✓/ Is                              /__/ Is Not

a self-employed contractor (that is, performs 51% or more of the work except for vacations and emergencies).

L.6    REFERENCES (Provision OA-502) (January 1991)

    The offeror submits the following references who can confirm its ability and qualifications. (List name of company or organization, person to contact, title, address including ZIP code, and telephone number. Any information furnished by references will be held in strict confidence by the Postal Service).

1.    Company/Organization: _Texas Visiting Nurse Service_

    Person to Contact: _____    Title: _____

    Street Address: _1406 E. Harrison St._

    City: _Harlingen,_    State _TX,_ ZIP Code _78550_

    Telephone Number: _(210) 412 - 1401_    (including area code)

2.    Company/Organization: _____

    Person to Contact: _____    Title: _____

    Street Address: _____

    City: _____    State ____    ZIP Code _____

    Telephone Number: _____ (including area code)

3.    Company/Organization: _____

    Person to Contact: _____    Title: _____

    Street Address: _____

    City: _____    State ____    ZIP Code _____

    Telephone Number: _____ (including area code)

L.7    PERSONS PERFORMING THE WORK (Provision OA-503)
    (December 1990)

    If the cleaning services will be performed by someone other than the offeror, enter the name of that individual. This may be a present employee, an individual with which the offeror has a tentative agreement, or a family member. The offeror may be required to provide references for this individual.

        Name: _____

        Address: _____

        City/state/ZIP+4: _____

        Telephone number: (____)_____

        Percentage of work to be performed by above individual: _____%

Page 21 of 22

L.7   (Continued)

        Relationship (employee, tentative agreement, family): _____

_____

L.8   CONTRACTS BETWEEN THE POSTAL SERVICE AND ITS EMPLOYEES
     OR BUSINESS ORGANIZATIONS SUBSTANTIALLY OWNED OR CONTROLLED
     BY POSTAL SERVICE EMPLOYEES (Provision OA-701) (June 1990)

    Generally, the Postal Service does not enter into contracts with its employees, their immediate families, or business organizations substantially owned or controlled by Postal Service employees or their immediate families. "Immediate family" means spouse, minor child or children, and individuals related to the employee by blood who are residents of the employee's household.

    a.  Is the offeror an employee of the Postal Service or a member of the immediate family of a Postal Service employee?

          (___) Yes           ( ✓ ) No

    b.  Is the offeror's business organization (partnership, corporation, joint venture) substantially owned or controlled by a Postal Service employee or a member of his or her immediate family?

          (___) Yes           ( ✓ ) No

SECTION M - EVALUATION AND AWARD FACTORS

_____

M.1   CONTRACT AWARD (Provision A-8) Alternate I (February 1992)

    The Postal Service intends to award a contract to the responsible offeror whose proposal conforming to the solicitation offers the best value to the Postal Service, considering price, price-related factors, and/or other evaluation factors specified elsewhere in this solicitation.

Facility Inventory

## Facility/Location  SANTA ROSA TX 78593

### Interior Requirements

| Area of Performance | Type | Floor Sq. Ft. | Toilet Fixtures Qty | Light Fixtures Type/Qty | | Vene-tian Blinds | Glass Int. Sq. Ft. | Glass Ext. Sq. Ft. | Cases Carr-ier | Cases Other |
|---|---|---|---|---|---|---|---|---|---|---|
| Workroom Toilet | R | 130 | 5 | F | 2 | | | | | |
| Workroom | R | 1,341 | | F | 19 | 1 | 22 | 18 | 2 | 5 |
| Serv./Box Lobby | R | 578 | | F | 9 | | | | | |
| Platform (Dock) | CON | 151 | | F | 9 | | | | | |
| Active Storage (cont.) | R | 59 | | F | 1 | | | | | |
| | | | | I | 1 | | | | | |
| Janitor Closet | CON | 52 | | F | 1 | | | | | |
| TOTALS | | 2,311 | 5 | | 42 | 1 | 22 | 18 | 2 | 5 |

PO Boxes (QTY)　1,500 ea.

### TYPES OF FLOORS

CPT = Carpet
CON = Concrete
W　 = Wood/Cork
R　 = Resilient (asphalt tile, vinyl tile, linoleum, etc)
N　 = Nonresilient (marble, terrazzo, travertine, ceramic tile, quarry tile)

### TYPES OF LIGHT FIXTURES

F = Fluorescent
I = Incandescent

### TOILET FIXTURES

Showers, toilets, urinals, and sinks (multiple/single)

### Exterior Requirements

| | | | | |
|---|---|---|---|---|
| Area to be mowed | 9,888 Sq Ft | Linear feet of hedge trimming | _____ | Ft |
| Area to be watered | 9,888 Sq Ft | Area for snow/ice removal | _____ | Sq Ft |
| Area to be policed | 22,313 Sq Ft | Linear feet of edging | 520 | Ft |

Paved area to be swept  12,425 Sq Ft

Page 1 of 1

## Frequency of Performance Schedule

### Facility/Location  SANTA ROSA TX 78593

### Part I - Tasks Performed More Than Once a Week

| Area of Performance | Task | Sat | Sun | Mon | Tue | Wed | Thu | Fri |
|---|---|---|---|---|---|---|---|---|
| Workroom Toilet | Clean | — | — | X | X | X | X | X |
|  | Wet Mop | — | — | X | X | X | X | X |
| Workroom | Clean | — | — | X | X | X | X | X |
|  | Police | — | — | — | — | — | — | — |
| Service/Box Lobby | Clean | — | — | X | X | X | X | X |
|  | Damp Mop | — | — | X | X |  | X | X |
|  | Wet Mop | — | — | — | — | X | — | — |
| Platform (Dock) | Clean | — | — | — | X | — | X | — |
|  | Police | — | — | — | — | — | — | — |
| Exterior Area | Police | — | — | X | X | X | X | X |
| Janitor Closet | Clean | — | — | X | X | X | X | X |
|  | Damp Mop | — | — | X | X | X | X | X |
| Trash Removal | Remove | — | — | X | X | X | X | X |

**ATTACHMENT 2 (Continued)**
**Frequency of Performance Schedule**
**Facility/Location  SANTA ROSA TX 78593**
**Part II - Tasks Performed Weekly, Biweekly, Monthly, etc.**

| Area of Performance | Task | Wk | Bi | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Active Storage | Clean | _ | _ | X | X | X | X | X | X | X | X | X | X | X | X |
| Inact. Storage | Clean | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ |
| Light Fixtures | Dust | _ | _ | X | _ | _ | X | _ | _ | X̄ | _ | _ | X | _ | _ |
|  | Wash | _ | _ | _ | _ | _ | _ | _ | _ | X̄ | _ | _ | _ | _ | _ |
| Venetian Blinds | Dust | _ | _ | X | _ | _ | X | _ | _ | X̄ | _ | _ | X | _ | _ |
|  | Wash | _ | _ | _ | _ | _ | _ | _ | _ | X̄ | _ | _ | _ | _ | _ |
| Lobby Glass | Wash | _ | X | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ |
| Int/Ext Glass | Wash | _ | _ | _ | X | _ | _ | X | _ | _ | X | _ | _ | X | _ |
| Exter. Paved | Sweep | X | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ |
| Carrier Case | Clean | _ | _ | _ | _ | _ | _ | X | _ | _ | X̄ | _ | X | _ | _ |
| Other Case | Clean | _ | _ | _ | _ | _ | _ | _ | _ | X̄ | _ | _ | _ | _ | _ |
| PO Boxes | Clean | _ | _ | X | _ | _ | X | _ | _ | X | _ | _ | X | _ | _ |
| **Floors** | | | | | | | | | | | | | | | |
| Resilient | DM | _ | _ | X | X | X | X | X | _ | X | X | X | X | X | X |
|  | INT | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ |
|  | PER | _ | _ | _ | X̄ | X̄ | X̄ | X̄ | X̄ | X̄ | X̄ | X̄ | X̄ | X̄ | X̄ |
| Concrete | DM | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ |
|  | INT | _ | _ | _ | _ | _ | _ | _ | X̄ | _ | _ | _ | _ | _ | _ |
|  | PER | _ | _ | X̄ | _ | _ | X̄ | _ | _ | _ | _ | X̄ | _ | _ | X̄ |
| **Others** | | | | | | | | | | | | | | | |
| CEILING FAN | DUST | _ | _ | _ | X | _ | _ | X | _ | _ | X | _ | _ | X | _ |

INT = Initial Preparation, PER = Periodic Maintenance, DM = Damp Mop
VAC = Vacuum, SHAMP = Shampoo, Wk = Weekly, Bi = Biweekly (once every 2 weeks)

**Page 2 of 3**

**ATTACHMENT 2 (Continued)**
**Frequency of Performance Schedule**
**Facility/Location  SANTA ROSA TX 78593**

**Part III - Tasks Performed Seasonally**

| Area of Performance | Task | Wk | Bi | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lawn | Mow | _ | _ | 1 | 1 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 1 | 1 |
|  | Water | _ | _ | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
|  | Edge | _ | _ | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Hedge | Trim | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ |
|  | Water | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ |
| Snow/Ice | REM | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ |

REM = Removal, Wk = Weekly, Bi = Biweekly (once every 2 weeks)

**Page 3 of 3**

# C L E A N I N G   S E R V I C E S   D A I L Y   W O R K   L O G

CALENDAR YEAR _____   PAY PERIOD _____

Location: _____

Contract Number: _____

Contractor Name: _____

Effective Dates of Contract:   Beginning on _____ and ending _____

| Date | Time In | Time Out | # of Hrs/ Minutes Worked | Contr- actor Initial | Description of Work Performed | COR Initial | COR Comments |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| TOTAL OF HOURS WORKED THIS BIWEEKLY PERIOD | | | | | | | |

THE HOURS REPORTED MUST BE THE HOURS ACTUALLY WORKED, AND NOT AN ESTIMATE OF THE HOURS.  UNDER NO CIRCUMSTANCES SHOULD THE CONTRACTOR BE ALLOWED TO USE THE TIME CLOCK

Calendar Year 1s equivalent to USPS calendar year, Pay Periods 1 thru 26.

Page 1 of 4

**U.S. DEPARTMENT OF LABOR**
**EMPLOYMENT STANDARDS ADMINISTRATION**
WAGE AND HOUR DIVISION
WASHINGTON, D.C.   20210

REGISTER OF WAGE DETERMINATIONS UNDER
THE SERVICE CONTRACT ACT
By direction of the Secretary of Labor

Alan L. Moss          Division of
Director              Wage Determinations

| State: Texas |
| --- |
| Area: TX COUNTIES: BROOKS, CAMERON, DUVAL HIDALGO, JIM HOGG, KENEDY, STARR, WEBB WILLACY, ZAPATA |

LOCALITY

Wage Determination No.: 74-0777 (Rev. 21) Date: 08/07/19─

SEP 1992
PROCUREMENT
CE OFFICE
LLAS, TX

**Class of Service Employees**

General Services and Support Occupations, Transportation, and Miscellaneous:

| Class of Service Employees | Minimum Hourly Wage | Fringe Benefit Payments | | | |
| --- | --- | --- | --- | --- | --- |
| | | Health & Welfare | Vacation | Holiday | Other |
| 1. Baker | $ 6.88 | | | | |
| 2. Cook I | $ 5.79 | | | | |
| 3. Cook II | $ 6.88 | | | | |
| 4. Meat Cutter | $ 6.88 | | | | |
| 5. Mess Attendant | $ 4.85 | | | | |
| 6. Cleaner, Vehicles | $ 4.85 | | | | |
| 7. Gardener | $ 4.85 | | | | |
| 8. Housekeeping Aide I | $ 4.85 | | | | |
| 9. Housekeeping Aide II | $ 5.17 | | | | |
| 10. Janitor, Porter, Cleaner | $ 4.85 | | | | |
| 11. Laborer, Grounds maintenance | $ 4.85 | | | | |
| 12. Pest Controller | $ 5.79 | | | | |
| 13. Refuse Collector | $ 4.85 | | | | |
| 14. Window Washer/Cleaner | $ 5.17 | | | | |
| 15. Embalmer | $ 12.96 | | | | |
| 16. Mortician | $ 12.96 | | | | |
| 17. Truckdriver, Refuse Collection | $ 5.79 | | | | |
| 18. Taxi Driver | $ 5.79 | | | | |
| 19. Tractor Operator | $ 5.79 | | | | |
| 20. Ambulance Driver | $ 5.79 | | | | |
| 21. Emergency Medical Technician | $ 5.79 | | | | |

Page 2 of 4

U.S. DEPARTMENT OF LABOR
EMPLOYMENT STANDARDS ADMINISTRATION
WAGE AND HOUR DIVISION
WASHINGTON, D.C.   20210

REGISTER OF WAGE DETERMINATIONS..UNDER
THE SERVICE CONTRACT ACT
By direction of the Secretary of Labor

Alan L. Moss
Director

Division of
Wage Determinations

State: Texas

Area: TX COUNTIES: BROOKS, CAMERON, DUVAL
HIDALGO, JIM HOGG, KENEDY, STARR, WEBB
WILLACY, ZAPATA

Wage Determination No.: 74-0777 (Rev. 21) Date: 08/07/19

| Class of Service Employees | Minimum Hourly Wage | Fringe Benefit Payments | | | |
|---|---|---|---|---|---|
| | | Health & Welfare | Vacation | Holiday | Other |
| 22. Recreation Specialist | $ 10.60 | | | | |
| 23. Registered Industrial Nurse | $ 12.96 | | | | |
| 24. Swimming Pool Operator | $ 5.31 | | | | |
| 25. Vending Machine Attendant | $ 5.46 | | | | |
| 26. Vending Machine Repairer | $ 6.88 | | | | |
| 27. Vending Machine Repairer Helper | $ 5.79 | | | | |

Fringe benefits applicable to all classes of service employees
engaged in contract performance:                         1/          2/          3/

1/ HEALTH & WELFARE:   $0.65 per hour ~~or $26.00 per week or $112.66 per month~~

2/ VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks
after 10 years of service. Length of service includes the whole span of continuous service with the
present (successor) contractor, wherever employed, and with the predecessor contractors in the
performance of similar work at the same Federal facility. (Reg. 4.173)

3/ HOLIDAYS:  8 paid holidays per year:  New Year's Day, Washington's Birthday, Memorial Day,
Independence Day, Labor Day, Veterans' Day, Thanksgiving Day, and Christmas Day.  (A contractor may
substitute for any of the named holidays another day off with pay in accordance with a plan
communicated to the employees involved.)

WAGE DETERMINATION   74-0777 (Rev. 21)       DATE 08/07/1992        Page 3 of 4

NOTE: The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined. Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees. A written report of the proposed conforming action, including information regarding the agreement or disagreement of the authorized representative of the employees involved or, where there is no authorized representative, the employees themselves, shall be submitted by the contractor to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work. The contracting officer shall review the proposed action and promptly submit a report of the action, together with the agency's recommendation and all pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6 (b)(2) of Regulations 29 CFR 4)

UNIFORM ALLOWANCE: If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $3.80 a week (or 76 cents a day); and effective April 1, 1991, the note shall be $4.25 per week (or $.85 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

WAGE DETERMINATION   74-0777 (Rev. 21)        DATE 08/07/1992        Page 4 of 4

NOTE:  The duties of employees under job titles listed are those described in the Service Contract
Act Directory of Occupations, Second Edition, July 1986, unless otherwise indicated.  See also 29
CFR Part 4 Section 4.152.

**UNITED STATES**
**POSTAL SERVICE**

## CONTRACT/ORDER MODIFICATION

1.   MODIFICATION NO.: MO1  TO CONTRACT/ORDER NO.:   483083-94-X-1333

|   |   |
|---|---|
| a. Date Issued:    02/27/96 | b. Request No.:  96-1903 |
| c. Finance No:    **488105** | |

| 3.  Contractor: | 4. Issued By: |
|---|---|
| ELENA OLIVAREZ<br>P O BOX 785<br>SANTA ROSA  TX  78593-0785 | Purchasing and Materials Service Center<br>P O Box 667190<br>Dallas TX 75266-7190 |
| (210) 636-2262 | |
| **TIN: 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** | FOR INFORMATION CALL:<br>Lynne Hale |
| ATTENTION: | (214) 819-7121<br>ACO CODE:   483083 |

5.   The above numbered contract/order is modified as set forth in Block 6, by change order issued pursuant to authority of Clause OB-515, "Term of Contract". .  The contractor is required to sign and return one copy of this modification to the Issuing Office.    (See Block 4).

6.   DESCRIPTION OF MODIFICATION:        (CLEANING SERVICES CONTRACT  RENEWAL)

Pursuant to the above referenced clause, the Postal Service elects to exercise the first two-year renewal option for the subject contract.  The contract, as extended, shall include all terms and provisions as stated in the original contract.  The period of performance for this first option shall be:   **04/13/96 TO  04/10/98**

The hourly rate is:  **$ 7.33**      Bi-Weekly Hours:  **21**      Bi-weekly Rate:  **$ 153.93**      Annual Rate: $ **4,002.18**

The DOL Wage Determination #94-2519 dated 01/31/95 is hereby incorporated into contract #483083-94-X-1333 effective 04/13/96.

OFFICE:   SANTA ROSA  TX 78593

Except as provided herein, all terms and conditions of the document referenced in Block 1, as heretofore changed, remain unchanged and in full force and effect.

7.   ACCOUNTS PAYABLE DATA is changed, SEE BLOCK 6.

|   |   |   |
|---|---|---|
| Previous Grand Total | : | $   7,644.00 |
| Value of Modification | : | $   8,004.36 |
| New Grand Total | : | $  15,648.36 |
| New Net Total (less discounts) | : | |

8.   SIGNATURES:  CONTRACTOR                       U. S. POSTAL SERVICE

| *Elena Olivarez* 3/05/96 | *Saundra J. Smith* 3/12/96 |
|---|---|
| Signature          Date | Signature          Date |
| **ELENA OLIVAREZ** | **SAUNDRA J. SMITH** |
| Name of Person Authorized      Title<br>to Sign (Type or Print) | Name of Contracting Officer<br>Dallas P&MSC |

EXHIBIT
2

GISTER OF WAGE DETERMINATIONS UNDER
THE SERVICE CONTRACT ACT
direction of the Secretary of Labor

an L. Moss     Division of
rector         Wage Determinations

U.S. DEPARTMENT OF LABOR
EMPLOYMENT STANDARDS ADMINISTRATION
WAGE AND HOUR DIVISION
WASHINGTON, D.C.  20210

Wage Determination No.: 94-2519
Revision No.: 1
Date of Last Revision: 01/31/1995

State(s): Texas

Area: TEXAS COUNTIES OF BROOKS, CAMERON, DUVAL, HIDALGO, JIM HOGG, KENEDY,
STARR, WEBB, WILLACY, ZAPATA.

** Fringe Benefits Required For All Occupations Included In
This Wage Determination Follow The Occupational Listing **

OCCUPATION CODE AND TITLE                          MINIMUM HOURLY WAGE

ADMINISTRATIVE SUPPORT AND CLERICAL:

| Code | Title | Minimum Hourly Wage |
|---|---|---|
| 1011 | Accounting Clerk I | $ 6.08 |
| 1012 | Accounting Clerk II | $ 6.25 |
| 1013 | Accounting Clerk III | $ 7.50 |
| 1014 | Accounting Clerk IV | $ 10.67 |
| 1030 | Court Reporter | $ 8.33 |
| 1050 | Dispatcher, Motor Vehicle | $ 8.33 |
| 1060 | Document Preparation Clerk | $ 6.25 |
| 1090 | Duplicating Machine Operator | $ 6.25 |
| 1110 | Film/Tape Librarian | $ 7.95 |
| 11__ | General Clerk I | $ 4.94 |
| 1 | General Clerk II | $ 6.00 |
| 11 | General Clerk III | $ 8.42 |
| 1118 | General Clerk IV | $ 9.43 |
| 1120 | Housing Referral Assistant | $ 8.33 |
| 1131 | Key Entry Operator I | $ 6.00 |
| 1132 | Key Entry Operator II | $ 7.77 |
| 1191 | Order Clerk I | $ 6.08 |
| 1192 | Order Clerk II | $ 6.25 |
| 1220 | Order Filler | $ 7.50 |
| 1261 | Personnel Assistant (Employment) I | $ 7.50 |
| 1262 | Personnel Assistant (Employment) II | $ 7.95 |
| 1263 | Personnel Assistant (Employment) III | $ 8.33 |
| 1264 | Personnel Assistant (Employment) IV | $ 9.33 |
| 1270 | Production Control Clerk | $ 8.33 |
| 1290 | Rental Clerk | $ 7.95 |
| 1300 | Scheduler, Maintenance | $ 7.95 |
| 1311 | Secretary I | $ 7.95 |
| 1312 | Secretary II | $ 8.33 |
| 1313 | Secretary III | $ 9.33 |
| 1314 | Secretary IV | $ 10.74 |
| 1315 | Secretary V | $ 12.39 |
| 1320 | Service Order Dispatcher | $ 7.95 |
| 01341 | Stenographer I | $ 6.61 |
| 0: | Stenographer II | $ 7.17 |
| 01 | Supply Technician | $ 10.74 |
| 01420 | Survey Worker(Interviewer) | $ 7.95 |

| | | |
|---|---|---|
| .460 | Switchboard Operator-Receptionist | $ 5.44 |
| .5 | Travel Clerk I | $ 6.89 |
| .5 | Travel Clerk II | $ 7.22 |
| :5__ | Travel Clerk III | $ 7.48 |
| L551 | Typist I | $ 6.08 |
| L552 | Typist II | $ 6.71 |
| L611 | Word Processor I | $ 6.25 |
| L612 | Word Processor II | $ 7.95 |
| L613 | Word Processor III | $ 8.33 |

**ΓOMATIC DATA PROCESSING:**

| | | |
|---|---|---|
| 3010 | Computer Data Librarian | $ 8.01 |
| 3041 | Computer Operator I | $ 7.05 |
| 3042 | Computer Operator II | $ 8.49 |
| 3043 | Computer Operator III | $ 10.18 |
| 3044 | Computer Operator IV | $ 11.36 |
| 3045 | Computer Operator V | $ 12.61 |
| 3071 | Computer Programmer I 1/ | $ 9.43 |
| 3072 | Computer Programmer II 1/ | $ 11.68 |
| 3073 | Computer Programmer III 1/ | $ 14.07 |
| 3074 | Computer Programmer IV 1/ | $ 17.55 |
| 3101 | Computer Systems Analyst I 1/ | $ 12.45 |
| 3102 | Computer Systems Analyst II 1/ | $ 14.76 |
| 3103 | Computer Systems Analyst III 1/ | $ 16.98 |
| 3160 | Peripheral Equipment Operator | $ 8.01 |

**ΓTOMOTIVE SERVICE:**

| | | |
|---|---|---|
| )5005 | Automobile Body Repairer, Fiberglass | $ 11.90 |
| )5 | Automotive Glass Installer | $ 10.59 |
| )5. | Automotive Worker | $ 10.59 |
| )5070 | Electrician, Automotive | $ 11.31 |
| )5100 | Mobile Equipment Servicer | $ 9.40 |
| )5130 | Motor Equipment Metal Mechanic | $ 11.90 |
| )5160 | Motor Equipment Metal Worker | $ 10.59 |
| )5190 | Motor Vehicle Mechanic | $ 11.90 |
| 05220 | Motor Vehicle Mechanic Helper | $ 8.93 |
| 05250 | Motor Vehicle Upholstery Worker | $ 10.00 |
| 05280 | Motor Vehicle Wrecker | $ 10.59 |
| 05310 | Painter, Automotive | $ 11.31 |
| 05340 | Radiator Repair Specialist | $ 10.59 |
| 05370 | Tire Repairer | $ 9.40 |
| 05400 | Transmission Repair Specialist | $ 11.90 |

**'OOD PREPARATION AND SERVICE:**

| | | |
|---|---|---|
| 07010 | Baker | $ 7.43 |
| 07041 | Cook I | $ 6.96 |
| 07042 | Cook II | $ 7.43 |
| 07070 | Dishwasher | $ 5.23 |
| 07100 | Food Service Worker | $ 5.23 |
| 07130 | Meat Cutter | $ 7.43 |
| 07250 | Waiter/Waitress | $ 5.60 |

**FURNITURE MAINTENANCE AND REPAIR:**

| | | |
|---|---|---|
| 0 0 | Electrostatic Spray Painter | $ 11.31 |
| 09040 | Furniture Handler | $ 7.97 |

| 070 Furniture Refinisher | $ 11.31 |
|---|---|
| 100 Furniture Refinisher Helper | $  8.93 |
| 1?? Furniture Repairer, Minor | $ 10.00 |
| : Upholsterer | $ 11.31 |

**?ERAL SERVICES AND SUPPORT:**

| .030 Cleaner, Vehicles | $  5.23 |
|---|---|
| .060 Elevator Operator | $  5.23 |
| .090 Gardener | $  6.59 |
| .121 Housekeeping Aide I | $  4.99 |
| L122 Housekeeping Aide II | $  5.23 |
| L150 Janitor | $  5.23 |
| L180 Laborer | $  5.94 |
| L210 Laborer, Grounds Maintenance | $  5.60 |
| L240 Maid or Houseman | $  4.92 |
| L270 Pest Controller | $  6.96 |
| L300 Refuse Collector | $  5.23 |
| L360 Window Cleaner | $  5.60 |

**?ALTH:**

| 2010 Ambulance Driver | $  7.66 |
|---|---|
| 2040 Emergency Medical Technician | $  9.09 |
| 2070 Licensed Practical Nurse | $  9.09 |
| 2100 Medical Assistant | $  8.13 |
| 2130 Medical Laboratory Technician | $  8.13 |
| 2160 Medical Record Clerk | $  8.13 |
| 2190 Medical Record Technician | $ 11.26 |
| 2220 Nursing Assistant | $  7.24 |
| 2250 Pharmacy Technician | $ 10.13 |
| 22?0 Phlebotomist | $  8.13 |
| .2 Registered Nurse I | $ 11.26 |
| .2 Registered Nurse II | $ 13.77 |
| .2313 Registered Nurse II, Specialist | $ 13.77 |
| .2314 Registered Nurse III | $ 16.66 |
| .2315 Registered Nurse III, Anesthetist | $ 16.66 |
| .2316 Registered Nurse IV | $ 19.97 |

**?FORMATION AND ARTS:**

| 13002 Audiovisual Librarian | $ 11.36 |
|---|---|
| 13011 Exhibits Specialist I | $  9.85 |
| 13012 Exhibits Specialist II | $ 12.21 |
| 13013 Exhibits Specialist III | $ 14.07 |
| 13041 Illustrator I | $  9.85 |
| 13042 Illustrator II | $ 12.21 |
| 13043 Illustrator III | $ 14.07 |
| 13050 Library Technician | $  8.49 |
| 13071 Photographer I | $  8.81 |
| 13072 Photographer II | $  9.85 |
| 13073 Photographer III | $ 12.21 |
| 13074 Photographer IV | $ 14.07 |
| 13075 Photographer V | $ 17.55 |

**?AUNDRY, DRY CLEANING, PRESSING:**

| 1  ? Assembler | $  5.03 |
|---|---|
| 1  ? Counter Attendant | $  5.18 |
| 15?40 Dry Cleaner | $  5.18 |

| | | |
|---|---|---|
| 5070 Finisher, Flatwork, Machine | $ | 5.18 |
| 5090 Presser, Hand | $ | 5.18 |
| 51 Presser, Machine, Dry Cleaning | $ | 5.18 |
| 5 Presser, Machine, Shirts | $ | 5.18 |
| 51 Presser, Machine, Wearing Apparel, Laundry | $ | 5.18 |
| 5190 Sewing Machine Operator | $ | 6.62 |
| 5220 Tailor | $ | 7.30 |
| 5250 Washer, Machine | $ | 5.18 |

**MACHINE TOOL OPERATION AND REPAIR:**

| | | |
|---|---|---|
| 9010 Machine-tool Operator (Toolroom) | $ | 11.31 |
| 9040 Tool and Die Maker | $ | 13.69 |

**MATERIALS HANDLING AND PACKING:**

| | | |
|---|---|---|
| 1010 Fuel Distribution System Operator | $ | 9.40 |
| 1020 Material Coordinator | $ | 10.00 |
| 1030 Material Expediter | $ | 10.00 |
| 1040 Material Handling Laborer | $ | 7.50 |
| 1071 Forklift Operator | $ | 8.93 |
| 1100 Shipping/Receiving Clerk | $ | 8.45 |
| 1130 Shipping Packer | $ | 8.45 |
| 1150 Stock Clerk | $ | 8.45 |
| 1210 Tools and Parts Attendant | $ | 8.93 |
| 1400 Warehouse Specialist | $ | 8.93 |

**MECHANICS AND MAINTENANCE AND REPAIR:**

| | | |
|---|---|---|
| 2 Aircraft Mechanic | $ | 11.90 |
| 3 Aircraft Mechanic Helper | $ | 8.93 |
| 23060 Aircraft Servicer | $ | 10.00 |
| 23070 Aircraft Worker | $ | 10.59 |
| 23100 Appliance Mechanic | $ | 11.31 |
| 23120 Bicycle Repairer | $ | 9.40 |
| 23125 Cable Splicer | $ | 11.90 |
| 23130 Carpenter, Maintenance | $ | 11.31 |
| 23140 Carpet Layer | $ | 10.59 |
| 23160 Electrician, Maintenance | $ | 11.90 |
| 23181 Electronics Technician, Maintenance I | $ | 10.59 |
| 23182 Electronics Technician, Maintenance II | $ | 12.17 |
| 23183 Electronics Technician, Maintenance III | $ | 14.72 |
| 23260 Fabric Worker | $ | 10.00 |
| 23290 Fire Alarm System Mechanic | $ | 11.90 |
| 23310 Fire Extinguisher Repairer | $ | 9.40 |
| 23340 Fuel Distribution System Mechanic | $ | 11.90 |
| 23370 General Maintenance Worker | $ | 11.31 |
| 23400 Heating, Refrigeration and Air Conditioning Mechanic | $ | 11.90 |
| 23430 Heavy Equipment Mechanic | $ | 11.90 |
| 23460 Instrument Mechanic | $ | 11.90 |
| 23500 Locksmith | $ | 11.31 |
| 2 Machinery Maintenance Mechanic | $ | 11.90 |
| 2 Machinist, Maintenance | $ | 11.90 |
| 23580 Maintenance Trades Helper | $ | 8.93 |

| | | |
|---|---|---|
| 4640 | Millwright | $ 11.90 |
| 4700 | Office Appliance Repairer | $ 11.31 |
| 47 | Painter, Aircraft | $ 11.31 |
| 4. | Painter, Maintenance | $ 11.31 |
| 475 | Pipefitter, Maintenance | $ 11.90 |
| 4800 | Plumber, Maintenance | $ 11.31 |
| 4820 | Pneudraulic Systems Mechanic | $ 11.90 |
| 4850 | Rigger | $ 11.90 |
| 4870 | Scale Mechanic | $ 10.59 |
| 4890 | Sheet-metal Worker, Maintenance | $ 11.90 |
| 4910 | Small Engine Mechanic | $ 10.59 |
| 4930 | Telecommunications Mechanic I | $ 11.90 |
| 4940 | Telecomunications Mechanic II | $ 12.50 |
| 4950 | Telephone Lineman | $ 11.90 |
| 4960 | Welder, Combination, Maintenance | $ 11.90 |
| 4965 | Well Driller | $ 11.90 |
| 4970 | Woodcraft Worker | $ 11.90 |
| 4980 | Woodworker | $ 9.40 |

**RSONAL NEEDS:**

| | | |
|---|---|---|
| 4570 | Child Care Attendant | $ 7.95 |
| 4600 | Chore Aide | $ 4.92 |
| 4630 | Homemaker | $ 10.74 |

**.ANT AND SYSTEM OPERATION:**

| | | |
|---|---|---|
| 5010 | Boiler Tender | $ 11.90 |
| 5040 | Sewage Plant Operator | $ 11.31 |
| 5' ' | Stationary Engineer | $ 11.90 |
| 5. | Ventilation Equipment Tender | $ 8.93 |
| 25... | Water Treatment Plant Operator | $ 8.45 |

**ROTECTIVE SERVICE:**

| | | |
|---|---|---|
| 27004 | Alarm Monitor | $ 9.21 |
| 27010 | Court Security Officer | $ 9.68 |
| 27040 | Detention Officer | $ 9.68 |
| 27070 | Firefighter | $ 9.68 |
| 27101 | Guard I | $ 5.04 |
| 27102 | Guard II | $ 9.21 |
| 27130 | Police Officer | $ 9.68 |

**ECHNICAL:**

| | | |
|---|---|---|
| 29020 | Archeological Technician | $ 12.21 |
| 29030 | Cartographic Technician | $ 12.21 |
| 29040 | Civil Engineering Technician | $ 12.21 |
| 29061 | Drafter I | $ 7.84 |
| 29062 | Drafter II | $ 8.81 |
| 29063 | Drafter III | $ 9.85 |
| 29064 | Drafter IV | $ 12.21 |
| 29070 | Embalmer | $ 13.77 |
| 29081 | Engineering Technician I | $ 7.84 |
| 29082 | Engineering Technician II | $ 8.81 |
| 29083 | Engineering Technician III | $ 9.85 |
| 29084 | Engineering Technician IV | $ 12.21 |
| 2. 5 | Engineering Technician V | $ 14.07 |
| 2. 6 | Engineering Technician VI | $ 17.55 |
| 29090 | Environmental Technician | $ 12.21 |

Case 1:02-cv-00817 Document 55   Filed in TXSD on 05/17/2004   Page 47 of 53

| 9210 | Laboratory Technician | $ 10.72 |
| 9240 | Mathematical Technician | $ 12.21 |
| 9 | Mortician | $ 13.77 |
| 9 | Photooptics Technician | $ 12.21 |
| 94 | Technical Writer | $ 16.66 |
| 9620 | Weather Observer, Senior 2/ | $ 11.36 |
| 9621 | Weather Observer, Combined 2/ Upper Air and Surface Programs | $ 10.18 |
| 9622 | Weather Observer, Upper Air 2/ | $ 10.18 |

**ANSPORTATION/MOBILE EQUIPMENT ERATION:**

| 1030 | Bus Driver | $ 8.07 |
| 1100 | Driver Messenger | $ 7.61 |
| 1200 | Heavy Equipment Operator | $ 10.02 |
| 1290 | Shuttle Bus Driver | $ 7.66 |
| 1300 | Taxi Driver | $ 6.84 |
| 1361 | Truckdriver, Light Truck | $ 7.66 |
| 1362 | Truckdriver, Medium Truck | $ 8.07 |
| 1363 | Truckdriver, Heavy Truck | $ 8.95 |
| 6364 | Truckdriver, Tractor-Trailer | $ 8.95 |

**ISCELLANEOUS:**

| 99005 | Aircraft Quality Control Inspector | $ 15.31 |
| 99020 | Animal Caretaker | $ 5.99 |
| 99030 | Cashier | $ 6.00 |
| 99040 | Child Care Center Clerk | $ 9.33 |
| 99050 | Desk Clerk | $ 6.25 |
| 99 | Instructor | $ 13.77 |
| 9 | Lifeguard | $ 7.24 |
| 99 | Park Attendant (Aide) | $ 8.33 |
| 99400 | Photofinishing Worker | $ 6.25 |
| 99500 | Recreation Specialist | $ 10.74 |
| 99510 | Recycling Worker | $ 6.54 |
| 99610 | Sales Clerk | $ 6.25 |
| 99630 | Sports Official | $ 7.24 |
| 99658 | Survey Party Chief | $ 10.96 |
| 99659 | Surveying Technician | $ 8.95 |
| 99660 | Surveying Aide | $ 7.27 |
| 99690 | Swimming Pool Operator | $ 7.43 |
| 99720 | Vending Machine Attendant | $ 6.54 |
| 99730 | Vending Machine Repairer | $ 7.43 |
| 99740 | Vending Machine Repairer Helper | $ 6.54 |

**\*\* Fringe Benefits Required For All Occupations Included In This Wage Determination \*\***

HEALTH & WELFARE:  $0.90 per hour or $36.00 per week or $156.00 per month.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 10 years of service. Length of service includes the whole span of continuous service with the present

contractor or successor, wherever employed, and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 4.173)

HOLIDAYS:  A minimum of eight paid holidays per year:  New Year's Day, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Veterans' Day, Thanksgiving Day, and Christmas Day.  (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.)  (See 29 CFR 4.174)

1/

Does not apply to employees employed in a bona fide executive, administrative, or professional capacity as defined and delineated in 29 CFR 541.  (See 29 CFR 4.156)

2/

APPLICABLE TO WEATHER OBSERVERS ONLY – NIGHT PAY & SUNDAY PAY:  If you work at night as a part of a regular tour of duty, you will earn a NIGHT DIFFERENTIAL and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employee (40 hours a week) and Sunday is part of your regularly scheduled workweek, you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).

## ** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $4.25 per week (or $.85 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

## ** NOTES APPLYING TO THIS WAGE DETERMINATION **

Source of Occupational Titles and Descriptions:

The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations," Fourth Edition, January 1993, as amended by First Supplement December 1993, unless otherwise indicated. This publication may be obtained from the Superintendent of Documents, at 202-783-3238, or by writing to the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402. Copies of specific job descriptions may also be obtained from the appropriate contracting officer.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE (Standard Form 1444 (SF 1444))

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined. Such conforming process shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees. The conformed classification, wage rate, and/or fringe benefits shall be retroactive to the commencement date of the contract. (See Section 4.6 (C)(vi)) When multiple wage determinations are included in a contract, a separate SF 1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in order proposed classification title(s), a Federal grade equivalency (FGE) for each proposed classification(s), job description(s), and rationale for proposed wage rate(s), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

Case 1:03-cv-00017  Document 55   Filed in TXSD on 05/17/2004  Page 50 of 53

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.

**UNITED STATES**
**POSTAL SERVICE**

*CONTRACT/ORDER MODIFICATION*

| | |
|---|---|
| 1 | **MODIFICATION NO.: MO2 TO CONTRACT/ORDER NO.:  483083-94-X-1333** |

a. Date Issued:    04/13/98                          b. Request No.:  98-2269
c. Finance No:    **488105**

---

3.   Contractor:                                      4. Issued By:

ELENA OLIVAREZ                                   Purchasing and Materials Service Center
P O BOX  785                                     P O Box 667190
SANTA ROSA TX 78593-0785                         Dallas TX 75266-7190

(210) 636-2262
**TIN: 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**                                 FOR INFORMATION CALL:
                                                 Lynne Hale
ATTENTION:                                       (214) 819-7121
                                                 ACO CODE:  483083

---

5.   The above numbered contract/order is modified as set forth in Block 6, by change order issued pursuant
     to authority of Clause OB-515, "Term of Contract". .  The contractor is required to sign and return one copy
     of this modification to the Issuing Office.  (See Block 4).

---

6.   **DESCRIPTION OF MODIFICATION:**            **(CLEANING SERVICES CONTRACT  RENEWAL)**

     Pursuant to the above referenced clause, the Postal Service elects to exercise the second two-year renewal
     option for the subject contract.  The contract, as extended, shall include all terms and provisions as stated
     in the original contract.  The period of performance for this second option shall be:  **04/11/98 TO  04/08/00**

     The hourly rate is: **$ 7.75**   Bi-Weekly Hours: **21**   Bi-weekly Rate: **$ 162.50**   Annual Rate: **$ 4,231.50**

     OFFICE:  SANTA ROSA  TX  785933

     Except as provided herein, all terms and conditions of the document referenced in Block 1, as heretofore
     changed, remain unchanged and in full force and effect.

---

7.   ACCOUNTS PAYABLE DATA is changed, SEE BLOCK 6.

     Previous Grand Total          :     $  15,648.36
     Value of Modification         :     $   8,463.00
     New Grand Total               :     $  24,111.36
     New Net Total (less discounts) :    \

---

8.   **SIGNATURES:  CONTRACTOR**                   **U. S. POSTAL SERVICE**

     *Elena Olivarez*        4/15/98            *Saundra J Smith*           4-20-98
     Signature               Date               Signature                   Date

     **ELENA OLIVAREZ** _____         **SAUNDRA J. SMITH**
     Name of Person Authorized   Title          Name of Contracting Officer
     to Sign (Type or Print)                     **Dallas P&MSC**

EXHIBIT
3

UNITED STATES POST OFFICE
SANTA ROSA  TX  78593

TO:  Purchasing and Materials Service Center
United States Postal Service
P O Box 667190
Dallas TX 75266-7190

RE:  Certification for Cleaning Services - Days Missed During Pay Period

Facility Finance Number:  __**488105**_____
Contractor Name:  __Elena Olivarez_____
SSN/Tax I.D. Number:  __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_____
Contract Number:  __483083-94-X-1333____
Biweekly Rate of Pay:  __$162.75_____
No. of Days Svcs Scheduled:  __10_____

-----------------------------------------------------------------------------------------------

Pay Period: _____  Fiscal Year: _____

I certify that:

( )  No service was performed during the pay period:

( )  No service was performed on _____ scheduled days(s)
                                (number of )
because:  _____
          _____
          _____

( )  PS Form 1264 is no longer available from the St. Louis ASC,
Contractual Services Branch, Contract Cleaning Section, P. O. Box 80105,
St. Louis MO 63180-0105.  A copy of this letter has been submitted in lieu
thereof.

( )  Contractor resigned effective _____.
                                    (Date)

_____        _____
Signature                     Date

# CLEANING SERVICES DAILY WORK LOG

CALENDAR YEAR _____    PAY PERIOD _____

Location: __Santa Rosa TX 78593__    Contract No. __483083-94-X-1333__    Contractor Name: __Elena Olivarez__

Effective Dates of Contract, Initial Term: __04/16/94__ to __04/12/96__    Option 1: __04/13/96__ to __04/10/98__    Option 2: __4/11/98__ to __4/08/2000__

Option 3: _____ to _____    Option 4: _____ to _____

| Date | Time In | Time Out | # of Hrs/ Minutes Worked | Contr- actor Initial | Description of Work Performed | COR Initial | COR Comments |
|------|---------|----------|--------------------------|----------------------|-------------------------------|-------------|--------------|
|      |         |          |                          |                      |                               |             |              |
|      |         |          |                          |                      |                               |             |              |
|      |         |          |                          |                      |                               |             |              |
|      |         |          |                          |                      |                               |             |              |
|      |         |          |                          |                      |                               |             |              |
|      |         |          |                          |                      |                               |             |              |
|      |         |          |                          |                      |                               |             |              |
|      |         |          |                          |                      |                               |             |              |
|      |         |          |                          |                      |                               |             |              |
|      |         |          |                          |                      |                               |             |              |
|      |         |          |                          |                      |                               |             |              |

TOTAL OF HOURS WORKED THIS BIWEEKLY PERIOD

THE HOURS REPORTED MUST BE THE HOURS ACTUALLY WORKED, AND NOT AN ESTIMATE OF THE HOURS. UNDER NO CIRCUMSTANCES SHOULD THE CONTRACTOR BE ALLOWED TO USE THE TIME CLOCK.

Calendar Year is equivalent to USPS calendar year, Pay Period 1 thru 26.