United States District Court
Southern District of Texas
FILED

MAY 28 2004

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

**PRETRIAL CONFERENCE**

CIVIL ACTION NO. **B-02-017**     DATE & TIME: **5/19/04 @ 1:24 - 2:00 p.m.**

COUNSEL:

| | | |
|---|---|---|
| **GLORIA GARCIA** | § | **Jason Roger Mann** |
| VS | § | |
| **UNITED STATES OF AMERICA** | § | **Steven Schummel / Daniel Hu** |

Courtroom Deputy: Irma Soto
Law Clerk:        Michele O'Leary
Court Reporter:   Barbara Barnard
CSO:              Harelson

Case called on the docket. Jason R. Mann appeared for the Plaintiff. Steven Schummel and Daniel Hu. Parties announced present and ready.

After arguments of counsel, Counsel are instructed to file any additional filings by next week. Court will make its ruling before 6/3/04. Jury selection is tentatively set for 6/3/04 @ 9:00 a.m. If this will be a trial before the Court, trial will start on 6/21/04 @ 9:00 a.m.

Court is adjourned.