IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

United States District Court
Southern District of Texas
ENTERED

MAY 28 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| GLORIA GARCIA, A/K/A § <br> GLORIA GUZMAN § <br> Plaintiff, § <br> § <br> v. § <br> § <br> UNITED STATES OF AMERICA, § <br> YOLANDA PEREZ, as Postmaster, § <br> UNITED STATES POST OFFICE, Santa § <br> Rosa, Texas, and ELENA OLIVAREZ § <br> Defendants. § | Civil No. B-02-017 |

## ORDER

Before the Court is the United States of America's ("United States") Motion For Summary Judgment and Elena OLIVAREZ's ("OLIVAREZ") Motion for Summary Judgment. Upon careful consideration of the motions, responses, and replies filed and the applicable law, the Court **HOLDS** that OLIVAREZ was an employee of the Santa Rosa Post Office at the time of Plaintiff's alleged injury therein and that genuine issues of material fact exist as to Plaintiff's negligence action. The Court will memorialize in detail its reasoning for this holding in a forthcoming opinion. Accordingly, the United States' motion is denied, and OLIVAREZ's motion is granted.

Signed in Brownsville, Texas, this 27th day of May, 2004.

Andrew S. Hanen
United States District Judge