

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 0 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GLORIA GARCIA. A/K/A | § | |
| GLORIA GUZMAN | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | CIVIL ACTION NO. B-02-017 |
| | § | |
| UNITED STATES OF AMERICA, and | § | |
| YOLANDA PEREZ, as Postmaster, | § | |
| United States Post Office, Santa Rosa, | § | |
| Texas, and ELENA OLIVAREZ, as an | § | |
| Employee of the United States Post Office, | § | |
| Santa Rosa, Texas | § | |
|     Defendants. | § | |

## UNOPPOSED MOTION
## FOR
## INSPECTION OF SANTA ROSA POST OFFICE BY THE COURT

NOW COMES the United States of America, by and through Michael Shelby, United States Attorney for the Southern District of Texas, and respectfully requests the Court to view and inspect the Santa Rosa Post Office and states the following in support:

1. This case involves allegations by Plaintiff that she fell in the United States Post Office in Santa Rosa, Texas.

2. The Santa Rosa Post Office is in almost the same condition as when the alleged fall took place.

3. By viewing the Santa Rosa Post Office the Court, as trier of fact, will have a better understanding of the location and events surrounding the alleged fall.

## CONCLUSION

WHEREFORE, for the foregoing reasons, the United States of America respectfully requests this Court grant this Motion and view the Santa Rosa Post Office.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

_____, AUSA
for: STEVEN SCHAMMEL
Assistant United States Attorney
1701 W. Highway 83 #600
McAllen, TX 78550
(956) 618-8010/FAX (956) 618-8016
State Bar No. 24007990
Federal I.D. No. 23180

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff was contacted by phone on June 9, 2004. The Plaintiff is unopposed to this motion.

_____, AUSA
for: STEVEN SCHAMMEL
Assistant United States Attorney

## CERTIFICATE OF SERVICE

This will certify that a copy of this motion was served by certified mail, return receipt requested, on the 10th day of June, 2004, to:

Mr. Jason R. Mann
222 East Van Buren, Suite 701
Harlingen, TX 78550

_____, AUSA
for: STEVEN SCHAMMEL
Assistant United States Attorney

2