# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | ANDREW S. HANEN |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | Michelle O'Leary |

United States District Court
Southern District of Texas
FILED

**JUN 16 2004**

Michael N. Milby, Clerk of Court

| | |
|---|---|
| DATE | 06 — 16 — 04 |
| TIME | a.m. / 1:02 p.m. — a.m. / 3:00 p.m. |
| CIVIL ACTION | B — 02 — 17 |
| STYLE | Gloria L. Garcia aka Gloria Guzman *versus* United States of America, et al |

DOCKET ENTRY: ■ Settlement Conference     (Court Reporter: Barbara Barnard)

**Appearances:**  Jason R. Mann for Plaintiff Gloria L. Garcia
Steven Thomas Schammel for Defendant, United States of America
Judith Zehner for Defendant, Yolanda Perez, as Postmaster of United States
Post Office, Santa Rosa, Texas.
Nancy L. Masso, AUSA appeared (formerly represented USA)

Case called. Plaintiff appeared with counsel; Defendants appeared through their respective counsel. The Court inquired as to status of case. Mr. Mann announced that his client was ready to go forward with trial and indicated that the evidence will be mostly stipulated. Mr. Schammel stated that the doctor was deposed and the Government is ready to proceed with trial and added that the doctor's testimony will hurt/help each side. Discussion was had on several issues. Mr. Mann stated his client suffered a torn meniscus from her fall; the accident occurred in November, 1999 and surgery was done in July, 2000. Mr. Mann stated that the medical bills are approximately $25,000 and are related to the second fall. Plaintiff is 52 years of age. She is taking celebrex, a prescribed medication for inflammation. Plaintiff was employed with the school district at the time of the accident. She later became employed with Texas State Bank in Harlingen. Mr. Schammel's position is that the damages alleged are unrelated to this case; such as outpatient surgery to her elbow. He believes damages should be half of $25,000. Mr. Mann stated that Plaintiff was out of work for six weeks. An MRI was done in 1999 after the second fall. The first injury was discharged as a worker's comp claim. The Court gave counsel hypothetical findings on damages. The Court will probably grant the Unopposed Motion to view the Post Office in Santa Rosa. The Court recessed to allow the parties to discuss case. Recess taken from 1:45 to 2:55 p.m. The Court reconvened. Mr. Schammel informed the Court that the parties could not reach an agreement. The Court informed counsel to be ready for trial on Monday, June 21, 2004 at 9:00 a.m. Counsel will stipulate to some of the evidence and expect trial to take one day. The Court will view and inspect the Post Office in Santa Rosa before Monday. The Court will have the interpreter assigned to his Court to assist in this trial. Court adjourned.