Case 1:02-cv-00017  Document 61  Filed in TXSD on 06/21/2004  United States District Court
Southern District of Texas
FILED
JUN 21 2004
Michael N. Milby
Clerk of Court

JUDGE __ANDREW S. HANEN__
CASE MANAGER __Irma A. Soto__
REPORTER __Barbara Barnard__  LAW CLERK: __Michele O'Leary__
U.S.P.O._____   P.S.O._____
D.U.S.M. __CSO-Figueroa__    INTERPRETER __Sandra Cortez__
TIME: __9:18 - 9:18__ A.M. __1:35 - 3:32__ P.M.   DATE __June 21, 2004__
     __9:35-12:36 P.M.__

CA. NO. __B-02-017__

GLORIA L. GARCIA                § Jason Roger Mann
aka: Gloria Guzman

    Vs.                         §

UNITED STATES OF AMERICA        § Steven Schammal / Daniel David Hu
ELENA OLIVAREZ, as an Employee  § Pablo Javier Almaguer
  of the United Post Office Santa Rosa, TX

### 1ˢᵗ DAY OF BENCH TRIAL

**Parties appeared and announced ready.**

■Rule invoked. All witnesses sworn in.
■Bench Trial begins.
■Opening statements made by counsel.
■ Plaintiff presents evidence. Plaintiff calls first witness: Dr. Bliss Clark. Testimony concluded.
■Plaintiff calls second witness. Elena Olivarez. Testimony concluded. Witness and counsel are excused.
■Lunch recess until 1:30 p.m.
■Bench Trial resumes. Plaintiff is sworn in and testifies. Testimony concluded.
■Plaintiff rests.
■Deft, United States, presents evidence. Deft calls its witness: Lydia Rangel. Testimony concluded.
■Evidence concluded. Deft, United States, rests.
■Court has asked counsel to submit by July 9, 2004 proposed findings of fact and conclusions of law and attorneys are welcome to file post trial brief addressing slip & falls elements. Court request counsel to look at it together the issue whether they can segregate any damages relating to the right knee.

■ *Rulings:.* __Deft's, United States, Rule 50 motion-DENIED.__
■*OTHER PROCEEDINGS*: __Govt's exhibits 1 thru 24 are admitted without objection__

■Court adjourned; exhibits secured.