UNITED STATES DISTRICT COURT ☆ SOUTHERN DISTRICT OF TEXAS

GLORIA GARCIA. A/K/A
GLORIA GUZMAN

versus

UNITED STATES AMERICA, ET AL

CASE NO. B-02-017

United States District Court
Southern District of Texas
FILED
JUN 2 1 2004
Michael N. Milby
Clerk of Court

Judge ~~Hilda G. Tagle~~ Andrew S. Hanen

Govts' EXHIBIT LIST

List of Defendants

Case Manager: Irma Soto
Court Reporter: Barbara Barnard

Proceeding: Bench Trial    Date: 6/21/04

| Nº. | Description | ADM | DAT |
|---|---|---|---|
| 1 | Photographs (1A-1L) of the Santa Rosa Post Office | ✓ | 6/21/04 |
| 2 | PS Form 1700 (Diagram) | ✓ | ✓ |
| 3 | Diagram of the Santa Rosa Post Office | ✓ | ✓ |
| 4 | Valley Baptist Medical Center Medical Records | ✓ | ✓ |
| 5 | Valley Baptist Medical Center Billing Records | ✓ | 6/21/04 |
| 6 | Valley Baptist Medical Center Billing Records | ✓ | ✓ |
| 7 | Dolly Vinsant Memorial Hospital Medical Records | ✓ | ✓ |
| 8 | Dolly Vinsant Memorial Hospital Billing Records | ✓ | ✓ |
| 9 | South Texas Medical Clinic Medical and Billing Records | ✓ | 6/21/04 |
| 10 | Valley Orthopedic Surgery Medical and Billing Records | ✓ | ✓ |
| 11 | Texas Association of School Board Medical Records | ✓ | ✓ |
| 12 | Industrial Mobility Rehabilitation Center Negative Deposition of Medical Records | ✓ | ✓ |
| 13 | San Benito Medical Associates Medical and Billing Records | ✓ | ✓ |
| 14 | Clark Orthopedic & Rehabilitation Medical Records | ✓ | ✓ |
| 15 | Clark Orthopedic & Rehabilitation Billing Records | ✓ | 6/21/04 |

| Nº. | | ADM | DAT |
|---|---|---|---|
| 16 | Raul Garza, M.D. Medical and Billing Records | ✓ | 6/21/04 |
| 17 | Rio Grande Valley Imaging & Diagnostic Clinic Medical and Billing Records | ✓ | ✓ |
| 18 | Valley Radiology & Associates Billing Records | ✓ | ✓ |
| 19 | Texas State Bank Employment Records | ✓ | ✓ |
| 20 | San Benito ISD Employment Records | ✓ | 6/21/04 |
| 21 | Floors, Care and Maintenance Handbook | ✓ | ✓ |
| 22 | Oral Deposition of Elena Olivarez | ✓ | ✓ |
| 23 | Oral Deposition of Gloria Longoria | ✓ | ✓ |
| 24 | *Deposition of Dr. Blin Clark* | ✓ | 6/21/04 |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |
| 29 | | | |
| 30 | | | |
| 31 | | | |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |