

United States District Court
Southern District of Texas
FILED

JUL 0 9 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GLORIA L. GARCIA A/K/A GLORIA GUZMAN | § | |
| V. | § | CIVIL ACTION NO. B-02-017 |
| UNITED STATES OF AMERICA, and YOLANDA PEREZ, as Postmaster, United States Post Office, Santa Rosa Texas, and ELENA OLIVAREZ, as an employee of the United States Post Office, Santa Rosa, Texas | § | |

**PLAINTIFF'S SUPPLEMENTAL BRIEF**

In slip and fall cases the Plaintiff can prove actual or constructive knowledge with evidence the possessor put the foreign substance on the floor or with evidence the possessor knew the substance was on the floor and negligently failed to remove it. *Wal-Mart Stores v. Reece* 81 S.W. 3d 812, 814 [Tex. 2002], *Wal-Mart Stores v. Gonzalez*, 968 S.W. 2d 934, 936 [Tex.1998]. If a possessor has actual or constructive knowledge of a condition on the premises that presents an unreasonable risk of harm to invitees, the possessor has a duty to use reasonable care to warn or make the condition safe. *State v. Williams,* 940 S.W. 2d 583, 584 [Tex.1996]. The possessor has a duty to take whatever action is reasonably prudent under the circumstances to reduce or eliminate the unreasonable risk from the condition. *CMH Homes, Inc. v. Daenen* 15 S.W. 3d 97, 101 [Tex.2000].

Respectfully submitted,
J. EDWARD MANN, JR. & ASSOCIATES, P.C.

Jason R. Mann w/ permission
Jason R. Mann
State Bar No. 24004793
Federal Bar No. 23543
P. O. Box 231
Harlingen, Texas 78551-0231
Telephone: 956/428-4114
Facsimile: 956/428-9494
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of this instrument has been forwarded to all parties and counsel of record on this the 9TH day of July, 2004.

Michael T. Shelby
United States Attorney

Steven T. Schammel
Assistant U.S. Attorney
Southern District of Texas
1701 W. Highway 83, Suite 600
Texas Commerce Bank - Bentsen Tower
McAllen, Texas 78501

Pablo J. Almaguer
Texas Rural Legal Aid, Inc.
316 S. Closner
Edinburg, TX 78539

_____
Jason R. Mann  w/permission

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GLORIA L. GARCIA A/K/A § <br> GLORIA GUZMAN § <br> § <br> V. § <br> § <br> UNITED STATES OF AMERICA, and § <br> YOLANDA PEREZ, as Postmaster, § <br> United States Post Office, Santa Rosa § <br> Texas, and ELENA OLIVAREZ, as § <br> an employee of the United States Post § <br> Office, Santa Rosa, Texas § | CIVIL ACTION NO. B-02-017 |

**PLAINTIFF'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Respectfully submitted,

J. EDWARD MANN, JR. & ASSOCIATES, P.C.

*Jason R. Mann w/permission*

Jason R. Mann
State Bar No. 24004793
Federal Bar No. 23543
P. O. Box 231
Harlingen, Texas 78551-0231
Telephone: 956/428-4114
Facsimile: 956/428-9494
Attorney for Plaintiff