United States District Court
Southern District of Texas
FILED

JUL 0 9 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GLORIA L. GARCIA A/K/A § <br> GLORIA GUZMAN A/K/A § <br> CLORIA LONGORIA § <br>     Plaintiff, § <br> § <br> v. § <br> § <br> UNITED STATES OF AMERICA § <br> Defendant. § | Civil Action No. B-02-017 |

### UNITED STATES OF AMERICA'S EVIDENCE RELATING TO PLAINTIFF'S MEDICAL AND EMPLOYMENT RECORDS

NOW COMES Defendant United States of America, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, submits the following excerpts from the government's trial exhibits relating to plaintiff's medical and employment records pursuant to the Court's request:

| Provider | Plaintiff's Bills as per Discovery | Unrelated Services (Amount) | Unrelated Services (Reason) |
|---|---|---|---|
| Dr. Bliss Clark | [1]$ 5,231.00 | ($2,850.00) | Procedure 24105 is for the elbow - $750 <br> Two bills one for each knee - 29881 (arthroscopic medial or lateral meniscectomy)- $2100 |
| Valley Baptist Medical Center | $ 5,610.15 | [2]($1,471.05) | Elbow, remainder undeterminable as to which knee |
| Valley Baptist Medical Center | $ 2,473.40 | Unknown | Undeterminable (therapy) |
| Valley Baptist Medical Center | $ 501.13 | ($501.13) | [3]mammography & elbow |
| Dolly Vinsant Memorial Hospital | $ 258.00 | ($129.00) | X-ray of right knee |
| Fry's Pharmacy | $ 81.38 | ($17.72) | [4]No evidence |
| Dr. Raul Garza, Jr. | $ 305.00 | Unknown | Undeterminable |

| Pathology Laboratory | $ 93.45 | ($93.45) | [5]For elbow |
|---|---|---|---|
| Harlingen Anaesthesia | $ 974.44 | Unknown | For surgery of both knees |
| EmCare-Har Emergency Physicians | $ 128.80 | Unknown | [6]Undeterminable |
| RGV Imaging & Diagnostic Center | $ 3,332.00 | ($1,666.00) | MRI of right knee |
| Dr. Bliss Clark | $ 60.00 | ($40.00) | [7]Insurance (allowed charge and deduction) |
| Dr. Bliss Clark | $ 20.00 | $0.00 | |
| Dr. Bliss Clark | $ 390.00 | ($170.86) | [8]Insurance (allowed charge and deduction) |
| Harlingen Medical Center*[9] | $ 1,452.97 | Unknown | |
| Harlingen Medical Center*[10] | $ 5,017.07 | ($2,111.27) | Insurance (allowed charge and deduction) |
| Dr. Bruce Berverian | $ 520.00 | ($472.90) | [11]$94.20 after insurance (allowed charge and deduction), half of bill was for right knee |
| **Total:** | $ 26,448.79 | ($9,523.38) | **$16,925.41** |

* Plaintiff's discovery had originally listed these procedures as having been performed Valley Baptist Medical Center, however the bills provided by Plaintiff are from Harlingen Medical Center. Both of these figures are for the same day. One figure comes from a bill from Harlingen Medical Center and the other is an insurance statement. Records indicate that Plaintiff had an MRI Preformed that day. Defendant cannot find any evidence in the records where Plaintiff received any other treatment from Harlingen Medical Center on that day.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

STEVEN T. SCHAMMEL
Assistant United States Attorney
1701 W. Business 83, Suite 600
McAllen, Texas 78501
Brownsville, Texas 78520
Tel: (956) 992-9354/ Fax: (956) 618-8016
State Bar No. 24007990
Fed I.D. No. 23180

## *GRAPH ENDNOTE REFERENCES*

1. See attachment 1.

2. Government's Exhibit 5. pp. 14 – 15.

3. See Attachment 2.

4. See Attachment 3.

5. See Attachment 4.

6. See Attachment 5.

7. See Attachment 6.

8. See Attachment 7.

9. See Attachment 8.

10. See Attachment 9.

11. See Attachment 10.

### CERTIFICATE OF CONFERENCE

Counsel for Plaintiff was contacted by phone and was not opposed to this filing.

_____
STEVEN SCHAMMEL
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing pleading was mailed via First-Class Mail on this the ___9th___ day of July, 2004, to the following:

Jason R. Mann
J. EDWARD MANN, JR. & ASSOCIATES
222 E. Van Buren, Suite 701
PO Box 231
Harlingen, TX 78551-0231

Attorney for Plaintiff

Steven T. Schammel
Assistant United States Attorney

Bliss W. Clark, M.D., P.A.
## Patient Ledger
Sorted By: Case Number

| Entry | Date | POS | Description | Case | Procedure | Document | Provider | Amount |
|---|---|---|---|---|---|---|---|---|
| GARGL003 | Gloria L Garcia | | (956)636-9061 | | | | | |
| | Last Payment: -36.00 | | On: 9/28/2000 | | | | | |
| 16437 | 7/5/2000 | 11 | | 2607 | 99203 | 0007050000 | BWC | 95.00 |
| 16438 | 7/5/2000 | | | 2607 | CHECK | 0007050000 | BWC | -30.00 |
| 17483 | 7/24/2000 | 11 | | 2607 | 99213 | 0007240000 | BWC | 50.00 |
| 17484 | 7/24/2000 | | | 2607 | CHECK | 0007240000 | BWC | -30.00 |
| 18365 | 8/7/2000 | 11 | | 2607 | 99213 | 0008070000 | BWC | 50.00 |
| 18366 | 8/7/2000 | | | 2607 | CHECK | 0008070000 | BWC | -30.00 |
| 19683 | 9/4/2000 | | dos 080700 | 2607 | 4 | 0009040000 | BWC | -15.83 |
| 19684 | 9/4/2000 | | dos 080700 | 2607 | 36 | 0009040000 | BWC | -4.17 |
| 19816 | 9/6/2000 | 11 | | 2607 | 99213 | 0009060000 | BWC | 50.00 |
| 19817 | 9/6/2000 | | | 2607 | CHECK | 0009060000 | BWC | -30.00 |
| 19818 | 9/6/2000 | | | 2607 | 4 | 0009060000 | BWC | 0.00 |
| 20319 | 9/12/2000 | 24 | | 2607 | 24105 | 0009150000 | BWC | 750.00 |
| 20378 | 9/18/2000 | 11 | | 2607 | 99024* | 0009180000 | BWC | 0.00 |
| 20699 | 9/25/2000 | 11 | | 2607 | 99024* | 0009250000 | BWC | 0.00 |
| 20862 | 9/28/2000 | 11 | | 2607 | 648 | 0009280000 | BWC | 25.00 |
| 20863 | 9/28/2000 | 11 | | 2607 | 601 | 0009280000 | BWC | 11.00 |
| 20864 | 9/28/2000 | | | 2607 | 19 | 0009280000 | BWC | -36.00 |
| 21785 | 10/14/2000 | | dos 070500 need acc. det/g:MS | 2607 | 182 | 0010140000 | BWC | 0.00 |
| 22209 | 10/21/2000 | | dos072400 need accid info/MS | 2607 | 180 | 0010210000 | BWC | 0.00 |
| 23121 | 11/8/2000 | 11 | | 2607 | 99024* | 0011080000 | BWC | 0.00 |
| 23734 | 11/9/2000 | 21 | | 2607 | 29881 | 0011220000 | BWC | 2100.00 |
| 23735 | 11/9/2000 | 21 | | 2607 | 29881 | 0011220000 | BWC | 2100.00 |
| 24040 | 11/27/2000 | 11 | | 2607 | 99024* | 0011270000 | BWC | 0.00 |
| 24837 | 12/11/2000 | 11 | | 2607 | 99024* | 0012110000 | BWC | 0.00 |
| | | | | | | | Patient Total | 5,055.00 |



VALLEY BAPTIST MEDICAL CENTER
P.O. DRAWER 2588
HARLINGEN, TX 78551

TELEPHONE: (956) 389-2060
TOLL FREE:  (888) 240-7178

5685

THIS BILL IS FOR HOSPITAL CHARGES ONLY.
YOUR PHYSICIAN WILL BILL SEPARATELY.

PAGE: 1

| | MASTERCARD | DISCOVER | VISA | AMERICAN EXPRESS |
|---|---|---|---|---|
| CARD NUMBER | | | | AMOUNT |
| SIGNATURE | | | | EXP. DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| 11/27/00 | 501.13 | 496201 |

SHOW AMOUNT PAID HERE    $

ADDRESSEE:

GLORIA GARCIA (GUZMAN)
PO BOX 1237
SANTA ROSA, TX 78593-1237

REMIT TO:

VALLEY BAPTIST MEDICAL CENTER
Chase Bank Lock Box 910082
P.O. Box 910082
Dallas, TX 75391-0082

☐ Please check box if address is incorrect or insurance
☐ information has changed, and indicate change(s) on reverse side.

STATEMENT    PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT
                                                          MVDA/S (7/99)

5685*0990HC3PT000128

| PATIENT | VISIT NUMBER | DATE | DESCRIPTION | CHARGES | CREDITS | INSURANCE PENDING | PATIENT BALANCE |
|---|---|---|---|---|---|---|---|
| Gloria | 983797754 | 02/22/00 | Balance Forwarded:<br>Patient Balance: | 97.50 | | | 97.50 |
| Gloria | 984536466 | 09/03/00 | Balance Forwarded:<br>Patient Balance: | 403.63 | | | 403.63 |

PATIENT BALANCE AGING                                                    PATIENT BALANCE

| ACCOUNT TOTAL | CURRENT | 30 DAYS | 60 DAYS | OVER 90 DAYS | MINIMUM PAYMENT DUE ►►►► | 501.13 |
|---|---|---|---|---|---|---|
| 501.13 | | 501.13 | | | INS. PENDING | |

IF YOU HAVE ANY QUESTIONS OR NEED TO MAKE PAYMENT
ARRANGEMENTS, PLEASE CALL US AT (956) 389-2060 OR
TOLL FREE AT (888) 240-7178 M-F 8:00 AM - 5:00 PM.

VALLEY BAPTIST MEDICAL CENTER
P.O. DRAWER 2588
HARLINGEN, TX 78551

01/09/01   16:17   TX/RX NO.3321   P.005

Rx Fry's    (956) 399-2453
PRESCRIPTION PHARMACY    311 N. SAM HOUSTON
SAN BENITO, TEXAS
PH# (956)399-2261
GLORIA GARCIA 08/16/00    Org: 08/16/00
PO BOX 1421 SANTA ROSA, TX 78593
RPH: 435 [illegible]
Qty: 60 PROPOX-N-APAP 100/650 TA    NDC# 00603-5468-28  SR#/SR#
Sub For: DARVOCET-N-100 Tabs
DR. R. GARZA  Days Supply: 10  SR#/SR#
EX  Auth# 519691681170516
THIS IS YOUR RECEIPT. PLEASE RETAIN FOR TAX OR INSURANCE USE.

Rx Fry's    (956) 399-2453
PRESCRIPTION PHARMACY    311 N. SAM HOUSTON
SAN BENITO, TEXAS
PH# (956)399-2261
GLORIA GARCIA 08/16/00    Org: 08/16/00
PO BOX 1421 SANTA ROSA, TX 78593
RPH: [illegible]
Qty: 60 MOBIC 7.5 MG    NDC# 00597-0029-01  SR#/SR#
DR. R. GARZA  Days Supply: 30  SR#/SR#
EX  Auth# 702261681170407
THIS IS YOUR RECEIPT. PLEASE RETAIN FOR TAX OR INSURANCE USE.

Rx Fry's    (956) 399-2453
PRESCRIPTION PHARMACY    311 N. SAM HOUSTON
SAN BENITO, TEXAS
PH# (956)399-2261
GLORIA GARCIA 08/16/00    Org: 08/16/00
PO BOX 1421 SANTA ROSA, TX 78593
RPH: 435 [illegible]
Qty: 60 PROPOX-N-APAP 100/650 TA    NDC# 00603-5468-28  SR#/SR#
Sub For: DARVOCET-N-100 Tabs
DR. R. GARZA  Days Supply: 10  SR#/SR#
EX  Auth# 519691681170516
THIS IS YOUR RECEIPT. PLEASE RETAIN FOR TAX OR INSURANCE USE.

Rx Fry's    (956) 399-2453
PRESCRIPTION PHARMACY    311 N. SAM HOUSTON
SAN BENITO, TEXAS
PH# (956)399-2261
GLORIA GARCIA 08/16/00    Org: 08/16/00
PO BOX 1421 SANTA ROSA, TX 78593
RPH: [illegible]
Qty: 60 MOBIC 7.5 MG    NDC# 00597-0029-01  SR#/SR#
DR. R. GARZA  Days Supply: 30  SR#/SR#
EX  Auth# 702261681170407
THIS IS YOUR RECEIPT. PLEASE RETAIN FOR TAX OR INSURANCE USE.

| ACCOUNT NUMBER | DATE OF STATEMENT |
|---|---|
| 322724 | 11/02/2000 |
| PATIENT'S PHONE NUMBER | PATIENT'S DATE OF BIRTH |
| EMPLOYER | PRIMARY INSURANCE |
| ADMISSION DATE | SECONDARY INSURANCE |

Pathology Laboratory
PO Box 2918
1616 Ed Carey Dr
Harlingen TX 78550

IRS# 74-2161031   Phone: 956/423-6465   Toll Free: 888/877-4882

PATIENT:
GLORIA GARCIA (GUZMAN)

We accept MasterCard, VISA, Discover and American Express. See Credit Card information on back. We will file insurance for you. See information on back.

| AMOUNT PAID |
|---|
| $14.45 |

MAKE CHECK PAYABLE & REMIT TO:

*13  **********3-DIGIT 785
GLORIA GARCIA (GUZMAN)   322724
PO BOX 1237
SANTA ROSA TX 78593-1237

Pathology Laboratory
PO Box 2918
Harlingen TX 78550

PLEASE CHECK BOX IF ABOVE ADDRESS IS INCORRECT AND INDICATE CHANGES ABOVE.

DETACH HERE   AND RETURN THIS TOP PORTION WITH YOUR PAYMENT USING THE RETURN ENVELOPE ENCLOSED

| DATE | CPT | POS | PROC DESC | | AMOUNT |
|---|---|---|---|---|---|
| | | | Services for GLORIA GARCIA (GUZMAN) | | |
| 09/03/00 | 80048 | 26 | ER METABOLIC PANEL, BASIC | 682.3 | $25.00 |
| 10/24/00 | | Payment | ETHIX SW PPO PMT ETHIX SOUTHWE 57466 10/19 | | $17.00- |
| 10/24/00 | | Adj | ETHIX SW PPO D/A ETHIX SOUTHWE | | $3.75- |
| 09/03/00 | 85025 | 26 | ER AUTOMATED HEMOGRAM (CBC | 682.3 | $5.00 |
| 10/24/00 | | Payment | ETHIX SW PPO PMT ETHIX SOUTHWE 57466 10/19 | | $4.00- |
| 09/03/00 | 87040 | 26 | ER BLOOD CULTURE FOR BACTE Performed 02 times | 682.3 | $22.00 |
| | | Payment | ETHIX SW PPO PMT ETHIX SOUTHWE 57466 10/19 | | $17.60- |
| 09/03/00 | 87070 | 26 | ER CULTURE SPECIMEN FOR BA | 682.3 | $8.00 |
| 10/24/00 | | Payment | ETHIX SW PPO PMT ETHIX SOUTHWE 57466 10/19 | | $6.40- |
| 09/03/00 | 87186 | 26 | ER ANTIBIOTIC SENSITIVITY, | 682.3 | $11.00 |
| 10/24/00 | | Payment | ETHIX SW PPO PMT ETHIX SOUTHWE 57466 10/19 | | $8.80- |
| 09/03/00 | 87205 | 26 | ER SMEAR STAIN & INTERPRET | 682.3 | $5.00 |
| 10/24/00 | | Payment | ETHIX SW PPO PMT ETHIX SOUTHWE 57466 10/19 | | $4.00- |

$16.00

Balance excludes $13.00 waiting for insurance response
The balance on this bill is your responsibility. If you have
Medicaid or Medicare, or other insurance that has not been billed,
please notify us. Thank You 423-3335 ext 229 (1-888-877-4
Si usted tiene Medicaid o Medicare o aseguro, por favor de l
oficina lo mas pronto posible. Gracias 423-3335 ext 229 (1-8

| PATIENT | ACCOUNT NUMBER | BALANCE | |
|---|---|---|---|
| GLORIA GARCIA (GUZMAN) | 322724 | | $14.45 |

| LOCATION OF SERVICE | PHYSICIAN PERFORMING SERVICE | DATE OF STATEMENT |
|---|---|---|
| | | 11/02/2000 |

| INJURY DATE | ADMISSION DATE | DISCHARGE DATE | REFERRING PHYSICIAN | PLACE OF SERVICE |
|---|---|---|---|---|
| | | | | 1. INPATIENT HOSPITAL  5. DOCTOR'S OFFICE<br>2. OUTPATIENT HOSPITAL 6. NURSING HOME<br>3. INDEPENDENT LAB  7. OTHER<br>4. EMERGENCY ROOM  8. CLINIC |

Pathology Laboratory
PO Box 2918
Harlingen TX 78550

IRS# 74-2161031   Phone: 956/423-6465   Toll Free: 888/877-4882

JAN-03-2001 15:15 FROM: EMCARE-HAR EMERG PHYSICIANS  HAR
PO BOX 13826
PHILADELPHIA, PA 19101-3826

TAX ID# 75-2628716

**STATEMENT OF ACCOUNT (2)**
Statement Date: 12/07/00

Page 1

**Account Number/Cuentas Del Paciente:** HAR984536466

Name: GLORIA GARCIA (GUZMAN)

0 80118-000098 4536466-03

GLORIA GARCIA (GUZMAN)
PO BOX 1237
SANTA ROSA, TX 78593

### Account Summary

| | |
|---|---|
| Account Balance: | 128.80 |
| Amount Pending Insurance: | 0.00 |
| Amount Due from Patient (Current): | 0.00 |
| Amount Due from Patient (Past Due): | 128.80 |

ACCOUNT IS NOW SERIOUSLY PAST DUE AND IN DELINQUENCY REVIEW.
I CUENTA MOROSA Y BAJO ESTADO DE DELINQUENCIA.

| Pay this amount: | 128.80 |
|---|---|

Please refer to the coupon below for payment instructions.

### Account Detail

| DATE | # | DESCRIPTION | CHARGE | PAID BY FIRST INS. | PAID BY OTHER INS. | PAID BY PATIENT | AMOUNT ADJUSTED | DUE FROM INSURANCE | BALANCE DEL PACIENTE |
|---|---|---|---|---|---|---|---|---|---|
| 09/03/00 | 1 | 99281-25 EMERGENCY EVAL & MGMT (LVL 3) DX:719.42 DR. HAYDEN/VALLEY BAPTIST MEDICAL CENTER | 158.00 | | | | | | 81.20 |
| 10/13/00 | | INSURANCE PAY REDUCED DUE TO INSURER FEE SCHEDULE | | | 76.80 - | | | | |
| 09/03/00 | 2 | 20605 ARTHROCENTESIS-MEDIUM JOINT DX:719.03 DR. HAYDEN/VALLEY BAPTIST MEDICAL CENTER | 97.00 | | | | | | 38.80 |
| 10/13/00 | | INSURANCE PAYMENT | | | 58.20 - | | | | |
| 09/03/00 | 3 | 99054 SERVICES REQUESTED SUNDAY/HOL DX:719.42 DR. HAYDEN/VALLEY BAPTIST MEDICAL CENTER | 22.00 | | | | | | 8.80 |
| 10/13/00 | | INSURANCE PAYMENT | | | 13.20 - | | | | |
| | | **Totals** | 277.00 | 0.00 | 148.20 - | 0.00 | 0.00 | 0.00 | 128.60 |

**Important Messages:**

THIS STATEMENT IS FOR THE DIRECT TREATMENT AND/OR SUPERVISION OF CARE YOU RECENTLY RECEIVED FROM AN EMERGENCY PHYSICIAN AT VALLEY BAPTIST MEDICAL CENTER. THE FEES FOR THIS PRIVATE PHYSICIAN ARE BILLED SEPARATELY FROM ANY HOSPITAL CHARGES OR OTHER PROFESSIONAL FEES FOR WHICH YOU MAY ALSO BE RESPONSIBLE. THEREFORE SHOULD YOU RECEIVE A BILL FROM THE HOSPITAL OR OTHER PHYSICIANS FOR CHARGES IN CONNECTION WITH THIS VISIT, IT WILL NOT INCLUDE THE ITEMS LISTED ON THIS STATEMENT. ***ESTA FACTURA SOLO REFLEJA SERVICIOS RECIBIDOS POR MEDICOS DE EMERGENCIA.***

➡ Question about this statement? / Llame de lunes a viernes? Call 1-800-355-2470 Monday through Friday 9:30AM - 4:00PM

--- PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR REMITTANCE. FAVOR DE SEPARAR Y MANDAR LA PARTE DE ABAJO CON EL CHEQUE ---

Statement Date: 12/07/00  (2)
Account Number/Cuentas Del Paciente: HAR984536466
Patient Name: GLORIA GARCIA (GUZMAN)

Guarantor:

GLORIA GARCIA (GUZMAN)
PO BOX 1237
SANTA ROSA, TX 78593

0 80118000098453646600012880000000000003

☐ If your address has changed, check this box and complete the reverse side of this form.

| Payment Due By / Fecha De Vencimiento: | PAST DUE |
|---|---|
| Amount Due / Pague Esta Cantidad: | 128.80 |
| Amount Enclosed / Cantidad Pagada: | |

The insurance information in our file appears to the right. Please make any corrections and/or additions on the reverse side of this form and return it to us. Thank you.

MBA1 MBA
25192M27 7895
ATTN: GROUP HEALTH CLUB SALT LAKE CITY
UT 84145-1109

CREDIT CARDS NOT ACCEPTED AT THIS TIME.
PLEASE PAY USING CHECK OR MONEY ORDER ONLY

Make Check/Money Order payable to /
Hagase el pago al favor de:

EMCARE-HAR EMERG PHYSICIANS  HAR
PO BOX 13826
PHILADELPHIA, PA 19101-3826

ADMINISTERED BY PRINCIPAL LIFE INSURANCE COMPANY
DES MOINES, IOWA

QUESTIONS?  
PLEASE CONTACT:  
PRINCIPAL LIFE INSURANCE CO  
PO BOX 39710  
COLORADO SPGS CO 80949-3910  
PHONE 800-247-4695  
800-243-1404 (SPANISH)

MAIL TO:  
GLORIA LONGORIA  
P O BOX 1237  
SANTA ROSA TX   78593

## EXPLANATION OF BENEFITS
### FOR MEMBER

MEMBER: GLORIA LONGORIA  
PATIENT NAME: SELF  
PLANHOLDER: TEXAS REGIONAL BANCSHARE  
CLAIM NO: P96196-1-261929927-013

PAID TO: VALLEY ORTHOPEDIC  
SURGERY  
PO BOX 531481  
HARLINGEN TX 78553-1481

On 10-07-03, we processed $60.00 in charges. Of the $60.00, we paid $12.04 for your benefit amount. Please read below to see how we applied your MEDICAL benefits. We will mail the provider payment on 10-13-03.

Service Provider ▶ A: BLISS W CLARK MD (PATIENT#: 9229)

| | Procedure/Service | Dates From | Thru | Submitted Charge | Charge Allowed | Not Covered | Savings | Deductible | Co-Pay | CO-Ins % | Remarks | Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A:VST | PHYS VISIT | 8-20-03 | 8-20 | 60.00 | 32.04 | 27.96 | | | 20.00 | 100 | 00-01 | 12.0 |
| | | Totals | | 60.00 | 32.04 | 27.96 | | | 20.00 | | | 12.0 |

Total Paid: 12.0

**Remarks**
- 00-01 THE CHARGE WAS REDUCED BY $27.96 BASED ON THE AGREEMENT WITH TEXAS TRUE CHOICE/ETHIX SW. THIS PPO PROVIDER CANNOT BILL THE PATIENT THE DIFFERENCE BETWEEN THE BILLED COVERED CHARGE AND THE CONTRACTED PPO AMOUNT. THE PATIENT IS RESPONSIBLE FOR $20.00.
- 00-02 PLEASE NOTIFY US IF YOUR ADDRESS HAS RECENTLY CHANGED.
- 00-03 YOU CAN NOW FIND THIS EXPLANATION OF BENEFITS IN THE "PERSONAL LOGIN" SECTION OF THE PRINCIPAL FINANCIAL GROUP INTERNET SITE, WWW.PRINCIPAL.COM.
- 00-04 VISIT PRINCIPAL HEALTH NEWS AT WWW.PRINCIPAL.COM FOR USEFUL HEALTH INFORMATION AND VALUABLE INTERACTIVE TOOLS AND HOW IT CAN BENEFIT YOU.

**REMAINING OUT-OF-POCKET EXPENS**  
INDIVIDUAL  
OTHER  3000.00  
PPO    0.00

**REMAINING DEDUCTIBLES**  
INDIVIDUAL  
OTHR : 0.00  
PPO  : 0.00

| | PAID | REMAINING |
|---|---|---|
| MED | 1992.82 | 4998007. |

When a deductible, co-pay, out-of-pocket, or co-insurance maximum has been applied, an explanation regarding the deductible, co-pay, out-of-pocket, or co-insurance maximum is found in the summary of benefits section of your plan booklet.

**HELP STOP INSURANCE FRAUD! CALL 1-800-542-3786.** See additional information on back page.

RETAIN THIS COPY FOR TAX PURPOSES. IT CANNOT BE RE-PRINTED.

Visit us at www.principal.com

174GC-8  
008-018072-851

ADMINISTERED BY PRINCIPAL LIFE INSURANCE COMPANY
DES MOINES, IOWA

QUESTIONS?
PLEASE CONTACT:
PRINCIPAL LIFE INSURANCE CO
PO BOX 39710
COLORADO SPGS CO 80949-3910
PHONE 800-247-4695
800-243-1404 (SPANISH)

## EXPLANATION OF BENEFITS
### FOR MEMBER

MAIL TO:
GLORIA LONGORIA
P O BOX 1237
SANTA ROSA TX 78593

MEMBER: GLORIA LONGORIA
PATIENT NAME: SELF
PLANHOLDER: TEXAS REGIONAL BANCSHARE
CLAIM NO: P96196-1-261929927-013

PAID TO: VALLEY ORTHOPEDIC
SURGERY
PO BOX 531481
HARLINGEN TX 78553-1481

**On 9-25-03, we processed $390.00 in charges. Of the $390.00, we paid $170.86 for your benefit amount. Please read below to see how we applied your MEDICAL benefits. We will mail the provider payment on 9-29-03.**

Service Provider ▶ A: BLISS W CLARK MD (PATIENT#: 9229)

| Svc | Description of Services | Dates From | Thru | Provider Charge | Charge Allowed | Not Covered | Pending | Deductible | Copay | Co-Ins | Remarks | Benefit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A:VST | PHYS VISIT | 7-25-03 | 7-25 | 195.00 | 113.12 | 81.88 | | | 20.00 | 100 | 00-01 | 93. |
| A:XRA | XRAY SERVICE | 7-25-03 | 7-25 | 132.00 | 47.37 | 84.63 | | | | 100 | 00-02 | 47. |
| A:XRA | XRAY SERVICE | 7-25-03 | 7-25 | 63.00 | 30.37 | 32.63 | | | | 100 | | 20. |
| | | | Totals | 390.00 | 190.86 | 199.14 | | | 20.00 | | | 170.8 |

Total Paid: 170.8

**Remarks**

00-01 THE CHARGE WAS REDUCED BY $199.14 BASED ON THE AGREEMENT WITH TEXAS TRUE CHOICE/ETHIX SV. THIS PPO PROVIDER CANNOT BILL THE PATIENT THE DIFFERENCE BETWEEN THE BILLED COVERED CHARGE AND THE CONTRACTED PPO AMOUNT. THE PATIENT IS RESPONSIBLE FOR $20.00.
00-02 PLEASE NOTIFY US IF YOUR ADDRESS HAS RECENTLY CHANGED.
00-03 YOU CAN NOW FIND THIS EXPLANATION OF BENEFITS IN THE "PERSONAL LOGIN" SECTION OF THE PRINCIPAL FINANCIAL GROUP INTERNET SITE, WWW.PRINCIPAL.COM.
00-04 VISIT PRINCIPAL HEALTH NEWS AT WWW.PRINCIPAL.COM FOR USEFUL HEALTH INFORMATION AND VALUABLE INTERACTIVE TOOLS AND HOW IT CAN BENEFIT YOU.

**REMAINING OUT-OF-POCKET EXPENSE**
INDIVIDUAL
OTHER  3000.00
PPO    0.00

**REMAINING DEDUCTIBLE**
INDIVIDUAL
OTHER : 0.00
PPO   : 0.00

**LIFETIME BENEFITS MAXIMUM**
PAID       REMAINING
MED  1950.79  4998019.2

When a deductible, co-pay, out-of-pocket, or co-insurance maximum has been applied, an explanation regarding the deductible, co-pay, out-of-pocket, or co-insurance maximum is found in the summary of benefits section of your plan booklet.

**HELP STOP INSURANCE FRAUD! CALL 1-800-642-3788.** See additional information on back page.

RETAIN THIS COPY FOR TAX PURPOSES, IT CANNOT BE RE-PRINTED.

Visit us at www.principal.com

#1040C-S
008-029172-25

# PATIENT ACCOUNTS
# BILLING OFFICE

400 East Anderson Lane Suite 300 Austin, Texas 78752
P.O. Box 16468 Austin, Texas 78761
FOR INQUIRIES PLEASE CALL
LOCAL : 512-719-7580
TOLL FREE : 1-800-880-2056

September 24, 2003

**ACCOUNT IDENTIFICATION**
Re: Harlingen Medical Center
Desk Number      : 240
Account Number   : 10157072
Client Number    : 320900053
Date of Service  : 07-28-03
Balance Due      : $1452.97

PERSONAL AND CONFIDENTIAL
Gloria Longoria
P.O. Box 1237
Santa Rosa, TX 78593-1237

Responsible Party:  Gloria Longoria

We have requested the assistance of Patient Accounts Billing Office to provide follow-up on a large number of our patient's accounts. Patient Accounts Billing Office personnel have considerable experience in working with our patients in resolving insurance and/or patient portion balances. They will periodically communicate with you as to the status of your account. Any assistance you can provide that may expedite resolution will be appreciated. Please feel free to contact Patient Accounts Billing Office at 1-800-880-2056 should you have any questions or concerns. We are confident they will be most helpful.

------------------------------------------- Detach and Return with Payment -------------------------------------------

P.O. Box 16468
Austin, TX  78761

Return Service Requested

Re: Harlingen Medical Center
Desk Number      : 240
Account Number   : 10157072
Client Number    : 320900053
Date of Service  : 07-28-03
Balance Due      : $1452.97
Amount Enclosed  : _____

PERSONAL & CONFIDENTIAL
S000002707 04 T000000013
Gloria Longoria
P.O. Box 1237
Santa Rosa, TX 78593-1237

Patient Accounts Billing Office
P.O. Box 16468
Austin, TX  78761-6468



ADMINISTERED BY PRINCIPAL LIFE INSURANCE COMPANY
DES MOINES, IOWA

QUESTIONS?
PLEASE CONTACT:
PRINCIPAL LIFE INSURANCE CO
PO BOX 39710
COLORADO SPGS CO 80949-3910
PHONE 800-247-4835
800-243-1404 (SPANISH)

## EXPLANATION OF BENEFITS
### FOR MEMBER

MAIL TO:
GLORIA LONGORIA
PO BOX 1237
SANTA ROSA TX
78593

MEMBER: GLORIA LONGORIA
PATIENT NAME: SELF
PLANHOLDER: TEXAS REGIONAL BANCSHARE
CLAIM NO: PBG186-1-261929927-013

PAID TO: HARLINGEN MEDICAL CENTER
PO BOX 848282
DALLAS TX 75283-0001

PPO # 1-800-633-4356

On 8-22-03, we processed $5017.07 in charges. Of the $5017.07, we paid $1358.71 for your benefit amount. Please read below to see how we applied your MEDICAL benefits. Check Number is 850-328392.

Service Provider ▶ A: HARLINGEN MEDICAL CENTER
(PATIENT#: A0320900093)

| Service | Description of Services | Dates From | Thru | Provider Charge | Charge Allowed | Not Covered | Pending | Deductible | Co-Pay | Co-Ins | Remarks | Benefit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A: HEX | HOSP CHARGES | 7-28-03 | 7-28 | 5017.07 | 4264.51 | 752.56 | | 2000.00 | | 60 | 00-01 | 1358. |
| | Totals | | | 5017.07 | 4264.51 | 752.56 | | 2000.00 | | | | 1358.7 |

**Total Paid:** 1358.7

### Remarks
00-01 PLEASE TELL US IF A THIRD PARTY OR PARTIES, INCLUDING ANY OTHER INSURANCE COMPANY, WILL COVER THIS ACCIDENT. WE NEED TO RECEIVE THIS INFORMATION WITHIN 45 DAYS.
00-02 THE CHARGE WAS REDUCED BY $752.56 PER THE AGREEMENT WITH MULTIPLAN. THIS PROVIDER CANNOT BILL THE PATIENT THE DIFFERENCE BETWEEN THE BILLED CHARGE AND THE CONTRACTED AMOUNT. THE PATIENT IS RESPONSIBLE FOR $2905.80.
00-03 TO OBTAIN NAMES OF PPO PROVIDERS, CALL THE NUMBER LISTED IN YOUR PREFERRED PROVIDER DIRECTORY.
00-04 PLEASE NOTIFY US IF YOUR ADDRESS HAS RECENTLY CHANGED.
00-05 YOU CAN NOW FIND THIS EXPLANATION OF BENEFITS IN THE "PERSONAL LOGIN" SECTION OF THE PRINCIPAL FINANCIAL GROUP INTERNET SITE. WWW.PRINCIPAL.COM.

### REMAINING OUT-OF-POCKET EXPENSE
INDIVIDUAL
OTHER  3094.20
PPO     94.20

### REMAINING DEDUCTIBLE
INDIVIDUAL
OTHER : 0.00
PPO : 1000.00

### LIFETIME BENEFITS MAXIMUM
|  | PAID | REMAINING |
|---|---|---|
| MED | 1358.71 | 4998641.2 |

When a deductible, co-pay, or out-of-pocket has been applied, an explanation regarding the <u>deductible, co-pay, or out-of-pocket expense</u> is found in the summary of benefits section of your plan booklet.

HELP STOP INSURANCE FRAUD! CALL 1-800-542-3788. See additional information on back page.

RETAIN THIS COPY FOR TAX PURPOSES, IT CANNOT BE RE-PRINTED.

Visit us at www.principal.com

P174GC-7

ADMINISTERED BY PRINCIPAL LIFE INSURANCE COMPANY
DES MOINES, IOWA

QUESTIONS?  
PLEASE CONTACT:  
PRINCIPAL LIFE INSURANCE CO  
PO BOX 39710  
COLORADO SPGS CO 80949-3910  
PHONE 800-247-4695  
800-243-1404 (SPANISH)

# EXPLANATION OF BENEFITS
## FOR MEMBER

MAIL TO:  
GLORIA LONGORIA  
P O BOX 1237  
SANTA ROSA TX  78593

MEMBER: GLORIA LONGORIA  
PATIENT NAME: SELF  
PLANHOLDER: TEXAS REGIONAL BANCSHARE  
CLAIM NO: P56196-1-261929927-013

PAID TO: VALLEY RADIOLOGY & ASC  
PO BOX 2918  
HARLINGEN TX 78551-2918

On 9-17-03, we processed $520.00 in charges. Of the $520.00, we paid $350.76 for your benefit amount.
Please read below to see how we applied your MEDICAL benefits. We will mail the provider payment on 9-22-03.

Service Provider ▶ A: BRUCE M BERBERIAN MD  
(PATIENT#: 02-03831153)

| Type of Services | Description of Services | Dates From | Thru | Provider Charge | Charges Allowed | Not Covered | Pending | Deductible | Co-Pay | Co-Ins | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A: XRA | XRAY SERVICE | 7-28-03 | 7-28 | 260.00 | 222.48 | 37.52 | | 222.48 | | | 00-01 |
| A: XRA | XRAY SERVICE | 7-28-03 | 7-28 | 260.00 | 222.48 | 37.52 | | 222.48 | | | 00-02 |
| | | Totals | | 520.00 | 444.96 | 75.04 | | 444.96 | | | |

SUMMARY OF ADJUSTMENTS >>>      OUT OF POCKET EXCEEDED MAX BY:    350.76    00-03

ADJUSTMENT TOTAL:    350.  
Total Paid:    350.

| Remarks | |
|---|---|
| 00-01 | THE CHARGE WAS REDUCED BY $75.04 BASED ON THE AGREEMENT WITH TEXAS TRUE CHOICE/ETHIX SW. THIS PPO PROVIDER CANNOT BILL THE PATIENT THE DIFFERENCE BETWEEN THE BILLED COVERED CHARGE AND THE CONTRACTED PPO AMOUNT. THE PATIENT IS RESPONSIBLE FOR 264.20. |
| 00-02 | PLEASE NOTIFY US IF YOUR ADDRESS HAS RECENTLY CHANGED. |
| 00-03 | YOU'VE MET YOUR INDIVIDUAL PPO OUT-OF-POCKET EXPENSE MAXIMUM FOR THIS YEAR. |
| 00-04 | YOU CAN NOW FIND THIS EXPLANATION OF BENEFITS IN THE "PERSONAL LOGIN" SECTION OF THE PRINCIPAL FINANCIAL GROUP INTERNET SITE WWW.PRINCIPAL.COM. |
| 00-05 | VISIT PRINCIPAL HEALTH NEWS AT WWW.PRINCIPAL.COM FOR USEFUL HEALTH INFORMATION AND VALUABLE INTERACTIVE TOOLS AND HOW IT CAN BENEFIT YOU. |

REMAINING OUT-OF-POCKET OPEN  
INDIVIDUAL  
OTHER  3000.00  
PPO    0.00

REMAINING DEDUCTIBLE  
INDIVIDUAL  
OTHER : 0.00  
PPO :  555.04

LIFETIME BENEFITS MAXIMUM  
PAID    REMAINING  
MED    1759.12    4998240.

When a deductible, co-pay, out-of-pocket, or co-insurance maximum has been applied, an explanation regarding the deductible, co-pay, out-of-pocket, or co-insurance maximum is found in the summary of benefits section of your plan booklet.

**HELP STOP INSURANCE FRAUD! CALL 1-800-642-3788.** See additional information on back page.

RETAIN THIS COPY FOR TAX PURPOSES, IT CANNOT BE RE-PRINTED.

F1746C-3

Visit us at www.principal.com