IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

United States District Court
Southern District of Texas
ENTERED
JUL 2 6 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| GLORIA GARCIA, a/k/a § | |
| GLORIA GUZMAN § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL NO. B-02-017 |
| § | |
| UNITED STATES OF AMERICA, and § | |
| YOLANDA PEREZ, as Postmaster, § | |
| United States Post Office, Santa Rosa, § | |
| Texas, and ELENA Olivarez, as an § | |
| employee of the United States Post Office § | |
| Defendants. § | |

## ORDER

This Order memorializes the Court's previous rulings pertaining to Defendant United States of America's ("Defendant") Motion To Strike Plaintiff's Expert Witness and Medical Records, filed on April 13, 2004, and Unopposed Motion For Inspection Of The Santa Rosa Post Office, filed on June 10, 2004, and Plaintiff Gloria Garcia's ("Plaintiff") Unopposed Motion To Extend Time To File Joint Pretrial Order, filed on April 16, 2004. The Court granted Defendant's motion for inspection on June 10, 2004, and held as moot both Defendant's motion to strike plaintiff's witness and Plaintiff's motion for extension of time.

Signed in Brownsville, Texas, this 26th day of July, 2004.

_____
Andrew S. Hanen
United States District Judge