IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 7 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GLORIA GARCIA, a/k/a | § | |
| GLORIA GUZMAN | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO. B-02-017 |
| | § | |
| UNITED STATES OF AMERICA, and | § | |
| YOLANDA PEREZ, as Postmaster, | § | |
| United States Post Office, Santa Rosa, | § | |
| Texas, and ELENA Olivarez, as an | § | |
| employee of the United States Post Office | § | |
| Defendants. | § | |

## ORDER

On December 22, 2004, this court issued its findings of fact and conclusions of law with respect to the bench trial held on June 21, 2004. As part of that Order, the court instructed Plaintiff's counsel to file a proposed judgment. Over 30 days have passed with no response. Plaintiff is hereby ordered to file such judgment within 15 days of this Order—failing to file will dismiss this matter for want of prosecution.

Signed this 27th day of January, 2005.

Andrew S. Hanen
United States District Judge